JUDGE PATTERSON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 3 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

       -v.-

DANIEL B. KARRON,

               Defendant.

- - - - - - - - - - - - - - - - - -x

INDICTMENT

07 Cr. 541

## COUNT ONE

The Grand Jury charges:

From at least in or about October 2001, up through and including in or about June 2003, in the Southern District of New York and elsewhere, DANIEL B. KARRON, the defendant, being an agent of an organization, which organization received, in any one-year period, benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, and other form of Federal assistance, unlawfully, willfully and knowingly, did embezzle, steal, obtain by fraud, and otherwise without authority knowingly convert to the use of persons other than the rightful owner, and intentionally misapply, property valued at $5,000 and more that was owned by, and was under the care, custody, and control of such organization, to wit, KARRON, who was the President and Chief Technical Officer of Computer Aided Surgery, Inc. ("CASI"), knowingly misapplied more than $5,000 in Federal funds from an Advanced Technology Program grant awarded to CASI by the National

Institute of Standards and Technology toward the payment of unauthorized expenses.

(Title 18, United States Code, Section 666.)

_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v -

**DANIEL B. KARRON,**

**Defendant.**

---

**INDICTMENT**

07 Cr.

(18 U.S.C. § 666.)


MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*[signature]*
Foreperson.

---