# RUBINSTEIN & COROZZO, LLP
## COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

LAURA A. OPPENHEIM



260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

**MEMO ENDORSED**

June 20, 2007

<u>Via facsimile 212 805 7917</u>
Hon Robert P. Patterson
United States District Judge
Southern District of New York
500 Pearl Street, Court 24A
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/07

Re: <u>United States v. Daniel B. Karron, #07 CR 00541 (RPP)</u>

Dear Judge Patterson,

In addition to agreed upon travel for the defendant in the above referenced case, we request permission, with the consent of the Government, for the defendant to travel to the Eastern District of New York. The defendant has family members that reside in the Eastern District, including his mother, Marion Karron, which resides at 348 East Fulton, Long Beach, NY 11561.

Yours truly,

Ronald Rubinstein /BB
Ronald Rubinstein

Application granted
So ordered
Robt Patterson
USDJ
6/20/07

cc: AUSA Steve Kwok (via fax)