UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

       -v.-

DANIEL B. KARRON,

               Defendant.

- - - - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 5 2007

INDICTMENT

S1 07 Cr. 541

## COUNT ONE

The Grand Jury charges:

1. From at least in or about October 2001, up through and including in or about June 2003, in the Southern District of New York and elsewhere, DANIEL B. KARRON, the defendant, being an agent of an organization, which organization received, in any one-year period, benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, and other form of Federal assistance, unlawfully, willfully and knowingly, did embezzle, steal, obtain by fraud, and otherwise without authority knowingly convert to the use of persons other than the rightful owner, and intentionally misapply, property valued at $5,000 and more that was owned by, and was under the care, custody, and control of such organization, to wit, KARRON, who was the President and Chief Technical Officer of Computer Aided Surgery, Inc. ("CASI"), knowingly misapplied more than $5,000 in Federal funds from an Advanced Technology Program grant awarded to CASI by the National

Institute of Standards and Technology toward the payment of unauthorized expenses.

(Title 18, United States Code, Section 666.)

### FORFEITURE ALLEGATION

2. As the result of committing the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense, including, but not limited to, the following:

    a. At least $390,000 in United States currency, in that such sum in aggregate represents the amount of proceeds obtained as a result of the offense alleged in Count One of this Indictment.

    b. All right, title, and interest of the defendant in all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 300 East 33rd Street, Suite 4N, New York, NY 10016.

#### Substitute Asset Provision

    c. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

        (1) cannot be located upon the exercise of due diligence;

        (2) has been transferred or sold to, or deposited with,

a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property, including but not limited to, all that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 300 East 33rd Street, Suite 4N, New York, NY  10016.

(Title 18, United States Code, Section 981(a)(1)(C); Title 28, United States Code, Section 2461; Title 21, United States Code, Section 853(p).)


_____          _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney

3

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v -

**DANIEL B. KARRON,**

Defendant.

---

**INDICTMENT**

S1 07 Cr. 541

(18 U.S.C. §§ 666, 981(a)(1)(C); 28 U.S.C. § 2461; 21 U.S.C. § 853(p).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*Charles J. Ambrose*
Foreperson.

---

June 25, 2007 (b)
Filed Superceded Indictment in S1 07 CR 541.

Freeman, USMJ