# RUBINSTEIN & COROZZO, LLP
COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

BRIANA L. HERMAN

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

**SO ORDERED**

*George B. Daniels*
8/3/07

HON. GEORGE B. DANIELS

August 3, 2007



Via facsimile 212 805 7917
Hon Robert P. Patterson
United States District Judge
Southern District of New York
500 Pearl Street, Court 24A
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/07

Re: <u>United States v. Daniel B. Karron,</u> #07 CR 00541 (RPP)

Dear Judge Patterson,

      We request permission, for the defendant to travel to the Anaheim, California, to attend the Defense Advanced Research Projects Agency (DARPA) Conference, from August 5, 2007 until August 12, 2007. We also request that Dr. Karron be excused from any court appearances on these dates.

      DARPA is a significant research and development organization for the Department of Defense and Dr. Karron's attendance in this conference will be highly advantageous to ATK, the company that Dr. Karron is currently employed with. (Please see DARPA Schedule of events, attached as Exhibit A) The hotel that the conference will be held, and Dr. Karron will be residing at, is the Anaheim Marriott, 700 W. Convention Way, Anaheim, CA Dr. Karron also has booked a flight to California through Jet Blue Airlines, from JFK to Long Beach California at 6:35pm, flight 217, and a flight home, also on Jet Blue Airlines, at 9:45pm, flight 216. (Please see Flight Itinerary, attached as Exhibit B).

      We apologize for the short notice of this trip, but Dr. Karron's employer only just received the funding for this conference. The Government has no objections to this trip.

Yours Truly,
/s/
Ronald Rubinstein

cc: AUSA Steve Kwok (via fax)