

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

AUG 17 2007

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 17, 2007

**VIA FACSIMILE**

The Honorable Robert P. Patterson
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   United States v. Daniel B. Karron,
      S1 07 Cr. 541 (RPP)

Dear Judge Patterson,

The Government respectfully submits this letter to request that the next status conference, now scheduled on August 27, 2007, be adjourned to August 29, 2007, at 4 p.m. This will allow a Government expert knowledgeable about computer forensics procedures to be present at the next status conference to answer any questions the Court may have about the time necessary and the process involved in searching for and duplicating the data in the computers that the defendant claims contain materials relevant to his defense.

Your Deputy has informed me that the date and time are available. I have also spoken with Mr. Rubinstein, counsel to Dr. Karron, who has no objection to this request.

The Government respectfully requests that time be excluded until August 29, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government time to continue

*application granted*
*So ordered*
*[signature] RPP USDJ*
*8/20/07*

The Honorable Robert P. Patterson
August 17, 2007
Page 2

gathering discovery that the defense has requested, for the defendant to receive and review discovery.

                    Respectfully submitted,

                    MICHAEL J. GARCIA
                    United States Attorney

By: _____
     Chi T. Steve Kwok
     Assistant United States Attorney
     Tel: (212) 637-2415

cc:    Ronald Rubinstein (by fax)
       *Counsel for Daniel B. Karron*