

## U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/07

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

RECEIVED
SEP 2 4 2007
CHAMBERS OF
JUDGE ROB... P. PATTERSON

September 24, 2007

**VIA FACSIMILE**

The Honorable Robert P. Patterson
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   United States v. Daniel B. Karron,
       S1 07 Cr. 541 (RPP)

Dear Judge Patterson,

At the last status conference on August 29, 2007, Your Honor granted the Government's motion to exclude time until September 21, 2007. The Government respectfully submits this letter to request that the Court set a control date of October 8, 2007, and exclude time until October 8, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). For the reasons set forth below, the ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial. On or about September 21, 2007, I spoke with defense counsel, Mr. Rubinstein, who consents to this request.

The Government is in receipt of Mr. Rubinstein's letter, dated September 10, 2007, informing Your Honor that he had not been able to communicate with Mr. Art Ehuan — the computer forensic expert proposed by the Government — because Ehuan was out of the country. When I spoke with Mr. Rubinstein last week, he informed me that he still had not been in touch with Mr. Ehuan and needed more time before he could advise Your Honor and the Government about whether Mr. Ehuan is acceptable to the defense and to submit a proposed schedule regarding the retrieval and copying of the computer files.

The ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant additional

*Application granted the time is excluded under the Speedy Trial Act until 10/8/07*
*So ordered*
*Robt P Patterson*
*9/24/07*

The Honorable Robert P. Patterson
September 24, 2007
Page 2

time to evaluate the computer forensic expert proposed by the Government and to formulate a
workable plan to duplicate the computer files that he claims are relevant and material to his
defense.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Chi T. Steve Kwok
Assistant United States Attorney
Tel: (212) 637-2415

cc:     Ronald Rubinstein (by fax)
        *Counsel for Daniel B. Karron*