USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/07

OCT 15 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA            :

      -v.-                          :        ORDER

DANIEL B. KARRON,                   :        S1 07 Cr. 541 (RPP)

      Defendant.                    :
- - - - - - - - - - - - - - - - - x

      Upon the request of Daniel B. Karron, the defendant, by and through his attorney Ronald Rubinstein, Esq., to retrieve and copy certain files purportedly material to his defense currently stored in the computers, data drives, and other electronic storage devices ("the Computer Equipment") seized by federal law enforcement agents on or about June 26, 2007, pursuant to a Seizure Warrant signed by Magistrate Judge Douglas F. Eaton on or about June 19, 2007:

      It is found that the defendant and the Government have agreed that the retrieval and duplication of the computer files ("the duplication process") be handled by a qualified independent computer forensic expert, Art Ehuan of Digital First Discovery, and his designated representatives;

      It is further found that the defendant, by and through his attorney, has consented to bear the full cost of the duplication process charged by Digital First Discovery, including any and all advance fees and/or deposits requested by Digital First Discovery to begin the duplication process;

It is further found that the defendant, by and through his attorney, has consented to provide the Government with exact electronic copies of all documents and files that are retrieved or duplicated;

Therefore, it is ORDERED that the retrieval and duplication of the computer files be begun forthwith and completed no later than November 1, 2007;

It is further ORDERED that, while the defendant may be present during the duplication process to assist Mr. Ehuan and his designated representatives in identifying specific files to be retrieved and duplicated, the defendant shall not operate any of the Computer Equipment at any time, shall conduct himself in a manner that does not interfere with the duplication process, and shall comply with all instructions given by Mr. Ehuan and his designated representatives.

Dated:     New York, New York
           October 15, 2007

                                    THE HONORABLE ROBERT P. PATTERSON
                                    UNITED STATES DISTRICT JUDGE