# RUBINSTEIN & COROZZO, LLP
### COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

BRIANA L. HERMAN

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1644

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/07

August 3, 2007

**MEMO ENDORSED**

<u>Via facsimile 212 805 7917</u>
Hon Robert P. Patterson
United States District Judge
Southern District of New York
500 Pearl Street, Court 24A
New York, NY 10007

Re: <u>United States v. Daniel B. Karron,</u> #07 CR 00541 (RPP)

Dear Honorable Patterson,

      We respectfully request to have the scheduled October 16, 2007 meeting, originally scheduled for 9am to be postponed until 3:30pm of the same day. The Government has no objections to the change of schedule.

      We apologize for the short notice of this request.

Yours Truly,
/s/
Ronald Rubinstein

cc: AUSA Steve Kwok (via fax)

So ordered
Phil Patterson
USDJ
10/15/07