USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

        -v.-                        :       ORDER

DANIEL B. KARRON,                   :       S1 07 Cr. 541 (RPP)

        Defendant.                  :

- - - - - - - - - - - - - - - - - x

Upon the request of Daniel B. Karron, the defendant, by and through his attorney Ronald Rubinstein, Esq., to retrieve and copy certain files purportedly material to his defense currently stored in the computers, data drives, and other electronic storage devices ("the Computer Equipment") seized by federal law enforcement agents on or about June 26, 2007, pursuant to a Seizure Warrant signed by Magistrate Judge Douglas F. Eaton on or about June 19, 2007:

It is found that the defendant and the Government have agreed that the retrieval and duplication of the computer files ("the duplication process") be handled by a qualified independent computer forensic expert, Art Ehuan of Digital First Discovery, and his designated representatives;

It is further found that the defendant, by and through his attorney, has consented to bear the full cost of the duplication process charged by Digital First Discovery, including any and all advance fees and/or deposits requested by Digital First Discovery;

It is further found that the defendant, by and through his attorney, informed the Court at the November 6, 2007, status conference that he missed the November 1, 2007, deadline for the completion of the duplication process previously imposed by the Court because he was financially unable to pay the advance fees and/or deposits requested by Digital First Discovery;

Therefore, it is ORDERED that the Government pay Digital First Discovery the necessary fees for the duplication process up to $30,000, so that the duplication process can begin forthwith and be completed by November 20, 2007;

It is further ORDERED that the defendant execute a note agreeing to reimburse the Government for the cost of the duplication process, with interest, up to $30,000;

It is further ORDERED that the defendant take all necessary steps forthwith, including, but not limited to, the public listing of the property, to effectuate a sale of his condominium located at 300 East 33rd Street, Unit 4N, New York, NY 10016, in order to secure the necessary funds to reimburse the Government for the cost of the duplication process.

Dated:     New York, New York
           November 6, 2007

THE HONORABLE ROBERT P. PATTERSON
UNITED STATES DISTRICT JUDGE