UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

    -v.-                            :   <u>ORDER</u>

DANIEL B. KARRON,                   :   S1 07 Cr. 541 (RPP)

    Defendant.                      :

- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/07

       Upon the request of Daniel B. Karron, the defendant, by and through his attorney Ronald Rubinstein, Esq., to retrieve and copy certain files purportedly material to his defense currently stored in the computers, data drives, and other electronic storage devices ("the Computer Equipment") seized by federal law enforcement agents on or about June 26, 2007, pursuant to a Seizure Warrant signed by Magistrate Judge Douglas F. Eaton on or about June 19, 2007:

       It is found that the defendant and the Government have agreed that the retrieval and duplication of the computer files ("the duplication process") be handled by a qualified independent computer forensic expert, Art Ehuan of Digital First Discovery, and his designated representatives;

       It is further found that the defendant, by and through his attorney, has consented to bear the full cost of the duplication process charged by Digital First Discovery, including any and all advance fees and/or deposits requested by Digital First Discovery;

It is further found that the defendant, by and through his attorney, informed the Court at the November 6, 2007, status conference that he missed the November 1, 2007, deadline for the completion of the duplication process previously imposed by the Court because he was financially unable to pay the advance fees and/or deposits requested by Digital First Discovery;

It is further found that, the Court, in an Order dated November 6, 2007, directed the Government to pay Digital First Discovery the necessary fees for the duplication process up to $30,000 and accept a note from the defendant to reimburse the Government for the cost of the duplication process, with interest, up to $30,000;

It is further found that the defendant, by and through his attorney, has consented to provide the Government with exact electronic copies of all documents and files that are retrieved or duplicated;

Therefore, it is ORDERED that the retrieval and duplication of the computer files be begun forthwith and completed no later than November 20, 2007;

It is further ORDERED that, while the defendant may be present during the duplication process to assist Mr. Ehuan and his designated representatives in identifying specific files to be retrieved and duplicated, the defendant shall not operate any of the Computer Equipment at any time, shall conduct himself in a

manner that does not interfere with the duplication process, and shall comply with all instructions given by Mr. Ehuan and his designated representatives.

Dated:  New York, New York
        November 6, 2007

_____
THE HONORABLE ROBERT P. PATTERSON
UNITED STATES DISTRICT JUDGE

3