# MEMO ENDORSED

## RUBINSTEIN & COROZZO, LLP

### COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

BRIANA L. HERMAN



RECEIVED

NOV -7 2007

CHAMBERS OF
JUDGE ROBERT P. PATTERSON

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

November 7, 2007

The Honorable Judge Robert P. Patterson, Jr.
Room 2550
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007-1312
(212) 805 – 0238
(212) 805 - 7917

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-8-07

Re: *US v. Karron*, S 1 07 Cr. 541 (RPP)

Dear Judge Patterson:

The defense respectfully requests that Janet Lalla, of Washington D.C., a member of the defense team, be present at the computer file duplication process handled by Digital First Discovery, which is tentatively scheduled for this Friday, November 9, 2007, in Washington D.C. Both the government and the Department of Commerce have given their consent. In an abundance of caution, I write seeking your approval to specifically include Ms. Lalla as a person authorized to be present during all stages related to the duplication of files contained on the seized computers. Thank you,

Respectfully submitted,

Ronald Rubinstein, Esq.
Attorney for Daniel Karron

The government should be cc'd on all correspondence with the Court. RPP ~

application granted so ordered
Robert P Patterson USDJ
11/7/07