

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

November 19, 2007

<u>VIA FACSIMILE</u>

The Honorable Robert P. Patterson
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07
```

    Re:   <u>United States v. Daniel B. Karron</u>,
           S1 07 Cr. 541 (RPP)

Dear Judge Patterson:

       At the last status conference on November 6, 2007, Your Honor set tomorrow, November 20, 2007, as the new deadline for the close of discovery. The Government respectfully submits this letter to request a status conference during the week of November 26, 2007, to report on the status of discovery and to set a trial date for the above-captioned matter.

       In addition, the Government respectfully requests that the Court exclude time under the Speedy Trial Act from today until the next scheduled conference date. The ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant additional time to review the

*[Handwritten endorsement:]* Application granted. Conference 11/26/07 at 4 P.M. Time is excluded until 11/26/07 under the Speedy Trial act for Defendant to decide if it will make motions addressed to the discovery. So ordered. /s/ Robt P. Patterson, USDJ 11/19/07

The Honorable Robert P. Patterson
November 19, 2007
Page 2

discovery the Government has already produced and to review any materials that he may have retrieved and duplicated with the help of the computer forensic expert in the past two weeks.

                                         Respectfully submitted,

                                         MICHAEL J. GARCIA
                                         United States Attorney

                             By: _____
                                         Chi T. Steve Kwok
                                         Assistant United States Attorney
                                         Tel: (212) 637-2415

cc:    Ronald Rubinstein (by fax)
        *Counsel for Daniel B. Karron*