# RUBINSTEIN & COROZZO, LLP
### COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

BRIANA L. HERMAN

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

**MEMO ENDORSED**

RECEIVED DEC 3 - 2007 CHAMBERS OF JUDGE ROBERT P. PATTERSON

December 3, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07

VIA FACSIMILE (212) 805 - 7917
The Honorable Judge Robert P. Patterson, Jr.
United States District Court Judge
Southern District of New York
500 Pearl Street, Court 24A
New York, NY 10007

Re:      *United States v. Karron*
Dkt. No.   07 – CR – 541 – (RPP)

Dear Judge Patterson:

The defense is informed Digital First will complete their duplication project by December 5, 2007. I regret to inform you that I will be out of town on December 10, 2007, the next scheduled appearance date for a status conference on this matter. I respectfully request that the conference be adjourned until December 14, 2007, the date I shall return. Thank you.

Very truly yours,

Ronald Rubinstein, Esq.
RUBINSTEIN & COROZZO, LLP
Attorneys for Defendant
260 Madison Avenue
New York, New York 10016
(212) 545 – 8777

CC: AUSA Steve Kwok
VIA FACSIMILE (212) 637 - 2427

*Application granted. The conference is adjourned to 12/14/07 at 9:30 AM. So ordered.*
*[signed] Robert P. Patterson, USDJ*
*12/3/07*