

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



RECEIVED DEC - 4 2007 CHAMBERS OF JUDGE ROBERT P. PATTERSON

# MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 4, 2007

**VIA FACSIMILE**
The Honorable Robert P. Patterson
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07

    Re:    <u>United States v. Daniel B. Karron,</u>
             S1 07 Cr. 541 (RPP)

Dear Judge Patterson:

       I am in receipt of the letter endorsed by the Court today adjourning the status conference from December 10, 2007, to December 14, 2007, at 9:30 a.m. At the last status conference, the Court excluded time under the Speedy Trial Act until December 10, 2007. The Government respectfully submits this letter to request that the Court exclude time under the Speedy Trial Act until the new scheduled conference date, December 14, 2007. The ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant additional time to review the discovery the Government has already produced and to review any materials that he may have retrieved and duplicated with the help of the computer forensic expert in the past two weeks.

*Application granted*
*So ordered*
*[signature] Robt P Patterson*
*USDJ*
*12/4/07*

The Honorable Robert P. Patterson
December 4, 2007
Page 2

I was unable to reach defense counsel Mr. Rubinstein, but have left a voice mail at his office number seeking his consent and informing him of my submission of this letter to the Court.

                                  Respectfully submitted,

                                  MICHAEL J. GARCIA
                                United States Attorney

By: _____
     Chi T. Steve Kwok
     Assistant United States Attorney
     Tel: (212) 637-2415

cc:    Ronald Rubinstein (by fax)
       *Counsel for Daniel B. Karron*