USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/08

**RUBINSTEIN & COROZZO, LLP**
COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

BRIANA L. HERMAN

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

FEB - 1 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

February 1, 2008

<u>Via facsimile (212) 805-7917</u>
Hon Robert P. Patterson
United States District Judge
Southern District of New York
500 Pearl Street, Court 24A
New York, NY 10007

**MEMO ENDORSED**

Re: <u>United States v. Daniel B. Karron,</u> #07 CR 00541 (RPP)

Dear Judge Patterson,

      I write to join the Government in their request to adjourn the status conference in the above captioned matter, currently set for Monday, February 4, 2008, at 4:00pm. I was contacted by AUSA Steven Kwok, who informs me that he is currently on trial in another matter and not available for this conference. I consent to this adjournment with the Court's permission and have agreed to waive speedy trial until the next status conference. Therefore, I join in his request to adorn this conference to a later date and time convenient to the Court.

Very truly yours,

/s/
Ronald Rubinstein

*Application granted. Conference will be held on February 13, 2008 at 4PM.*
*So ordered.*
*Robert P. Patterson, USDJ*
*2/1/08*

cc: AUSA Steven Kwok (via facsimile 212-637-2937)