# RUBINSTEIN & COROZZO, LLP
## COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

BRIANA L. HERMAN

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 579-1844

RECEIVED
MAR 17 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

March 17, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

**Via Facsimile (212 – 805 – 7917)**
Honorable Robert P. Patterson
United States District Judge
500 Pearl St., Room 2550
New York, NY 10007

RE: *United States v. Daniel Karron*, 07-cr-00541

Dear Honorable Judge Patterson:

   I submit this letter as an application to be relieved as defense counsel in the above entitled-matter. On July 25, 2007, I wrote requesting a *Monsanto* hearing in order to permit Daniel Karron to sell his apartment, 4 N, 300 East 33rd Street, New York, New York, 10016, so the proceeds could be used to pay for his legal defense. However, a *Monsanto* hearing was never held, and alternatively, a stipulation was executed with the United States government to have the apartment sold and the proceeds distributed to the United States Marshalls. *See* attached Stipulation. The stipulation provided for the government to be reimbursed up to $30,000.00 for payments it made to First Digital to duplicate computer files.

   In addition, it was the understanding between all parties that defense counsel for Daniel Karron would be paid from the remaining proceeds after the sale of the apartment. To date, the apartment has not sold. The original sales price of Daniel Karron's apartment was $650,000.00. It was reduced to $610,000.00 and is now for sale at $585,000.00. Trial is presently scheduled for June 2, 2008, and substantial time must be spent on preparation. I am not confident the sale will take place before the start of trial and I find it unconscionable to prepare and try this case without prior compensation.

   Thus, In light of the foregoing facts, I respectfully request to be relieved from defending this case because of the heavy financial burden and time it will take away from my other clients.

Respectfully submitted,

Ronald Rubinstein

**MEMO ENDORSED**

*Application Denied. Mr. Karron is ordered to sell the apartment to the highest bidder by April 1, 2008. So ordered.*
Robert P. Patterson

cc: AUSA Steven Kwok via fax (212-637-2937)