# RUBINSTEIN & COROZZO, LLP
COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

DENNIS GIACOMO VILELLA

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08
```

```
MAY 22 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON
```

May 21, 2008

Via Facsimile (212 – 805 – 7917)
Honorable Robert P. Patterson
United States District Judge
500 Pearl St., Room 2550
New York, NY 10007

**MEMO ENDORSED**

RE: *United States v. Daniel Karron*, 07-cr-00541

Dear Honorable Judge Patterson:

On July 25, 2007, counsel wrote requesting a *Monsanto* hearing in order to permit Daniel Karron to sell his apartment, 4 N, 300 East 33rd Street, New York, New York, 10016, so the proceeds could be used to pay for his legal defense.

On March 17, 2008, because Dr. Karron's apartment had not yet sold, defense counsel asked to be relieved in this matter. That application to be relieved as counsel was denied and on March 18, 2008, your Honor ordered Dr. Karron to sell his apartment by April 1, 2008 with the proceeds of the sale held by the U.S. Marshals subject to further order of this court.

Dr. Karron's contract to sell was executed and the closing date is May 28, 2008. At the May 19, 2008, status conference, counsel requested the Court modify its prior order to permit the Firm of Rubinstein & Corozzo, LLP, to receive at the closing a check in the amount of $100,000 out of the proceeds of the sale with the balance, after closing costs, to be paid to the U.S. Marshal's service subject to further order of this court.

Counsel agreed to accept this amount for the pre-trial work already performed and all work up to trial on June 2, 2008. The defendant in open court consented to the Court granting this order. The government has no objection.

Please accept this letter as a request for an order granting the direct payment of $100,000 to Rubinstein & Corozzo, LLP, for the firm's pre-trial services, from the proceeds of the sale of Dr. Karron's apartment, 4 N, 300 East 33rd Street, New York, New York, 10016.

Respectfully submitted,

Ronald Rubinstein

cc: AUSA Steven Kwok via facsimile (212) 637-2937

So ordered
Robert P. Patterson
USDJ
5/22/08