USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

                                    07 Cr. 541 (RPP)

                                      **ORDER**

       - against -

DANIEL B. KARRON,

                        Defendant.
------------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

      In view of the nature of the Defendant's notice pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C) and Federal Rule of Evidence 702 received by the Court this morning, the Defendant's counsel is ordered to provide the Government and the Court by this afternoon with a written summary of the testimony of each expert that the Defendant intends to use, the basis and reason for the experts' opinions, and the witnesses' expert qualifications to render such opinions. This information should be accompanied by a brief explanation as to why the opinion is relevant for the jury's consideration during the trial of this case.

      IT IS SO ORDERED.

Dated: New York, New York
       May 30, 2008

                                                      _____
                                                          Robert P. Patterson, Jr.
                                                                   U.S.D.J.

Copies of this Order were sent to:

*For the Government:*
Attn: Chi T. Steve Kwok, Christian R. Everdell
U.S. Attorney's Office, SDNY

One St. Andrew's Plaza
New York, NY 10007
Phone: (212) 637-2415
Fax: (212) 637-2937

*For Defendant:*
Attn: Ronald Rubinstein
Rubinstein & Corozzo, LLP
260 Madison Avenue, 22nd Flr.,
New York, NY 10016
Phone: (212) 545-8777
Fax: (212)-679-1844