# RUBINSTEIN & COROZZO, LLP

### COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

DENNIS GIACOMO VILELLA



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/13/08
```

260 MADISON AVENUE
JUDGE ROBERT C PATTERSON
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

June 13, 2008

**Via Facsimile (212 – 805 – 7917)**
Honorable Robert P. Patterson
United States District Judge
500 Pearl St., Room 2550
New York, NY 10007

MEMO ENDORSED

RE: *United States v. Daniel Karron*, 07-cr-00541

Dear Honorable Judge Patterson:

Pursuant to Federal Criminal Procedure Rule 29 (c) (1), "A defendant may move for a judgment of acquittal, or renew such a motion, within 7 days after a guilty verdict or after the court discharges the jury, whichever is later."

On June 10, 2008, counsel moved this court after the close of all the evidence at trial for a judgment of acquittal on behalf of Daniel Karron because the evidence was insufficient as a matter of law to sustain a conviction. That motion was denied on the record.

One June 11, 2008, the jury returned a guilty verdict against Daniel Karron. Counsel now renews its motion for a judgment of acquittal following the guilty verdict. However, counsel respectfully requests an extension of the 7 day period to renew its motion for a judgment of acquittal to submit a memorandum of law in support of its motion.

Therefore, counsel respectfully requests thirty days from the guilty verdict in this matter or until Monday, July 14, 2008 to submit a memorandum of law in support of its motion for a judgment of acquittal as to Daniel Karron on all counts.

Respectfully submitted,

*Ronald Rubinstein*

Ronald Rubinstein

cc:   AUSA Steven Kwok via facsimile (212) 637-2390

*Application granted in part. The court will extend defendant's time to file its motion to June 25, 2008. So ordered.*

*Robert P. Patterson, USDJ*
*6/13/08*