**MEMO ENDORSED**

# RUBINSTEIN & COROZZO, LLP
### COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

DENNIS GIACOMO VILELLA

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

June 25, 2008

**RECEIVED JUN 2 5 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON**

<u>Via Facsimile (212 – 805 – 7917)</u>
Honorable Robert P. Patterson
United States District Judge
500 Pearl St., Room 2550
New York, NY 10007

RE: *United States v. Daniel Karron*, 07-cr-00541

Dear Honorable Judge Patterson:

In the afternoon of June 11, 2008 a Jury found the defendant guilty of the single count in indictment: 07-CR-00541. On June 13, 2008 counsel wrote requesting thirty days from the guilty verdict to submit a memorandum of law in support of its motion for a judgment of acquittal as to Daniel B. Karron. That request was granted in part and time was extended until today, June 25, 2008 to submit the Rule 29 motion pursuant to Federal Criminal Procedure Rule 29 (c) (1).

However, counsel also wishes to file a motion for a new trial pursuant to Federal Criminal Procedure Rule 33. The government was contacted and advised of our intended submissions and our request for additional time to complete our submission. AUSA Kwok consented to our request.

Counsel respectfully requests two additional days or until this Friday, June 27, 2008 to submit motions pursuant to Federal Criminal Procedure Rules 29 and 33 for a judgment of acquittal and a new trial as to Daniel B. Karron respectively.

Very truly yours,

Ronald Rubinstein

*application granted so ordered Robert P. Patterson USDJ 6/25/08*

cc:   AUSA Steven Kwok via facsimile (212) 637-2390

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2008