

## COMPUTER AIDED SURGERY, INC.
D. B. KARRON DMT PROGRAM

300 E 33rd St
Apt 4N
New York, NY 10016

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

Used / Available
Sick 0:00 / 240:00
Vac 0:00 / 80:00

Computer Aided Surgery Incorporated
300 E 33rd St.
Suite 4N
New York, NY
10016

| | | 8/2/2002 | 10401 |
|---|---|---|---|
| Salary (40:00 hrs) | | 61,918.07 | 113,082.00 |
| owners sweat | | -30,000.00 | -30,027.39 |
| Federal Withholding 941 tax | | -17,104.00 | -29,752.62 |
| Social Security Employee | | -2,091.63 | -5,236.80 |
| Medicare Employee | | -462.81 | -1,204.29 |
| NY - Withholding | | -4,351.00 | -7,568.78 |
| NY - Disability Employee | | -2.60 | -15.60 |
| New York City Resident | | -2,231.00 | -3,982.94 |



Filed



DEFENDANT'S EXHIBIT
D-6

07/01/2002 - 07/31/2002 Pay Period          5,675.03