


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 30, 2008

**BY FACSIMILE**

The Honorable Robert P. Patterson
United States District Judge
500 Pearl Street
New York, NY 10007

      Re:  <u>United States v. Daniel B. Karron</u>,
            S2 07 Cr. 541 (RPP)

Dear Judge Patterson:

      On June 27, 2008, the Government received the defendant's memorandum of law in support of a judgment of acquittal, pursuant to Rule 29 and a motion for a new trial, pursuant to Rule 33. The Government respectfully submits this letter to request that the Court allow the Government until July 21, 2008, to respond to the motion.

      AUSA Steve Kwok is preparing for retrial in <u>United States</u> v. <u>Winston Clarke</u>, 05 Cr. 17 (DAB), scheduled to begin before Judge Batts on July 21, 2008. The trial is expected to last two weeks. AUSA Christian Everdell will be on vacation until July 8, 2008.

*[Handwritten endorsement: Application granted. So ordered. Robt Patterson, USDJ 6/30/08]*

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2008

The Honorable Robert P. Patterson
June 30, 2008
Page 2

    On Friday afternoon, AUSA Kwok spoke to Ron Rubinstein, Esq., who consented to this request.

    For the foregoing reasons, the Government respectfully requests until July 21, 2008, to respond to the defendant's submission.

                        Respectfully submitted,

                        MICHAEL J. GARCIA
                        United States Attorney

By: _____
    Chi T. Steve Kwok
    Christian R. Everdell
    Assistant United States Attorneys
    (212) 637-2415 / (212) 637-2556

cc:  Ron Rubinstein, Esq. (by fax and email)
     Counsel to Daniel B. Karron