THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G1731-04AUG04
Sequence number 0080183946  Posting date 01-MAR-02