THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G1731-04AUG04
Sequence number 0080183956 Posting date 01-MAR-02

COMPUTER AIDED SURGERY, INC.
DBA CASI
E.I.N. # [illegible]
DR. D. KARRON, PRESIDENT & C.T.O.
300 EAST 33RD STREET #4N
NEW YORK, NY 10016

3145

THE CHASE MANHATTAN BANK
NEW YORK, NY 10001

[illegible]

PAY TO THE ORDER OF D.B. Karron, Ph.D. $ **5,000.00

Five Thousand and 00/100

DOLLARS

300 East 33rd St.
Apt #4N
New York, NY
10016

VOID IF NOT CASHED IN 90 DAYS

MEMO

⑈003145⑈ ⑆021000021⑆ 131068299665⑈ ⑈0000500000⑈