**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G1768-20OCT04**
Sequence number 0080260698  Posting date 19-AUG-02

COMPUTER AIDED SURGERY, INC.
HIST ART DMT PROGRAM
300 EAST 33RD STREET, SUITE 6R
NEW YORK, NY 10016

JPMORGAN CHASE BANK
NEW YORK, NEW YORK

10407

PAY TO THE ORDER OF: D.B. Farron, M.D.    $750.00

Seven Hundred Fifty and 00/100 ******************************** DOLLARS

300 East 33rd St
Apt 6N
New York, NY
10016

⑈10407⑈ ⑆021000021⑆ 1310758735655⑆    ⁄00000 75000⁄

8000260698

2436