

131-00131-B015-00131-     -023-5-02-3CB - Y -

COMPUTER AIDED SURGERY INC
DR D B KARRON
300 EAST 33RD STREET SUITE 4-N
NEW YORK NY  10016

July 23 - August 21, 2002
Page 1 of 4

## The Small Business Team at Chase Statement

**Customer Service**
Call Small Business ServiceLine
at 1-800-CHASE38
Hearing impaired call 1-800-CHASETD

Primary Account Number: 131-0682996-65
Number of Checks Enclosed: 64

## Summary of Accounts

| Deposit Accounts | Checking | Opening Balance | Total Credits | Total Debits | Ending Balance |
|---|---|---|---|---|---|
| | Business Checking 131-0682996-65 | 184.57 | 21,000.00 | 20,825.00 | 359.57 |
| | Business Checking 131-0758735-65 | 13,988.32 | 90,370.25 | 96,819.93 | 7,538.64 |
| | Total | 14,172.89 | 111,370.25 | 117,644.93 | 7,898.21 |

**\*\* THIS ENDS THE SUMMARY PORTION OF YOUR STATEMENT \*\***

Important Information

Your combined Business Banking balances in July totaled $34,329.38.

1416