**COMPUTER AIDED SURGERY, INC.**
D/B/A CASI
E.I.N. # 13-388-9180
DR. D. KARRON, PRESIDENT & C.T.O.

2977

THE CHASE MANHATTAN BANK
NEW YORK, NY 10021
1-2-210

10/26/2001

PAY TO THE
ORDER OF    Dr. D. B. Karrron                                    $    **2,000.00

Two Thousand and 00/100************************************************************************************ DOLLARS

D B Karron
300 East 33rd Street
Apartment 4N
New York, NY 10016 USA        *Jan '00 rent*

VOID IF NOT CASHED IN 30 DAYS

MEMO_____ Rent on office: 300 East 33rd Street, Sute 4N

⑈00 2977⑈  ⑈0 2 10000 2⑈  ⑈13 1068 299665⑈        ⑈0000 200000⑈

---

**COMPUTER AIDED SURGERY, INC.**
D/B/A CASI
E.I.N. # 13-388-9180
DR. D. KARRON, PRESIDENT & C.T.O.

2978

THE CHASE MANHATTAN BANK
NEW YORK, NY 10021
1-2-210

10/26/2001

PAY TO THE
ORDER OF    Dr. D. B. Karrron                                    $    **2,000.00

Two Thousand and 00/100************************************************************************************ DOLLARS

D B Karron
300 East 33rd Street
Apartment 4N
New York, NY 10016 USA

VOID IF NOT CASHED IN 30 DAYS

MEMO_____ Rent on office: 300 East 33rd Street, Sute 4N    *Feb '00*

⑈00 2978⑈  ⑈0 2 10000 2⑈  ⑈13 1068 299665⑈        ⑈0000 200000⑈

---

**COMPUTER AIDED SURGERY, INC.**
D/B/A CASI
E.I.N. # 13-388-9180
DR. D. KARRON, PRESIDENT & C.T.O.

2979

THE CHASE MANHATTAN BANK
NEW YORK, NY 10021
1-2-210

10/26/2001

PAY TO THE
ORDER OF    Dr. D. B. Karrron                                    $    **2,000.00

Two Thousand and 00/100************************************************************************************ DOLLARS

D B Karron
300 East 33rd Street
Apartment 4N
New York, NY 10016 USA

VOID IF NOT CASHED IN 30 DAYS

MEMO_____ Rent on office: 300 East 33rd Street, Sute 4N    *March 00*

⑈00 2979⑈  ⑈0 2 10000 2⑈  ⑈13 1068 299665⑈        ⑈0000 200000⑈

*1*

FOR DEPOSIT ONLY
TO THE ACCOUNT OF
DR. D. KARRON, PH.D.
# 13-106-849-1665

2800766919 7300115408

021000021 07395 008
10/26/01 1 0131 51

FOR DEPOSIT ONLY
TO THE ACCOUNT OF
DR. D. KARRON, PH.D.
# 13-106-849-1665

2800766921 7300115409

021000021 07395 008
10/26/01 1 0131 51

FOR DEPOSIT ONLY
TO THE ACCOUNT OF
DR. D. KARRON, PH.D.
# 13-106-849-1665

2800766923 7300115410

021000021 07395 008
10/26/01 1 0131 51

2

**COMPUTER AIDED SURGERY, INC.**
D/B/A CASI
E.I.N. # 13-388-9180
DR. D. KARRON, PRESIDENT & C.T.O.

2980

THE CHASE MANHATTAN BANK
NEW YORK, NY 10021
1-2-210

10/26/2001

PAY TO THE
ORDER OF      Dr. D. B. Karron                                        $ **2,000.00

Two Thousand and 00/100************************************************************ DOLLARS

D.B Karron
300 East 33rd Street
Apartment 4N
New York, NY 10016 USA

VOID IF NOT CASHED IN 30 DAYS

MEMO  Rent on office: 300 East 33rd Street, Suite 4N   April '00

⑈002980⑈ ⑆021000021⑆ 131068299665⑈      ⑆0000200000⑈

---

**COMPUTER AIDED SURGERY, INC.**
D/B/A CASI
E.I.N. # 13-388-9180
DR. D. KARRON, PRESIDENT & C.T.O.

2981

THE CHASE MANHATTAN BANK
NEW YORK, NY 10021
1-2-210

10/26/2001

PAY TO THE
ORDER OF      Dr. D. B. Karron                                        $ **2,000.00

Two Thousand and 00/100************************************************************ DOLLARS

D.B Karron
300 East 33rd Street
Apartment 4N
New York, NY 10016 USA

VOID IF NOT CASHED IN 30 DAYS

MEMO  Rent on office: 300 East 33rd Street, Suite 4N   May 00

⑈002981⑈ ⑆021000021⑆ 131068299665⑈      ⑆0000200000⑈

---

**COMPUTER AIDED SURGERY, INC.**
D/B/A CASI
E.I.N. # 13-388-9180
DR. D. KARRON, PRESIDENT & C.T.O.

2982

THE CHASE MANHATTAN BANK
NEW YORK, NY 10021
1-2-210

10/26/2001

PAY TO THE
ORDER OF      Dr. D. B. Karron                                        $ **2,000.00

Two Thousand and 00/100************************************************************ DOLLARS

D.B Karron
300 East 33rd Street
Apartment 4N
New York, NY 10016 USA

VOID IF NOT CASHED IN 30 DAYS

MEMO  Rent on office: 300 East 33rd Street, Suite 4N   June 00

⑈002982⑈ ⑆021000021⑆ 131068299665⑈      ⑆0000200000⑈

3



**COMPUTER AIDED SURGERY, INC.**
D/B/A CASI
E.I.N. # 13-388-9180
DR. D. KARRON, PRESIDENT & C.T.O.

THE CHASE MANHATTAN BANK
NEW YORK, NY. 10021
1-2-210

2983

10/26/2001

PAY TO THE ORDER OF: Dr. D. B. Karron

$ **2,000.00

Two Thousand and 00/100************************************************************************ DOLLARS

D B Karron
300 East 33rd Street
Apartment 4N
New York, NY 10016 USA

VOID IF NOT CASHED IN 30 DAYS

MEMO  Rent on office: 300 East 33rd Street, Sute 4N  July 00

⑈"002983"⑈ ⑈02100002⑈: 13106829966 5"  ⑈0000200000⑈

---

**COMPUTER AIDED SURGERY, INC.**
D/B/A CASI
E.I.N. # 19-388-9180
DR. D. KARRON, PRESIDENT & C.T.O.

THE CHASE MANHATTAN BANK
NEW YORK, NY. 10021
1-2-210

2984

10/26/2001

PAY TO THE ORDER OF: Dr. D. B. Karron

$ **2,000.00

Two Thousand and 00/100************************************************************************ DOLLARS

D B Karron
300 East 33rd Street
Apartment 4N
New York, NY 10016 USA

VOID IF NOT CASHED IN 30 DAYS

MEMO  Rent on office: 300 East 33rd Street, Sute 4N  Aug 00

⑈"002984"⑈ ⑈02100002⑈: 13106829966 5"  ⑈0000200000⑈

---

**COMPUTER AIDED SURGERY, INC.**
D/B/A CASI
E.I.N. # 13-388-9180
DR. D. KARRON, PRESIDENT & C.T.O.

THE CHASE MANHATTAN BANK
NEW YORK, NY. 10021
1-2-210

2985

10/26/2001

PAY TO THE ORDER OF: Dr. D. B. Karron

$ **2,000.00

Two Thousand and 00/100************************************************************************ DOLLARS

D B Karron
300 East 33rd Street
Apartment 4N
New York, NY 10016 USA

VOID IF NOT CASHED IN 30 DAYS

MEMO  Rent on office: 300 East 33rd Street, Sute 4N  Sept 00

⑈"002985"⑈ ⑈02100002⑈: 13106829966 5"  ⑈0000200000⑈



FOR DEPOSIT ONLY
TO THE ACCOUNT OF
DR. D. KARRON, PH.D.
# 13-106-849-1665

OCT 26 01

CHASE MANHATTAN BANK
OCT
55 W.
N.Y.
021000021

021000021     10/26/01
07395         1
088      0131     51
2B00766927 7300115407

FOR DEPOSIT ONLY
TO THE ACCOUNT OF
DR. D. KARRON, PH.D.
# 13-106-849-1665

OCT 26 01

CHASE MANHATTAN BANK
OCT
55 W.
N.Y.
021000021

021000021     10/26/01
07395         1
088      0131     51
2000766927 7300115412

FOR DEPOSIT ONLY
TO THE ACCOUNT OF
DR. D. KARRON, PH.D.
# 13-106-849-1665

OCT 26 01

CHASE MANHATTAN BANK
OCT
55 W.
N.Y.
021000021

021000021     10/26/01
07395         1
088      0131     51
2800766915 7700001999

6

**COMPUTER AIDED SURGERY, INC.**
D/B/A CASI
E.I.N. # 13-388-9180
DR. D. KARRON, PRESIDENT & C.T.O.
300 EAST 33RD STREET ST. 4N
NEW YORK, NY 10016

3040

THE CHASE MANHATTAN BANK
NEW YORK, NY 10021
1-2-210

11/8/2001

PAY TO THE ORDER OF    Dr. D. B. Karron                                    $ **2,000.00

Two Thousand and 00/100******************************************************************* DOLLARS

D B Karron
300 East 33rd Street
Apartment 4N
New York, NY 10016 USA

Jan. 01

VOID IF NOT CASHED IN 30 DAYS

MEMO    Rent on office: 300 East 33rd Street, Sute 4N

⑆003040⑆ ⑈021000021⑇ 131068 299665⑈    ⑆0000 200000⑆

---

**COMPUTER AIDED SURGERY, INC.**
D/B/A CASI
E.I.N. # 13-388-9180
DR. D. KARRON, PRESIDENT & C.T.O.
300 EAST 33RD STREET ST. 4N
NEW YORK, NY 10016

3064

THE CHASE MANHATTAN BANK
NEW YORK, NY 10021
1-2-210

11/23/2001

PAY TO THE ORDER OF    Dr. D. B. Karrron                                    $ **2,000.00

Two Thousand and 00/100******************************************************************* DOLLARS

D B Karron
300 East 33rd Street
Apartment 4N
New York, NY 10016 USA

Feb 01

VOID IF NOT CASHED IN 30 DAYS

MEMO    Rent on office: 300 East 33rd Street, Sute 4N

⑆003064⑆ ⑈021000021⑇ 131068 299665⑈    ⑆0000 200000⑆

---

**COMPUTER AIDED SURGERY, INC.**
D/B/A CASI
E.I.N. # 13-388-9180
DR. D. KARRON, PRESIDENT & C.T.O.
300 EAST 33RD STREET ST. 4N
NEW YORK, NY 10016

3093

THE CHASE MANHATTAN BANK
NEW YORK, NY 10021
1-2-210

12/6/2001

PAY TO THE ORDER OF    Dr. D. B. Karrron                                    $ **2,000.00

Two Thousand and 00/100******************************************************************* DOLLARS

D B Karron
300 East 33rd Street
Apartment 4N
New York, NY 10016 USA

march 01

VOID IF NOT CASHED IN 30 DAYS

MEMO    Rent on office: 300 East 33rd Street, Sute 4N

⑆003093⑆ ⑈021000021⑇ 131068 299665⑈    ⑆0000 200000⑆

7

FOR DEPOSIT ONLY
TO THE ACCOUNT OF
DR. D. KARRON, PH.D.
# 13-106-849-1665

021000021     11/09/01
64342            1
688        0131      51
5300593219 7000011110

JP MORGAN CHASE BANK

NO 23 01

*Kmv*
*13/06/4/665*

021000021     11/23/01
03655            1
688        0131      51
400036631878001152583

FOR DEPOSIT ONLY
TO THE ACCOUNT OF
DR. D. KARRON, PH.D.
# 13-106-849-1665

021000021     12/11/01
62944            1
683        0131      51
2800164973730000 4954

**COMPUTER AIDED SURGERY, INC.**                                                3094
D/B/A CASI
E.I.N. # 13-388-9180                          THE CHASE MANHATTAN BANK
DR. D. KARRON, PRESIDENT & C.T.O.                   NEW YORK, NY 10021
300 EAST 33RD STREET ST. 4N                             1-2-210                      12/6/2001
NEW YORK, NY 10016

Dr. D. B. Karrron                                                              $  **2,000.00

ousand and 00/100********************************************************************************

                                                                                   DOLLARS

D B Karron
300 East 33rd Street
Apartment 4N
New York, NY 10016 USA                                        VOID IF NOT CASHED IN 30 DAYS

Rent on office: 300 East 33rd Street, Suite 4N   /April 01

⑈003094⑈  ⑆021000021⑈  1310682 99665⑈            ⑈0000 200000⑈

---

**COMPUTER AIDED SURGERY, INC.**                                                3100
D/B/A CASI
E.I.N. # 13-388-9180                          THE CHASE MANHATTAN BANK
DR. D. KARRON, PRESIDENT & C.T.O.                   NEW YORK, NY 10021
300 EAST 33RD STREET ST. 4N                             1-2-210                      12/12/2001
NEW YORK, NY 10016

Dr. D. B. Karrron                                                              $  **2,000.00

ousand and 00/100********************************************************************************

                                                                                   DOLLARS

D B Karron
300 East 33rd Street
Apartment 4N
New York, NY 10016 USA                                        VOID IF NOT CASHED IN 30 DAYS

Dec 01 rent

⑈003100⑈  ⑆021000021⑈  1310682 99665⑈            ⑈0000 200000⑈

---

**COMPUTER AIDED SURGERY, INC.**                                                3107
D/B/A CASI
E.I.N. # 13-388-9180                          THE CHASE MANHATTAN BANK
DR. D. KARRON, PRESIDENT & C.T.O.                   NEW YORK, NY 10021
300 EAST 33RD STREET ST. 4N                             1-2-210                      12/28/2001
NEW YORK, NY 10016

Dr. D. B. Karrron                                                              $  **2,000.00

sand and 00/100*********************************************************************************

                                                                                   DOLLARS

D B Karron
300 East 33rd Street
Apartment 4N
New York, NY 10016 USA                                        VOID IF NOT CASHED IN 30 DAYS

MAY 01 rent

⑈003107⑈  ⑆021000021⑈  1310682 99665⑈            ⑈0000 200000⑈

D/Karron

021000021    03/01/02
61508        1
008    0131    51
B0001033948 7400040366

FOR DEPOSIT ONLY
TO THE ACCOUNT OF
DR. D. KARRON, PH.D.
# 13-106-849-1665

021000021    04/01/02
1
083    0538    51
5200628263 7800126951

FOR DEPOSIT ONLY
TO THE ACCOUNT OF
DR. D. KARRON, PH.D.
# 13-106-849-1665

JP MORGAN CHASE BANK
ECC-533-9493
41089
BRKLYN, NY 11245
021000021

021000021    05/24/02
63841        1
008    0131    51
5300660451 7500127242

18

**COMPUTER AIDED SURGERY, INC.**
D/B/A CASI
E.I.N. # 13-388-9180
**DR. D. KARRON, PRESIDENT & C.T.O.**
300 EAST 33RD STREET ST. 4N
NEW YORK, NY 10016

3185

THE CHASE MANHATTAN BANK
NEW YORK, NY 10021
1-2-210

6/2/2002

PAY TO THE
ORDER OF  Dr. D. B. Karrron

$ **2,000.00

Two Thousand and 00/100******************************************************************************* DOLLARS

D B Karron
300 East 33rd Street
Apartment 4N
New York, NY 10016 USA

VOID IF NOT CASHED IN 30 DAYS

MEMO  June 2002 Rent

⑈003185⑈ ⑆021000021⑆ 131068 29966 5⑈    ⑈0000 200000⑈

---

**COMPUTER AIDED SURGERY, INC.**
D/B/A CASI
E.I.N. # 13-388-9180
**DR. D. KARRON, PRESIDENT & C.T.O.**
300 EAST 33RD STREET ST. 4N
NEW YORK, NY 10016

3199

THE CHASE MANHATTAN BANK
NEW YORK, NY 10021
1-2-210

9/12/2002

PAY TO THE
ORDER OF  Dr. D. B. Karrron

$ **2,000.00

Two Thousand and 00/100******************************************************************************* DOLLARS

D B Karron
300 East 33rd Street
Apartment 4N
New York, NY 10016 USA

VOID IF NOT CASHED IN 30 DAYS

MEMO  Sept 02 rent

⑈003199⑈ ⑆021000021⑆ 131068 29966 5⑈    ⑈0000 200000⑈

---

**COMPUTER AIDED SURGERY, INC.**
D/B/A CASI
E.I.N. # 13-388-9180
**DR. D. KARRON, PRESIDENT & C.T.O.**
300 EAST 33RD STREET ST. 4N
NEW YORK, NY 10016

3200

THE CHASE MANHATTAN BANK
NEW YORK, NY 10021
1-2-210

9/12/2002

PAY TO THE
ORDER OF  Dr. D. B. Karrron

$ **2,000.00

Two Thousand and 00/100******************************************************************************* DOLLARS

D B Karron
300 East 33rd Street
Apartment 4N
New York, NY 10016 USA

VOID IF NOT CASHED IN 30 DAYS

MEMO  Aug 02 rent

⑈003200⑈ ⑆021000021⑆ 131068 29966 5⑈    ⑈0000 200000⑈

19

FOR DEPOSIT ONLY
TO THE ACCOUNT OF
DR. D. KARRON, PH.D.
# 13-106-849-1665

021000021    06/04/02
02924        1
003    0131    51
2900052574  7100149734

FOR DEPOSIT ONLY
TO THE ACCOUNT OF
DR. D. KARRON, PH.D.
# 13-106-849-1665

JP MORGAN CHASE BANK

021000021    10/22/02
05621        1
003    0131    51
2900055816  7400137572

FOR DEPOSIT ONLY
TO THE ACCOUNT OF
DR. D. KARRON, PH.D.
# 13-106-849-1665

JP MORGAN CHASE BANK

021000021    10/07/02
03213        1
003    0131    51
3000783893  7400199853