

# RUBINSTEIN & COROZZO, LLP
COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

DENNIS GIACOMO VILELLA

22ND FLOOR
NEW YORK, N.Y. 10018

TELEPHONE (212) 545-8777
FAX (212) 679-1844

July 25, 2008

Via Facsimile (212 – 805 – 7917)
Honorable Robert P. Patterson
United States District Judge
500 Pearl St., Room 2550
New York, NY 10007

**MEMO ENDORSED**

RE: *United States v. Daniel Karron*, 07-cr-00541

Dear Honorable Judge Patterson:

In the afternoon of June 11, 2008 a Jury found the defendant guilty of the single count in indictment: 07-CR-00541. On June 13, 2008 counsel wrote requesting thirty days from the guilty verdict to submit a memorandum of law in support of its motion for a judgment of acquittal as to Daniel B. Karron. That request was granted in part and time was extended until June 25, 2008 to submit a Rule 29 motion pursuant to Federal Criminal Procedure Rule 29 (c) (1).

Counsel then requested to also submit a motion for a new trial pursuant to Federal Criminal Procedure Rule 33 in addition to the Rule 29 motion. Those motions were submitted together on Friday, June 27, 2008.

The government submitted a memorandum in opposition to defendant's Rule 29 and Rule 33 motions this past Monday July 21, 2008, after receiving an extension to file from the court and on consent of defense counsel. Counsel now with the consent of the government respectfully requests three weeks or until August 15, 2008 to reply to the government's most recent submission in opposition.

Very truly yours,

Ronald Rubinstein

cc: AUSA Steven Kwok via facsimile (212) 637-2390

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08

*Application Granted*
*So ordered*
*Robert P Patterson*
*USDJ*
*7/25/08*