UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

                - against -

DANIEL B. KARRON,
                       Defendant.
-----------------------------------------------------------X

07 Cr. 541 (RPP)

**ORDER**

**ROBERT P. PATTERSON, JR., U.S.D.J.**

    The Court has reviewed the briefs of the parties in Defendant's motion for acquittal and a new trial.

    Defendant's reply brief raises arguments not made in his original motion papers.

Accordingly, the Court will allow the government to file a surreply to those arguments to be filed by September 17, 2008.

    IT IS SO ORDERED.

Dated: New York, New York
        September 9, 2008

                                                Robert P. Patterson, Jr.
                                                U.S.D.J.

Copies of this Order were sent to:

*For the Government:*
Michael J. Garcia, U. S. Attorney
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007
Attn: Chi T. Steve Kwok, Christian R. Everdell
Tel:   212-637-2415/2556
steve.kwok@usdoj.gov
christian.everdell@usdoj.gov

*For Defendant:*
Rubinstein & Corozzo, LLP
260 Madison Avenue, 22nd Fl.,
New York, NY 10016
Attn:   Ronald Rubinstein
Tel:    212-545-8777
rcorozzo@aol.com