# RUBINSTEIN & COROZZO, LLP
### COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

DENNIS GIACOMO VILELLA

22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

**MEMO ENDORSED**

RECEIVED SEP - 5 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

September 8, 2008

<u>Via Facsimile (212 – 805 – 7917)</u>
Honorable Robert P. Patterson
United States District Judge
500 Pearl St., Room 2550
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/09

RE: Request to adjourn sentencing date

*United States v. Daniel Karron*, 07-cr-00541

Dear Honorable Judge Patterson:

In the afternoon of June 11, 2008 a Jury found the defendant guilty of the single count in indictment: 07-CR-00541. Subsequently, defendant submitted motions for a judgment of acquittal and a new trial pursuant to Federal Criminal Procedure Rules 29 and 33 on Friday, June 27, 2008.

The government submitted a memorandum in opposition to defendant's Rule 29 and Rule 33 motions on Monday July 21, 2008 and defense counsel submitted a reply to the government's opposition on August 15, 2008.

Defendant's sentencing is presently scheduled at 4pm, Monday September 15, 2008. Both government and defense counsel received the pre-sentence report Friday, September 5, 2008 and the defense is now preparing its objections. Counsel spoke with the government and the government does not object to an adjournment. However, AUSA Kwok indicated he is starting a trial before Judge Batts the week of September 29, 2008, and will be unavailable until that trial is finished, which is projected to last one week.

Therefore, it is respectfully requested that Daniel Karron's sentencing be adjourned until a date in mid to late October, 2008.

Very truly yours,

Ronald Rubinstein

cc: AUSA Steven Kwok via facsimile (212) 637-2390

*application granted, sentencing adjourned to [10/6/08] at 4pm. So ordered. Robert P. Patterson 9/9/08*