# RUBINSTEIN & COROZZO, LLP

COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

WILLIAM R. DiCENZO

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

RECEIVED OCT 10 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

October 10, 2008

<u>Via Facsimile (212 – 805 – 7917)</u>
Honorable Robert P. Patterson
United States District Judge
500 Pearl St., Room 2550
New York, NY 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/10/08

*United States v. Daniel Karron*, 07-cr-00541 (RPP)

Re: **Request to submit pre-sentence memorandum on Tuesday, October 14, 2008 instead of Columbus Day, October 13, 2008**

Dear Judge Patterson:

Daniel Karron's sentencing is scheduled for Monday, October 20, 2008. In light of next week's legal holiday, Columbus Day, counsel requests permission to submit our objections and pre-sentencing memorandum on Tuesday, October 14, 2008.

Respectfully submitted,

*[signature]*

Ronald Rubinstein

cc: AUSA Steven Kwok via facsimile (212) 637-2390

*[handwritten endorsement: application granted, so ordered, Robert P. Patterson, 10/10/08]*