# Exhibit A

**From:** Gabor Herman <gabortherman@yahoo.com>
**To:** Ronald Rubinstein ESQ <rcorozzo@aol.com>
**Subject:** Dr D B Karron
**Date:** Wed, 1 Oct 2008 12:56 pm

Dear Mr. Rubenstein:

You asked me to write to you expressing my opinion of the work that Dr. D. B. Karron was pursuing under the support of an NIST-ATP grant around 2002 on Anatomic Computer Modeling for Precise and Accurate Therapies.

I am qualified to give an expert opinion on this topic, since I have been a Full Professor since 1974 doing active research in the general area of the above-mentioned grant (applications of computer modeling to medicine) under continuous founding by federal agencies (mainly the National Institutes of Health and the National Science Foundation). I have served on many panels for such agencies to evaluate the quality of research proposals. Also, I have been following the contributions of Dr. Karron to this field for over twenty years.

The technological innovation of Dr. Karron that was to be utilized under the NIST-ATP grant, named Digital Morse Theory, is a significant one. It bridges the gap between powerful, but possibly esoteric, mathematical theory and useful applications. It is potentially a very significant contribution to the collections of scientific tools for improving the quality of health care.

To turn such a potential into a working reality a great deal of hard work needs to be done, involving mainly the designing and coding of efficacious computer software. Projects to achieve such things typically require many years; the original plan of Dr. Karron's grant of performing his proposed work in three years was ambitious, but doable. Unfortunately the grant was terminated early by the agency and so it had no chance of bringing to completion its laudable aims.

As far as the progress in the initial (funded) period of the project is concerned, based on the first four quarterly reports that I have read, it was as good as can be expected at the level of funding made available to Dr. Karron under the grant. In my opinion the funding agency was getting appropriate scientific bangs for its bucks, the value of the work done seems to me definitely not less than what can be expected for the money that was awarded.

If you have any specific questions regarding this matter, please let me know.

Sincerely,

Gabor T. Herman, Ph.D.
Distinguished Professor of Computer Science

```
The Graduate Center of the City University of New York
http://www.dig.cs.gc.cuny.edu/~gabor/index.html
```