# **Exhibit B**

| FORM CD-451<br>(REV 10/98) | U.S. DEPARTMENT OF COMMERCE<br><br>AMENDMENT TO<br>FINANCIAL ASSISTANCE AWARD | ☐ GRANT   X COOPERATIVE AGREEMENT |
|---|---|---|
| | | ACCOUNTING CODE<br>cc: 2/4721348       Obj. Class: 4110<br>Req. No. 2/472-2106      $0.00 |
| | | AWARD NUMBER<br>70NANB1H3050 |
| **RECIPIENT NAME**<br>Computer Aided Surgery, Inc. | | AMENDMENT NUMBER<br>#06 |
| **STREET ADDRESS**<br>300 East 33rd Street, Suite 4N | | EFFECTIVE DATE   JUN 27 2003 |
| **CITY, STATE, ZIP CODE**<br>New York, NY 10016 | | EXTEND WORK COMPLETION TO |

CFDA NO. AND PROJECT TITLE: 11.612, Advanced Technology Program (ATP), Proposal No. 00-00-4607
Project Title: Anatomic Computer Modeling for Precise and Accurate Therapies

| COSTS ARE REVISED AS FOLLOWS: | PREVIOUS ESTIMATED COST | ADD | DEDUCT | TOTAL ESTIMATED COST |
|---|---|---|---|---|
| FEDERAL SHARE OF COST | $1,400,000.00 | $0 | $0 | $1,400,000.00 |
| RECIPIENT SHARE OF COST | $ 67,000.00 | $0 | $0 | $67,000.00 |
| TOTAL ESTIMATED COST | $1,467,000.00 | $0 | $0 | $1,467,000.00 |

**REASON(S) FOR AMENDMENT**
This cooperative agreement is being amended to suspend this award, effective immediately, for non-compliance of Special Award #7.

This Amendment approved by the Grants Officer is issued in triplicate and constitutes an obligation of Federal funding. By signing the three documents, the Recipient agrees to comply with the Amendment provisions checked below and attached, as well as previous provisions incorporated into the Award. Upon acceptance by the Recipient, two signed Amendment documents shall be returned to the Grants Officer and the third document shall be retained by the Recipient. If not signed and returned without modification by the Recipient within 30 days of receipt, the Grants Officer may unilaterally terminate this Amendment.

X Special Award Conditions

☐ Line Item Budget

☐ Other(s) _____ B-AE93-N-C-F-N-A-36-51000  EIN: 13-38809180  472/B.J. Lide/J. Orthwein

GOVERNMENT EXHIBIT 26 07 Cr 541 (RPP) (ID)

| SIGNATURE OF DEPARTMENT OF COMMERCE GRANTS OFFICER<br>Marilyn Goldstein       *[signature]* | DATE<br>6-27-03 |
|---|---|
| TYPED NAME, TYPED TITLE, AND SIGNATURE OF AUTHORIZED RECIPIENT OFFICIAL | DATE |

4

# SPECIAL AWARD CONDITIONS
## ADVANCED TECHNOLOGY PROGRAM – SINGLE RECIPIENT
## COMPUTER AIDED SURGERY, INC.
## COOPERATIVE AGREEMENT NO. 70NANB1H3050
## AMENDMENT #06

**THE FOLLOWING SPECIAL AWARD CONDITION IS INCORPORATED:**

**12. SUSPENSION**

Pursuant to OMB Circular A-110 Section___.51 and Department of Commerce regulations at 15 CFR sec. 14.62 (a) (1) and (3), this cooperative agreement is suspended effective as of the date of this amendment. Based upon preliminary audit information, you are in non-compliance of Special Award Condition #7 "Cost Share". No further costs shall be incurred under this award without the express written approval of the NIST Grants Officer, pursuant to 15 CFR sec. 14.62 (c).

This award will remain suspended until Recipient provides evidence, satisfactory to the Grants Officer that it is in full-compliance with Special Award Condition #7.

PRIOR TERMS AND CONDITIONS REMAIN THE SAME.

Special Award Conditions/ATP