# **<u>Exhibit D</u>**



**New York University**
*A private university in the public service*
Faculty of Arts and Science
Department of Psychology
The Graduate Program in Cognition & Perception

Edgar E. Coons, Ph.D.
*Professor of Psychology & Neuroscience*
6 Washington Place, Room 467
New York, NY 10003-6634

(212) 998-7843, FAX (212) 995-4349
edgar.coons@nyu.edu

Honorable Judge Robert Patterson,                    September 2, 2008
% Ron Rubinstein, LLP                                     re: Dr. Daniel B. Karron
22nd Floor
260 Madison Ave.
New York, NY  10016

Dear Judge Patterson,

   Your Honor, I am writing this letter as a character witness for Dr. Daniel B. Karron in the hopes that clemency can be shown him in his sentencing which is scheduled to take place on the 11th of September.

   As my letterhead indicates, I am a professor of psychology and neuroscience at New York University where I have been on the faculty since 1965.  It is in that capacity that I first came to know Dan in the Fall of 1975 when he began my two-semester course in physiological psychology.  He proved to be a bright, enthusiastic, and deep-thinking student with intrinsic interests in brain science rather than just in a good grade.  Consequently, I gladly accepted his offer in the Fall of 1976 to volunteer as a researcher in my brain-stimulation laboratory.  There, he demonstrated superior hands-on and theoretical skill in machine-work, electronics, and computers.  These he put to use in helping me devise a way to test whether a pharmaceutical agent, phenylpropanolamine (PPA), displays the anti-appetite properties of the chemically-related amphetamine compounds but without their highly addictive and, thus, unwanted side-affects.  Because PPA is an ingredient in many over-the-counter diet aids, the FDA got interested in our work.  As a result, and with Dan's assistance, I was able to testify before it on July 11, 1977, that PPA, though indeed an appetite-suppressant, luckily has no addictive properties.

   The gratitude I felt for Dan's help focused me on his further scientific education and committed me to assisting him in that development where I could (he reciprocated by seeking me out informally for advice on many occasions ever since).  I helped smooth the way for his working in the neuro-magnetism brain laboratory of my colleagues, Professors Samuel J. Williamson and Lloyd Kaufman, and later being accepted as a doctoral candidate in NYU's Department of Applied Science.  There, in 1992, I served as an examiner on his defense of his dissertation, *Novel Surface Rendering and Object Registration Methods for Three Dimensional Medical Imaging: The "Spider-Web" Surface Algorithm and the "Pointers" Technique for Integrating Multimodal Images.*  This thesis, in addition to making important theoretical contributions in topology toward ways to map surfaces, also grew out of a practical problem which Dan had encountered as a computer consultant in cosmetic surgery at NYU's medical

school and which his work helped solve, namely, how to devise a virtual reality model of a patient's facial features on which a surgeon could plan and practice a reconstructive operation before putting the patient "to the knife." On August 29th, 2000, I helped Dan out in yet another way. He asked me for a $1000 loan to help him meet a monthly payroll for the employees in his CASI research group which I gladly granted him. In a few months, and according to the terms of the terms of the loan, he duly paid me back. Finally, somewhat later (circa 2005), because I had intensive training as a musician and composer before becoming a psychologist and neuroscientist, Dan sought my advice on an innovative echo-location technique he was developing for using music-like acoustic dimensional feedback in guiding delicate surgical maneuvering,

Over the course of all this interaction I have gotten to know Dan Karron well in a deep sense…not just scientifically but also personally. I first saw him in his interactions with the other students in my lab, later with my professional colleagues, and—more recently in a limited but very responsible way—with the employees in his own CASI lab (although I've never been in the lab itself). What follows is the summary of whom I have learned Dan to be:

1) He ranks unusually high on a scale of unconventionality both scientifically and socially. Scientifically, it stands him in good stead because his refusal to be reflexly bound by accepted beliefs has allowed him very productively to determine that some are false assumptions that have impeded the discovery of knowledge and its fruitful application. It is a productivity evident in his publication and grant attainment record. Socially, his unconventionality has brought him into naive disregard at times of widely accepted and intensely-held social mores about who a person should be (even biologically) … thereby, sometimes causing him to meet with revulsive disapproval.

2) Yet, Dan is a person of very basic good-will toward humankind both professionally and in his personal dealings with others. Professionally, it should be noted that all his goals—even those which on the surface seem most scientifically cerebral—have as their eventual aims the betterment medically (and even more broadly) of other people. Privately, in his dealings with me, with my research students when he was one too, with his mother in her recent decent into senility, and with whomever else I have seen him interact, he is extremely considerate and generous…even overly so.

3) Linked to that generosity is the fact that Dan is often too trustful of other people and not adversarial enough. While scientifically he contends very productively with Mother Nature to wrest from her any advantages, socially—when it comes to wresting with other people for this or that advantage—he is anything but adversarial and suspicious and can be taken advantage of out of a naive trust in their good nature. Wiley in "the ways of the world" he is NOT which has on occasions brought him to grief.

Your Honor, with my view in mind of who Dr. Daniel B. Karron is, please grant him clemency in sentencing him on September 11, 2008. I am very fond of him and of his "pure and simple" and well-meaning devotion to truth.

Sincerely,

*Edgar E. Coons*

Edgar E. Coons
Professor of Psychology and
Neuroscience

# <u>Exhibit E</u>



**BROOKLYN**

**COLLEGE**

September 17, 2008

The Honorable Robert Patterson
c/o Ron Rubinstein
260 Madison Ave., 22nd floor
NY NY 10016

Your Honor,

     I am writing this letter on behalf of the defendant Daniel Karron. I am an Associate Professor at Brooklyn College in the department Computer Information Science and a member of the Ph.D. faculty at the CUNY Graduate Center. I first met Dan Karron while I was a Ph.D. student at NYU's Courant Institute of Mathematical Sciences. Dan was an undergraduate student at NYU, and we met at an NYU computer center, introduced through a mutual friend who worked there, Steve Boriotti. I recall Dan was working on a database program for a biology professor. He called the program Frogger, and we would tease him about it.

     After completing my doctorate and beginning work at CUNY, one of my mentors, Prof. Bud Mishra of NYU, called me and asked me if Dan could contact me about a research problem he had. At the time, Dan was working on his doctorate under Sam Williamson in the department of applied sciences, and professor Williamson was interested in brain research. As a consequence of his work Dan was inventing a new medical imaging method, and his advisor was not that interested in that aspect of the work. Thus did Dan and I begin a period of collaborating on research (on and off) for many years.

     During the time that I have known Dan, he has always been a gentle kind soul. He invited my wife and children (we have four children) to his Mom's house in Long Beach many times, and has always been kind and generous to my children. I notice that he dotes on his elderly mother.

---

**Department of Computer and Information Science**

Brooklyn College of The City University of New York

2900 Bedford Avenue ▪ Brooklyn, New York 11210-2889 ▪ Telephone (718) 951-5657 ▪ Fax (718) 951-4842

BROOKLYN



COLLEGE

When Dan confided his rather unusual gender situation to me, it did initially create a distance between us. However, I eventually accepted (though do not agree with) his choice, and we remained friends. When Dan contacted me to work on the NIST project, I jumped at the opportunity, as it seemed very interesting. Dan was always very excited about scientific research. We made good progress, and after the grant was suspended, we continued work and actually, with the help of a graduate student Praveen Thiagarajeen, made our best progress. Dan still discusses research matters with me, and I believe that science is what he loves most.

I was surprised and saddened that Dan was convicted. While I was not privy to the details of the accounting, it seemed to me, at least while I was working at CASI, that Dan had hardly enriched himself on the grant.. I do believe his primary motivation was the success of the research and not personal enrichment.

In the years that I have known Dan, I couldn't have imagined him stealing anything. Indeed, for example, if I left money by mistake at CASI (which actually happened one time) Dan returned it next day. I observed that Dan's friends and neighbors liked him very much and he was always very friendly.

In closing, I pray that the court will be lenient with Dan, as I believe him to be a decent human being.

Sincerely,

Professor: James L. Cox

**Department of Computer and Information Science**

Brooklyn College of The City University of New York

2900 Bedford Avenue • Brooklyn, New York 11210-2889 • Telephone (718) 951-5657 • Fax (718) 951-4842

# **Exhibit F**

FROM :                       FAX NO. :248737274            Sep. 22 2008 05:52PM   P2

September 21, 2008

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl St., Room 2550
New York, NJ 10007

Dear Honorable Judge Patterson:

I am writing this letter on behalf of a very dear friend, the defendant Daniel Karron.

I first met Dr. Karron in 1971 at Columbia University when I began graduate school in chemistry. Dr. Karron, 17 years old at the time, was conducting bibliographic research for a paper that was scheduled to be presented by Cleve Backster, an eminent polygraph expert, in an European conference. I was immediately struck by his brilliance, ebullience, and intellectual tenacity. All the years through 1976, Dr. Karron had provided me with critical moral support.

In 1980, when I returned dead broke to New York from West Germany, Dr. Karron provided me with a bedroom in his tiny apartment on 14th Street. During my MBA studies at NYU, Dr Karron again provided me with his endless moral support. When I agonized through my job search, he urged me to take the research offer at Energy Conversion Devices, Inc. That was great advice, indeed, for it turned out to be the best job I ever had, and it me on a path to financial stability.

In the early 1980s Dr. Karron assisted me with the sourcing of materials for my experiments and was an ever patient sounding board for my research ideas. He was always generous of his time, even during his tough graduate studies at the NYU Medical School.

After his studies Dr. Karron and I pondered about our future contributions to society: he would set up a company to study the human brain, while I worked on alternative energy. We both shared the desire to give back to society more than we've taken from her.

Over the decades, I had become friends with his family, too. I've observed his close relationships with his mom and sister, and it was always an inspiration to me to watch the way he had taken care of his mom after her health began to deteriorate.

Please do not hesitate to contact me if you ever need me to vouch for his character.

Very sincerely yours,

Henry U. Lee, Ph.D., M.B.A.
General Manager
Ge Solartech, LLC
1195 Rochester Road
Suite N
Troy, MI 48083
(248) 318-5416

# Exhibit G



# Townley Church

829 Salem Road, Union, NJ  07083-7570

The Rev. Christopher V. Taylor,
Pastor

908-686-1028
Paxhope@gmail.com

---

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl St., Room 2550
New York, NY 10007

September 26, 2008

Your Honor,

I have known Dr. Karron since our days working together in a physiological psychology lab at New York University as graduate students.   I have gone on to study for the ministry and serve a Presbyterian Church in New Jersey.

Dr. Karron has struggled mightily as an adult to use her great gifts in science and math. She has succeeded in this for the benefit of our country.  Part of her work has been toward the minimization of head injuries for soldiers.   The work toward computer assisted surgery improvements is staggering in its implications.

Dr. Karron has been a loving and responsible parent.  Her daughter attends one of our country's top 100 universities.  I have accompanied her to visit her ailing (dying) mother. She talks of her mother in almost every conversation we have.  When my house burned down, Dr. Karron was one of the first ones there to comfort us.  She said, "I know what it's like to lose everything."  She accompanied me on a road trip to take a church member to a rehab center in Tennessee.  We sang gospel songs from our days together in Bible studies.

Dr. Karron shocked us all with the revelation that 'he' needed to become a she.   After years of mental therapy and preparation, our friend changed gender  --  but not <u>heart</u>.  Dr. Karron poses no further danger to our society.  In that genius noggin there resides the promise of scientific and mathematical contributions that will make the misdeeds done through confusion, neurosis, and lack of life skills, pale by comparison.  She told me recently, "Yes, I'm good at science, but not at living."

Please show mercy and leniency on this very hard-working, loyal, patriotic, loving, struggling, caring friend.  Thank you for your thoughtful, dare I say?, prayerful, consideration of my plea.

Yours truly,

Christopher V. Taylor (Rev.)

# **<u>Exhibit H</u>**



**_TETRAD Innovation, Inc._**

Intelligent Energy, Environment and Security Solutions

23.September.2008

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl St., Room 2550
New York, NY 10007

I am writing this letter on behalf of the defendant Daniel Karron, requesting leniency by the court in view of Dr. Karron's character, contributions to society, and positive effects on people's lives.

By way of background, I am the Chief Scientist and Technical Officer of TETRAD Innovation, Inc., a U.S. company specializing in products and solutions for defense, homeland security, and the energy community. I have been on the faculty of the Medical School of Virginia, Virginia Commonwealth University, and employed by firms such as Intel, Lockheed-Martin, and Battelle. My PhD is in quantum physics, I have raised three children, I am happily married to an accountant, and I am active in a number of non-profit programs focused upon the environment, water quality, and public health.

I have known Dr. Karron since the mid 1990's in a professional capacity due to his work in mathematics, computer visualization, and biomedical computation. We have interacted through conferences, common circles of colleagues at DARPA and elsewhere in the defense research community, and also through complementary initiatives for applying innovative technologies to medical and defense applications. Dr. Karron's work and his technical prowess always impressed me and some of his work, particularly relevant to such seemingly diverse and separate areas as cancer imaging as well as IED and sniper detection, has been what I would have to call "ahead of its time" but also "long overdue". Suffice it to say that Dr. Karron has a bright mind, has contributed scientifically and technically, and as a researcher has made a mark upon others in several fields.

There is another side to Dr. Karron besides that of being a genius "math guy" and "computer whiz." All of that in itself provides, in my humble opinion, reason for special consideration and leniency. I speak here not only of his contributions and his positive, open, and unselfish sharing of his work, but also of the fact (hardly uncommon) that a brilliant mind can be occasionally absent-minded, also overly trusting, and easily taken advantage of by others. But the other side to Dr. Karron that I have seen is one that goes beyond the realm of science and technology into the area of human affairs and practical benefits to society.

On several occasions I have either witnessed, or heard from reliable other persons, that Dr. Karron has gone out of his way with time, energy and personal resources including financial assistance for individuals in need. Sometimes these were instances with students, members of the local Manhattan community, or his family members. I have seen him to be very understanding and accommodating to individuals who needed help with technical equipment, cars, transportation, or housing. One person was a student at the Univ. of Delaware. Another was a person who had family difficulties. Another was a programmer who needed a job and a place to stay.

I do know that with his company, CASI, he has earned a reputation within some Dept. of Defense technical circles of being very open to sharing creative ideas and software. At one point a mutual colleague at DARPA expressed an opinion that Dr. Karron's biomedical imaging work could be of benefit to projects aiming to reduce the response time and the error rates in treatment of severely wounded soldiers in the field of battle, particularly in Iraq and Afghanistan. In short, Dr. Karron has been generous helper and facilitator, and I can surely imagine that sometimes in the intensity of his mental work there may have been absent-minded or forgetful episodes, but definitely I cannot associate Daniel Karron with anything resembling intentional harm, or theft, or deliberate mishandling of affairs.

I would like to mention one extraordinary incident which will always stand in my mind because it has very personal connections as you will surely appreciate. It is because of incidents like this that I ask the court to be as lenient and caring in Dr. Karron's situation as possible. In April of 2004, my daughter, then a freshman at college, came to visit me in New York City. Due to a complexity of travel delays, weather and other confusion, my daughter was briefly stranded in Manhattan, late at night, alone, somewhere around Grand Central Station, and coming from the relatively sparse and open Midwest, quite at a loss about what to do. Dr. Karron went out of his way at night to find her and bring her to his office (in which he also resided). She had already been accosted by a couple of individuals at Grand Central. He made my daughter comfortable and relaxed until I could arrive in Manhattan, and this was a welcome relief to all.

I am glad to know that there are people like Dr. Karron around. I hope that you will find benefit from my letter and account of things and apply your power of judgment in a restorative and lenient spirit.

Sincerely,

Martin J. Dudziak, PhD