# Exhibit I

Lee H. Goldberg
202 Mather Ave.
Princeton, NJ 08540
609-720-0015
lgoldberg@green-electronics.com

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl St. Rm. 2550
New York, NY 10007

Sept 23, 2008

Dear Judge Patterson,

Thanks for taking the time to read this letter on Dr. Karron's behalf. A letter cannot neatly condense a relationship of nearly 40 years and is a poor tool with which to peer into the soul of a person. Nevertheless, I'll do my best with this brief note to explain why, after having seen Dan at his best and worst, he remains one of my most trusted friends and one of my most respected colleagues. Although Dan is now also known as Dianne (or Dr. K) following a sex change operation, I'll try to avoid any confusion in my narrative by invoking the privilege of having known him as "Dan" for 30+ years and refer to him in the male gender.

My friendship with Dan dates back to Jr. High school in the mid-60's but blossomed a number of years later after we both got out of college and began to make our way in the world. Since then, we've seen each other through good and bad relationships, the highs and lows of our respective careers, and all manner of adventures. I've also helped Dan out in various ways with both his current biomedical research business as well as the trucking business he ran three decades ago. During this time, I've had the chance to closely observe Dan as a friend, a colleague, and as a father to his daughter. One of the common threads I've seen run through all these relationships is his basic impulse to do the right thing. The other common thread that, while somewhat less relevant to your considerations, is the basic decency and kindness I've seen him exhibit both in his personal and business dealings.

On a personal level, Dan has always been one of the people I trusted and could count on for help in tough times. Whether it was tutoring me on difficult math for my engineering degree, a bit of money when things were tight, dropping everything to help me get my computer un-crashed, or helping move my family into a new home, Dan has always been there. Likewise, he is one of the handful of close friends I've trusted enough to loan money in order to get a business going. As with all my other dealings with Dan, those loans were done on a handshake and repaid as quickly as circumstances would permit.

More important than the way he's treated me, I have always appreciated the way he treats his friends, family, and business associates. With respect to his family, I've watched him repeatedly step up to help his sister and three brothers out whenever they have had

problems and be there when times were good as well. He's been a mainstay of support for his Mom during her long bout of declining health, fitting in his work responsibilities around whatever needed to be done on her behalf.

As a father myself, I've especially admired Dan's steadfast approach to maintaining contact with his daughter Sarah after a rather difficult divorce from a wife that did her best to poison the father-daughter relationship. Between the natural tensions arising from a divorce and the complexities added by Dan's sex change, Sarah had lots of ambivalence and anger towards her father which she often showed in sad and hurtful ways. Despite this, Dan stuck with his daughter and was a constant positive presence in her life. Thankfully, the relationship is starting to heal now that she is in college and I think she's beginning to understand how much her father really cares about her.

In his business life, Dan has not always been financially successful but he's been very consistent in several other important respects. For one thing, Dan is well-known for the supportive relationships he builds with both his peers and the grad students he's taught over the years. Another signature of his style is the creative collaborations he's carefully arranged to be mutually beneficial rather than self-serving. These are two of many reasons that, despite the serious legal troubles he's seen of late, there are many people still anxious to work with him – including several who were involved with the NIST program.

Finally, the years I spent knocking around Dan's lab has led me to believe that he has always been more concerned with making sure his research was good and that he was "doing the right thing" for his clients and employees than he was in making a fortune for himself. As one of the people he turned to occasionally to share details of the business and ask advice, many of the conversations I had with Dan involved his ongoing efforts to keep monies straight and make sure that his business was in compliance with the sometimes-Byzantine requirements of DARPA and NIST grant rules. The efforts I saw him make towards this end are consistent with the honorable, if at times odd, way Dan's handled the rest of his life.

Thanks again for the opportunity to share a few insights about Dan that may not have been apparent during the trial. If I can be of any help in clarifying the points I've made here, or any other issues, please do not hesitate to contact me.

Respectfully,


Lee Goldberg

# **<u>Exhibit J</u>**

September 24, 2008

300 East 33rd Street, Apt. 18L
New York, NY  10016

Attention:  Ronald Rubinstein, Esq.
Rubinstein & Corozzo,LLP
260 Madison Avenue, Floor 22
New York, NY  10016

Honorable Robert P. Patterson
United States District Judge
United States Courthouse
500 Pearl Street., Room 2550
New York, NY  10007

Dear Judge Patterson:

I am writing this letter in support of Dr. Daniel Karron with the hope that it will give you
some insight into the type of person you will be sentencing.

I have an MBA in marketing from Pace University and a BA from The College of
William and Mary in Virginia. I'm a vice president with Halstead Properties,LLC in
NYC, was in the Air Force, and have also been an active volunteer for United Cerebral
Palsy and the Brookdale Department of Geriatrics and Adult Development at Mount
Sinai Hospital.

Both Dr. Karron and I have lived in Kips Bay Towers for a number of years.  For most of
this time, I didn't know him as an individual. This only happened within the last year
when he asked me to sell his apartment.  However, he is very well-known and liked in the
building by both tenants and staff.  As we take the same elevators, I did have an
opportunity to observe him many times with his daughter and her friends.  And I
marveled at what a wonderful father he seemed to be.  I overheard lots of their
conversations and his advice to her.  He was always very positive and I thought on target.
She has turned into a well adjusted college student due to his support.

I also know that he is well-liked by his neighbors.  One lady recently told me that she
always felt safe and secure, knowing that she could count on Dr. Karron.  Many people
on his floor were sad to learn that he had sold his home.

When I actually met Dr. Karron, it was under the most trying of circumstances.  He had
to sell his apartment and asked me to do it for him. (I sent out a mailer to the entire
building and he recognized me and asked if I would sell the apartment.)  It was during
this period that I learned about the upcoming trial and some of the details about it. Even
though he was sorry to sell his home, he was always welcoming to the people to whom I
showed it. The apartment had been converted to a lab and he was helpful in telling them

what had to be done to convert it back to a residential space. In several cases, people brought children who were mesmerized by the electronic equipment and the things that could be done. Dr. Karron took great delight in explaining and showing them what type of work he did. I also observed him with the man who worked for him and several former clients. Dr. Karron could not have been more supportive and decent. All hold him in high regard. Once the unit was sold, Dr. Karron was also very helpful to the buyers. He didn't have to be as he really didn't have any obligation to them.

During the time I was showing this unit, I learned about his mother. She lives in Long Beach, NY, is elderly, frail and in need of much help. Dr. Karron visits with her on an almost daily basis. He is now planning to take her out of the facility where she lives and bring her back to her home. He has also been learning to operate all the medical equipment she needs to stay alive. I find this very admirable.

Dr. Karron's work, which involves helping people with traumatic brain injury, is certainly a well-needed field as many of our service people are returning home from war with this condition. We've talked a great deal about what can be done in the future. He is passionate about his work and cares about making a difference in the world.

I believe that Dr. Karron is a positive role model to those around him and the type of person who will improve the lives of those with whom he is in contact. He is truly a productive member of society and I sincerely hope the court will give him an opportunity to continue his much needed work.

Sincerely,

William Nicolai

# <u>Exhibit K</u>

David M. Israelstam, M.D., Ph.D., F.A.P.A.

330 South Whitney Way, Suite 104

Madison, Wisconsin 53705

(608) 236 0450


09/20/2008

Honorable Robert P. Patterson

United States District Judge

United States Courthouse

500 Pearl St., Room 2550

New York, New York  10007


Dear Judge Patterson:

I am writing this letter on behalf of the defendant Daniel Karron.

I am a  Child, Adolescent and Adult Psychiastrist , licensed in the States of Wisconsin and California and Board Certified by the American Board of Psychiatry and Neurology, in private practice in Madison, Wisconsin since July, 1986. I obtained my B.S. degree from the University of Chicago in 1959, my M.D. degree from (Case) Western Reserve University School of Medicine in 1963, and my Ph.D. degree in Medical Physics from the University of California, Berkeley in 1971. My residency in Adult Psychiatry was at the Medical College of Medicine, Milwaukee, Wisconsin and my Child/Adolescent Psychiatry Fellowship was at the University of Wisconsin Hospital and Clinics, Madison, Wisconsin.

I haveknown Dr. Karron since 2000, and have interacted with her twice a year at transgender events, specifically IFGE (International Foundation for Gender Education) events each Spring, and Fantasia Fair,in Provincetown, Massachusetts, each Fall. IFGE runs for five days.  Fantasia Fair lasts seven days.

What first impressed me about Dr. Karron was her work with computer-aided surgical modeling techniques.  I make no claim of understanding in any detail what this work entailed, but in broad outline, I was impressed with the cutting edge quality of her work and her intellect.

We also interacted during the talent shows at Fantasia Fair and informally at both transgender events.

I found her to be supportive of others, and supportive to the transgender community, in general.

Her divorce, which I believe was at least in part due to her desire to transition from male to female gender, was difficult for her. (I use the `her' pronoun for Dr. Karron, as it is my belief that she has undergone genital surgical reassignment surgery, although she continued to present as Daniel in her professional work at NYU.

It is my belief that she has a great capacity to improve Society with her professional knowledge and creativity and it is my hope that she can continue to function professionally.

Please feel free to contact me if I can be of further assistance in this matter.

Sincerely yours,

David M. Israelstam, M.D., Ph.D., F.A.P.A.

# **<u>Exhibit L</u>**

Jonathan Mason
42 Delavan St
Brooklyn, NY 11231


September 23 08


Honorable Robert P. Patterson,

My name is Jonathan Mason; I'm 46 years old, educated in the UK and have resided in
Redhook, Brooklyn for 25 years; my occupation now is as a building contractor and has
been so for 12 years.

I first met Dr Daniel Karron 5 years ago, while adapting his Manhattan apartment into a
comprehensive computer office space; whilst there, I saw between 3 and 6 individuals
working at computer stations at all times.

My involvement as a contractor was to fabricate and install, from Dr Karron's designs, a
comprehensive cooling system to keep the computers running, making sure they would
not overheat; many stations side by side without ventilation are known to shut down and
have numerous other problems from overheating. Hence the work was both invaluable
and necessary.

I was also contracted to improve the lighting, storage shelves and many other amenities
to help those working on the project.

While working with Dr Karron, I got to know him and respect his problem solving logic
and unique way of looking at things; he was also fair, kind and sincere.

My many times with him leave me to believe it very unlikely that any desire for monetary
interests could possibly override his love and fascination for pure mathematics.




Jonathan Mason