## RUBINSTEIN & COROZZO, LLP
### COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

WILLIAM R. DICENZO



260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

October 16, 2008

**Via Facsimile (212 – 805 – 7917)**
Honorable Robert P. Patterson
United States District Judge
500 Pearl St., Room 2550
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/08

*United States v. Daniel Karron*, 07-cr-00541 (RPP)

Re:   Request to travel this weekend

Dear Judge Patterson:

Daniel Karron's sentencing is scheduled for Monday, October 20, 2008. Dr. Karron respectfully requests permission to travel to Connecticut this weekend from Friday October 17th to Saturday October 18th to pick up belongings from the residence of Windy Lynn Farnsworth, located at 10 Phesant Lane, New Milford, CT 06776.

Both Pre-trial services and the US Attorney's Office have been contacted and voiced no objection to Dr. Karron's request to travel.

*Application granted.*
*So ordered.*
/s/ Robert P. Patterson
USDJ
10/16/08

Respectfully submitted,

/s/
Ronald Rubinstein

**MEMO ENDORSED**

cc:   AUSA Steven Kwok via facsimile (212) 637-2390
      PTS Officer Mildred Santana via facsimile (212) 805 – 4175