10/17/2008

GRANT SPEND:4
10/1/2001 through 6/28/2003

Page 3

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|---|
| 4/24/2002 | CHASE MC 81872-Perso... | | Patricia Dalia | laser test and ... | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -20.00 |
| 4/30/2002 | CHASE MC 81872-Perso... | | Vespro | Vespro | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -139.85 |
| 5/1/2002 | CHASE MC 81872-Perso... | | New York Spo... | montly memb... | Wages:karron:fringe:gym | NIST_ATP_EXPEN... | R | -79.00 |
| 5/1/2002 | CHASE MC 81872-Perso... | | Mee Noodle S... | Mee Noodle ... | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -16.95 |
| 5/29/2002 | CHASE MC 81872-Perso... | | Mee Noodle S... | Mee Noodle ... | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -7.00 |
| 6/1/2002 | CHASE MC 81872-Perso... | | New York Spo... | montly memb... | Wages:karron:fringe:gym | NIST_ATP_EXPEN... | R | -79.00 |
| 6/4/2002 | CHASE MC 81872-Perso... | | Vespro | Vespro | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -139.85 |
| 6/6/2002 | CHASE MC 81872-Perso... | | Patricia Dalia | laser treatment | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -2,334.00 |
| 6/27/2002 | CHASE MC 81872-Perso... | | Patricia Dalia | laser treatment | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -833.00 |
| 7/1/2002 | CHASE MC 81872-Perso... | | New York Spo... | montly memb... | Wages:karron:fringe:gym | NIST_ATP_EXPEN... | R | -79.00 |
| 7/3/2002 | CHASE MC 81872-Perso... | | Vespro | Vespro | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -139.85 |
| 7/19/2002 | CHASE MC 81872-Perso... | | Kips Bay Cine... | take staff out ... | Wages:fringe:amenities | NIST_ATP_EXPEN... | R | -30.00 |
| 7/22/2002 | CHASE MC 81872-Perso... | | Manhattan Car ... | long beach | Travel:taxi | NIST_ATP_EXPEN... | R | -100.00 |
| 7/23/2002 | CHASE MC 81872-Perso... | | Park Ave Radi... | c/t scan for im... | Wages:karron:fringe:dentist | NIST_ATP_EXPEN... | R | -350.00 |
| 8/1/2002 | CHASE MC 81872-Perso... | | New York Spo... | montly memb... | Wages:karron:fringe:gym | NIST_ATP_EXPEN... | R | -79.00 |
| 8/1/2002 | CHASE MC 81872-Perso... | | Starbucks Seco... | ice coffee | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -2.06 |
| 8/1/2002 | CHASE MC 81872-Perso... | | Borders Books | with him cox | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -5.41 |
| 8/1/2002 | CHASE MC 81872-Perso... | | Vespro | Vespro | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -139.85 |
| 8/2/2002 | CHASE MC 81872-Perso... | | Kips Bay Optical | | Wages:karron:fringe:elegl... | NIST_ATP_EXPEN... | R | -405.00 |
| 8/9/2002 | CHASE MC 81872-Perso... | | The Elliott & T... | The Elliott & ... | Wages:karron:fringe:surge... | NIST_ATP_EXPEN... | R | -650.00 |
| 8/9/2002 | CHASE MC 81872-Perso... | | Elliott & True ... | Elliott & True... | Wages:karron:fringe:medi... | NIST_ATP_EXPEN... | R | -350.00 |
| 8/16/2002 | CHASE MC 81872-Perso... | | Elliott & True ... | Elliott & True... | Wages:karron:fringe:medi... | NIST_ATP_EXPEN... | R | -1,500.00 |
| 8/19/2002 | CHASE MC 81872-Perso... | | Borders Books | with jim cox | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -5.20 |
| 8/23/2002 | CHASE MC 81872-Perso... | | Arthur J Brantz... | dermatology l... | Wages:karron:fringe:health | NIST_ATP_EXPEN... | R | -1,350.00 |
| 8/24/2002 | CHASE MC 81872-Perso... | | La Bella Pizza | lunch with Matt | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -9.59 |
| 8/26/2002 | CHASE MC 81872-Perso... | | Todd Berman ... | oral surgery | Wages:karron:fringe:dentist | NIST_ATP_EXPEN... | R | -1,700.00 |
| 8/26/2002 | CHASE MC 81872-Perso... | | Borders Books | with him cox | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -7.04 |
| 8/31/2002 | CHASE MC 81872-Perso... | | Vespro | Vespro | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -139.85 |
| 9/1/2002 | CHASE MC 81872-Perso... | | New York Spo... | montly memb... | Wages:karron:fringe:gym | NIST_ATP_EXPEN... | R | -81.50 |
| 9/3/2002 | CHASE MC 81872-Perso... | | NY Sports Clu... | NY Sports Cl... | Wages:karron:fringe:gym | NIST_ATP_EXPEN... | R | -81.50 |
| 9/3/2002 | CHASE MC 81872-Perso... | | Oo   F13400... | Oo   F13400... | Wages:karron:fringe:gym | NIST_ATP_EXPEN... | R | 81.50 |
| 9/3/2002 | CHASE MC 81872-Perso... | S | Andromeda Co... | currency conv... | ATP_EQUIPMENT:comp... | NIST_ATP_EXPEN... | R | -70.27 |
| | | | | | ATP_EQUIPMENT:comp... | NIST_ATP_EXPEN... | R | -1.41 |
| 9/28/2002 | CHASE MC 81872-Perso... | | Katz'S Delicate... | Katz'S Delica... | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -53.47 |
| 9/30/2002 | CHASE MC 81872-Perso... | | Vespro | Vespro | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -109.90 |
| 9/30/2002 | CHASE MC 81872-Perso... | | NY Sports Clu... | NY Sports Cl... | Wages:karron:fringe:gym | NIST_ATP_EXPEN... | R | -81.50 |
| 10/3/2002 | CHASE MC 81872-Perso... | | Vespro | Vespro | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -29.95 |
| 10/17/2002 | CHASE MC 81872-Perso... | | Patricia Dalia ... | laser zapping | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -1,405.00 |
| 11/4/2002 | CHASE MC 81872-Perso... | | NY Sports Clu... | NY Sports Cl... | Wages:karron:fringe:gym | NIST_ATP_EXPEN... | R | -81.50 |
| 11/18/2002 | CHASE MC 81872-Perso... | | AGWaterhouse | Customer Svc... | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -302.50 |

10/17/2008

# GRANT SPEND:4
## 10/1/2001 through 6/28/2003

Page 4

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/29/2002 | CHASE MC 81872-Perso... | | Lirr Tvm | pick up car fr... | Travel:trainfare | NIST_ATP_EXPEN... | R | -4.75 |
| 12/1/2002 | CHASE MC 81872-Perso... | | New York Spo... | montly memb... | Wages:karron:fringe:gym | NIST_ATP_EXPEN... | R | -81.50 |
| 12/17/2002 | CHASE MC 81872-Perso... | | Valentine Rese... | | ATP_EQUIPMENT:comp... | NIST_ATP_EXPEN... | R | -235.97 |
| 1/1/2003 | CHASE MC 81872-Perso... | | New York Spo... | montly memb... | Wages:karron:fringe:gym | NIST_ATP_EXPEN... | R | -81.50 |
| 1/8/2003 | CHASE MC 81872-Perso... | | NY Medical A... | NY Medical ... | Wages:karron:fringe:health | NIST_ATP_EXPEN... | R | -1,147.50 |
| 1/14/2003 | CHASE MC 81872-Perso... | | Borders Books ... | Borders Book... | ATP_OTHER:Books | NIST_ATP_EXPEN... | R | -19.47 |
| 1/18/2003 | CHASE MC 81872-Perso... | | Mee Noodle S... | Mee Noodle ... | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -7.45 |
| 1/20/2003 | CHASE MC 81872-Perso... | | Time Archive ... | time archive a... | ATP_EQUIPMENT:comp... | NIST_ATP_EXPEN... | R | -54.07 |
| 1/22/2003 | CHASE MC 81872-Perso... | | Carl'S Jr #230 | newport beac... | Travel:meal | NIST_ATP_EXPEN... | R | -4.08 |
| 2/1/2003 | CHASE MC 81872-Perso... | | New York Spo... | montly memb... | Wages:karron:fringe:gym | NIST_ATP_EXPEN... | R | -81.50 |
| 2/3/2003 | CHASE MC 81872-Perso... | | Innovation Lug... | Innovation Lu... | Travel | NIST_ATP_EXPEN... | R | -88.74 |
| 2/9/2003 | CHASE MC 81872-Perso... | | Lirr Tvm | drop off car lb | Travel:trainfare | NIST_ATP_EXPEN... | R | -4.75 |
| 2/16/2003 | CHASE MC 81872-Perso... | | Princeton Junct... | rush home for... | Travel:trainfare | NIST_ATP_EXPEN... | R | -9.80 |
| 2/20/2003 | CHASE MC 81872-Perso... | | NY Medical A... | laser | Wages:karron:fringe:health | NIST_ATP_EXPEN... | R | -2,403.44 |
| 2/21/2003 | CHASE MC 81872-Perso... | | Recession Cafe | meeting with ... | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -26.80 |
| 3/1/2003 | CHASE MC 81872-Perso... | | New York Spo... | montly memb... | Wages:karron:fringe:gym | NIST_ATP_EXPEN... | R | -81.50 |
| 3/11/2003 | CHASE MC 81872-Perso... | | Ruven'S | visit to Howel... | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -9.98 |
| 3/15/2003 | CHASE MC 81872-Perso... | | Moonstruck Ea... | meeting with ... | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -29.50 |
| 3/17/2003 | CHASE MC 81872-Perso... | | Masa'S | grand central ... | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -11.10 |
| 3/17/2003 | CHASE MC 81872-Perso... | | Starbucks 08318 | Starbucks  0... | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -3.53 |
| 3/18/2003 | CHASE MC 81872-Perso... | | La Bella Pizza ... | with Rothman... | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -10.01 |
| 3/25/2003 | CHASE MC 81872-Perso... | | Datavision | amies network | ATP_EQUIPMENT:comp... | NIST_ATP_EXPEN... | R | -275.00 |
| 3/25/2003 | CHASE MC 81872-Perso... | | Starbucks 08318 | with Benedict | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -3.57 |
| 3/27/2003 | CHASE MC 81872-Perso... | | Jeffrey I Mech... | Jeffrey I Mec... | Wages:karron:fringe:health | NIST_ATP_EXPEN... | R | -190.00 |
| 3/28/2003 | CHASE MC 81872-Perso... | | Patricia Dalia | laser treatment | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -2,029.56 |
| 4/1/2003 | CHASE MC 81872-Perso... | | New York Spo... | montly memb... | Wages:karron:fringe:gym | NIST_ATP_EXPEN... | R | -81.50 |
| 4/4/2003 | CHASE MC 81872-Perso... | | Astor Place Th... | hamish and d... | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -132.00 |
| 4/8/2003 | CHASE MC 81872-Perso... | | Labella | with Hamish... | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -20.89 |
| 4/11/2003 | CHASE MC 81872-Perso... | | Fox And Houn... | with dr. Kouf... | Travel:meal | NIST_ATP_EXPEN... | R | -49.30 |
| 4/12/2003 | CHASE MC 81872-Perso... | | CVS Pharmacy | shampoo, trav... | Travel:misc | NIST_ATP_EXPEN... | R | -25.84 |
| 4/12/2003 | CHASE MC 81872-Perso... | | La Tomate | with dr. Kouf... | Travel:meal | NIST_ATP_EXPEN... | R | -79.28 |
| 4/12/2003 | CHASE MC 81872-Perso... | | Annies Prmnt ... | DC/Dr. Kouf... | Travel:meal | NIST_ATP_EXPEN... | R | -36.14 |
| 4/13/2003 | CHASE MC 81872-Perso... | | Wokngrill | return from DC | Travel:meal | NIST_ATP_EXPEN... | R | -53.53 |
| 4/16/2003 | CHASE MC 81872-Perso... | | CVS Pharmacy | meds | Wages:karron:fringe:medi... | NIST_ATP_EXPEN... | R | -18.89 |
| 4/16/2003 | CHASE MC 81872-Perso... | | Gmc Garage - ... | Gmc Garage -... | Wages:fringe:parking | NIST_ATP_EXPEN... | R | -84.00 |
| 4/17/2003 | CHASE MC 81872-Perso... | | LaGuardia Air... | Laguardia Par... | Travel:parking | NIST_ATP_EXPEN... | R | -3.00 |
| 4/17/2003 | CHASE MC 81872-Perso... | | Starbucks Coffee | conference wi... | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -3.43 |
| 4/25/2003 | CHASE MC 81872-Perso... | | E Mayan Studi... | | ATP_OTHER | NIST_ATP_EXPEN... | R | -97.83 |
| 5/1/2003 | CHASE MC 81872-Perso... | | New York Spo... | montly memb... | Wages:karron:fringe:gym | NIST_ATP_EXPEN... | R | -81.50 |
| 5/1/2003 | CHASE MC 81872-Perso... | | 115 East 87TH... | 115 East 87T... | Wages:fringe:amenities | NIST_ATP_EXPEN... | R | -17.00 |

10/17/2008

GRANT SPEND:4
10/1/2001 through 6/28/2003

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|---|
| 5/4/2003 | CHASE MC 81872-Perso... | | 148 E 33rd Str... | 148 E 33Rd S... | Wages:fringe:amenities | NIST_ATP_EXPEN... | R | -27.00 |
| 5/5/2003 | CHASE MC 81872-Perso... | | Mee Noodle S... | Mee Noodle ... | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -7.55 |
| 5/5/2003 | CHASE MC 81872-Perso... | | Starbucks 08318 | Starbucks | 0...Travel:meal | NIST_ATP_EXPEN... | R | -1.68 |
| 5/6/2003 | CHASE MC 81872-Perso... | | Starbucks 08318 | Starbucks | 0...Travel:meal | NIST_ATP_EXPEN... | R | -4.36 |
| 5/7/2003 | CHASE MC 81872-Perso... | | Wokngrill | return from DC | Travel:meal | NIST_ATP_EXPEN... | R | -15.37 |
| 5/7/2003 | CHASE MC 81872-Perso... | | 7-11 | coffee | Travel:meal | NIST_ATP_EXPEN... | R | -6.03 |
| 5/8/2003 | CHASE MC 81872-Perso... | | S and M Parking | parking at den... | Wages:karron:fringe:medi... | NIST_ATP_EXPEN... | R | -8.00 |
| 5/17/2003 | CHASE MC 81872-Perso... | | Hyatt Hotels ... | Hyatt Hotels ... | Travel:meal | NIST_ATP_EXPEN... | R | -13.20 |
| 5/17/2003 | CHASE MC 81872-Perso... | | Hyatt Hotels ... | DC meeting ... | Travel:meal | NIST_ATP_EXPEN... | R | -72.70 |
| 5/20/2003 | CHASE MC 81872-Perso... | | Starbucks | jim, matt coffee | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -4.76 |
| 5/20/2003 | CHASE MC 81872-Perso... | | Intelligence En... | Intelligence E... | Wages:karron:fringe:health | NIST_ATP_EXPEN... | R | -180.11 |
| 6/1/2003 | CHASE MC 81872-Perso... | | New York Spo... | montly memb... | Wages:karron:fringe:gym | NIST_ATP_EXPEN... | R | -81.50 |
| 6/14/2003 | CHASE MC 81872-Perso... | | Starbucks | 00...meeting with ... | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -5.76 |
| 6/20/2003 | CHASE MC 81872-Perso... | | Zana | bar with bob ... | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -55.25 |
| 6/21/2003 | CHASE MC 81872-Perso... | | Y & N Enterpr... | Y & N Enterp... | Travel:fuel | NIST_ATP_EXPEN... | R | -24.00 |
| 6/28/2003 | CHASE MC 81872-Perso... | | Motel Rose 19... | Motel Rose 1... | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -113.93 |
| | | | | | | **OVERALL TOTAL** | | **-32,492.62** |

10/17/2008

## GRANT SPEND:4
### 10/1/2001 through 6/28/2003

Page 1

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|---|
| **CHASE CHECKING 916-65-Personal Checking Account** | | | | | | | | -21,731.10 |
| 10/31/2001 | CHASE CHECKING 916... | 1023 | Robert A. Krac... | payoff balance | Wages:karron:fringe:dentist | NIST_ATP_EXPEN... | R | -577.00 |
| 11/1/2001 | CHASE CHECKING 916... | 1017 | Patricia Dalia ... | zapping | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -1,065.00 |
| 11/15/2001 | CHASE CHECKING 916... | 1029 | Robert A. Krac... | | Wages:karron:fringe:dentist | NIST_ATP_EXPEN... | R | -1,590.00 |
| 11/20/2001 | CHASE CHECKING 916... | 1024 | Clifford W. Ba... | Invoice DOS ... | Wages:karron:fringe:health | NIST_ATP_EXPEN... | R | -30.00 |
| 1/3/2002 | CHASE CHECKING 916... | 1038 | Robert A. Krac... | | Wages:karron:fringe:dentist | NIST_ATP_EXPEN... | R | -560.00 |
| 1/10/2002 | CHASE CHECKING 916... | 5191 | Dr. C Wheeler | wheeler intake | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -350.00 |
| 1/17/2002 | CHASE CHECKING 916... | 5193 | Dr. C Wheeler | | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -150.00 |
| 1/21/2002 | CHASE CHECKING 916... | 5194 | Dr. R E White | | Wages:karron:fringe:health | NIST_ATP_EXPEN... | R | -600.00 |
| 1/23/2002 | CHASE CHECKING 916... | 5195 | Dr. C Wheeler | wheeler regul... | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -150.00 |
| 1/31/2002 | CHASE CHECKING 916... | 5197 | Dr. C Wheeler | wheeler regul... | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -150.00 |
| 2/8/2002 | CHASE CHECKING 916... | 5199 | Dr. C Wheeler | wheeler regul... | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -150.00 |
| 2/15/2002 | CHASE CHECKING 916... | 5200 | Dr. C Wheeler | wheeler regul... | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -150.00 |
| 2/21/2002 | CHASE CHECKING 916... | 5201 | Dr. C Wheeler | wheeler regul... | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -150.00 |
| 2/28/2002 | CHASE CHECKING 916... | 1055 | Robert A. Krac... | 1/16 and 2/15... | Wages:karron:fringe:dentist | NIST_ATP_EXPEN... | R | -3,950.00 |
| 3/4/2002 | CHASE CHECKING 916... | 5202 | Joel Mittleman... | Chondrocare | Wages:karron:fringe:health | NIST_ATP_EXPEN... | R | -35.00 |
| 3/15/2002 | CHASE CHECKING 916... | 5205 | Dr. Todd Berm... | oral surgery, r... | Wages:karron:fringe:health | NIST_ATP_EXPEN... | R | -360.00 |
| 3/28/2002 | CHASE CHECKING 916... | 5207 | Dr. C Wheeler | wheeler regul... | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -150.00 |
| 4/1/2002 | CHASE CHECKING 916... | 1069 | Oral Pathology... | biopsy of gra... | Wages:karron:fringe:health | NIST_ATP_EXPEN... | R | -118.00 |
| 4/2/2002 | CHASE CHECKING 916... | 1072 | Robert A. Krac... | 3/15 stmt | Wages:karron:fringe:dentist | NIST_ATP_EXPEN... | R | -985.00 |
| 4/4/2002 | CHASE CHECKING 916... | 5209 | Dr. C Wheeler | wheeler regul... | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -150.00 |
| 4/11/2002 | CHASE CHECKING 916... | 5212 | Dr. C Wheeler | | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -150.00 |
| 4/12/2002 | CHASE CHECKING 916... | 5211 | Dr. C Wheeler | | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -150.00 |
| 4/19/2002 | CHASE CHECKING 916... | 5213 | Dr. C Wheeler | wheeler regul... | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -300.00 |
| 4/25/2002 | CHASE CHECKING 916... | 5210 | Columbia Univ... | registration fo... | Conference | NIST_ATP_EXPEN... | R | -200.00 |
| 4/30/2002 | CHASE CHECKING 916... | 5215 | Dr. C Wheeler | error, should ... | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -100.00 |
| 5/3/2002 | CHASE CHECKING 916... | 5216 | Dr. C Wheeler | regular session | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -150.00 |
| 5/8/2002 | CHASE CHECKING 916... | DEP | Oxford Health ... | gym benefit | Wages:karron:fringe:gym | NIST_ATP_EXPEN... | R | 100.00 |
| 5/16/2002 | CHASE CHECKING 916... | 5217 | Dr. C Wheeler | wheeler regul... | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -150.00 |
| 5/20/2002 | CHASE CHECKING 916... | 5218 | Dr. C Wheeler | wheeler regul... | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -150.00 |
| 5/20/2002 | CHASE CHECKING 916... | 5219 | Dr. C Wheeler | | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -50.00 |
| 5/24/2002 | CHASE CHECKING 916... | 1090 | Robert A. Krac... | | Wages:karron:fringe:dentist | NIST_ATP_EXPEN... | R | -235.00 |
| 5/24/2002 | CHASE CHECKING 916... | DEP | In Focus | purchase rebate | ATP_EQUIPMENT:comp... | NIST_ATP_EXPEN... | R | 100.00 |
| 5/31/2002 | CHASE CHECKING 916... | 5221 | Dr. C Wheeler | regular sessio... | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -50.00 |
| 5/31/2002 | CHASE CHECKING 916... | 5222 | Dr. C Wheeler | regular session | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -150.00 |
| 6/7/2002 | CHASE CHECKING 916... | 5224 | Dr. C Wheeler | regular session | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -150.00 |

10/17/2008

GRANT SPEND:4
10/1/2001 through 6/28/2003

Page 2

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|---|
| 6/13/2002 | CHASE CHECKING 916... 5225 | | DR Bobbi White | | Wages:karron:fringe:medi... | NIST_ATP_EXPEN... | R | -600.00 |
| 6/13/2002 | CHASE CHECKING 916... 5227 | | Dr. C Wheeler | regular session | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -150.00 |
| 6/17/2002 | CHASE CHECKING 916... 1104 | | Robert A. Krac... | 5/32 stmt | Wages:karron:fringe:dentist | NIST_ATP_EXPEN... | R | -630.00 |
| 6/20/2002 | CHASE CHECKING 916... 5229 | | Dr. C Wheeler | regular session | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -150.00 |
| 6/27/2002 | CHASE CHECKING 916... 5230 | | Dr. C Wheeler | wheeler regul... | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -150.00 |
| 7/12/2002 | CHASE CHECKING 916... 5233 | | Dr. C Wheeler | regular session | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -150.00 |
| 7/19/2002 | CHASE CHECKING 916... 1112 | | Robert A. Krac... | 7/1 stmt | Wages:karron:fringe:dentist | NIST_ATP_EXPEN... | R | -950.00 |
| 7/19/2002 | CHASE CHECKING 916... 5236 | | Dr. C Wheeler | | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -150.00 |
| 7/22/2002 | CHASE CHECKING 916... 5237 | | Dr. C Wheeler | | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -150.00 |
| 8/23/2002 | CHASE CHECKING 916... 5300 | | Dr. C. Wheeler | Customer Ch... | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -450.00 |
| 9/1/2002 | CHASE CHECKING 916... 1125 | | Robert A. Krac... | | Wages:karron:fringe:dentist | NIST_ATP_EXPEN... | R | -585.00 |
| 10/11/2002 | CHASE CHECKING 916... 5308 | | Dr. C Wheeler | | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -150.00 |
| 10/15/2002 | CHASE CHECKING 916... 5307 | | Dr. Joel R. Mit... | back adjustm... | Wages:karron:fringe:health | NIST_ATP_EXPEN... | R | -35.00 |
| 10/16/2002 | CHASE CHECKING 916... 5309 | | Dr. R. White | exam and scri... | Wages:karron:fringe:health | NIST_ATP_EXPEN... | R | -600.00 |
| 10/16/2002 | CHASE CHECKING 916... 5310 | | Ms. Norma Ga... | corrective voc... | Wages:karron:fringe:health | NIST_ATP_EXPEN... | R | -90.00 |
| 10/19/2002 | CHASE CHECKING 916... 1139 | | Robert A. Krac... | dental | Wages:karron:fringe:dentist | NIST_ATP_EXPEN... | R | -305.00 |
| 10/30/2002 | CHASE CHECKING 916... 5311 | | Norma Garbo | | Wages:karron:fringe:health | NIST_ATP_EXPEN... | R | -90.00 |
| 10/31/2002 | CHASE CHECKING 916... 5312 | | Dr. C Wheeler | | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -300.00 |
| 11/7/2002 | CHASE CHECKING 916... 5314 | | Norma Garbo | | Wages:karron:fringe:health | NIST_ATP_EXPEN... | R | -90.00 |
| 11/7/2002 | CHASE CHECKING 916... 5313 | | Dr. C Wheeler | regular session | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -150.00 |
| 11/11/2002 | CHASE CHECKING 916... 1147 | | Robert A. Krac... | cleaning | Wages:karron:fringe:dentist | NIST_ATP_EXPEN... | R | -130.00 |
| 11/12/2002 | CHASE CHECKING 916... 1148 | | Ms. Norma Ga... | corrective voc... | Wages:karron:fringe:health | NIST_ATP_EXPEN... | R | -90.00 |
| 11/13/2002 | CHASE CHECKING 916... 1149 | | Dr. C Wheeler | regular session | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -150.00 |
| 11/22/2002 | CHASE CHECKING 916... 5316 | | Dr. C Wheeler | regular session | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -150.00 |
| 11/25/2002 | CHASE CHECKING 916... 5317 | | Ms. Norma Ga... | corrective voc... | Wages:karron:fringe:health | NIST_ATP_EXPEN... | R | -90.00 |
| 12/19/2002 | CHASE CHECKING 916... 5321 | | Dr. C Wheeler | regular sessio... | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -300.00 |
| 1/9/2003 | CHASE CHECKING 916... 5323 | | Norma Garbo | | Wages:karron:fringe:health | NIST_ATP_EXPEN... | R | -180.00 |
| 1/24/2003 | CHASE CHECKING 916... 5327 | | Norma Garbo | voice | Wages:karron:fringe:health | NIST_ATP_EXPEN... | R | -90.00 |
| 2/4/2003 | CHASE CHECKING 916... 5328 | | Dr. C Wheeler | regular session | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -150.00 |
| 2/4/2003 | CHASE CHECKING 916... 5329 | | Dr. Aviva Nubel | | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -165.00 |
| 2/10/2003 | CHASE CHECKING 916... 1170 | | Dr. C Wheeler | regular session | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -150.00 |
| 2/27/2003 | CHASE CHECKING 916... 5334 | | Dr. C Wheeler | regular session | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -150.00 |
| 2/28/2003 | CHASE CHECKING 916... 5336 | | Dr. Joel R. Mit... | back adjustm... | Wages:karron:fringe:health | NIST_ATP_EXPEN... | R | -35.00 |
| 3/5/2003 | CHASE CHECKING 916... 1178 | | Robert A Krac... | cleaning/oral ... | Wages:karron:fringe:dentist | NIST_ATP_EXPEN... | R | -130.00 |
| 3/5/2003 | CHASE CHECKING 916... 5337 | | Norma Garbo | voice therapy | Wages:karron:fringe:health | NIST_ATP_EXPEN... | R | -90.00 |
| 4/14/2003 | CHASE CHECKING 916... 1197 | | Robert A Krac... | cleaning/oral ... | Wages:karron:fringe:dentist | NIST_ATP_EXPEN... | R | -130.00 |
| 4/14/2003 | CHASE CHECKING 916... 5345 | | James Koufma... | hotel parking ... | Travel:parking | NIST_ATP_EXPEN... | R | -33.60 |

10/17/2008

GRANT SPEND:4
10/1/2001 through 6/28/2003

Page 3

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|---|
| 5/9/2003 | CHASE CHECKING 916... 5348 | | Dr. Christine ... | regular session | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -150.00 |
| 5/15/2003 | CHASE CHECKING 916... 5349 | | Dr. Christine ... | regular session | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -150.00 |
| 6/4/2003 | CHASE CHECKING 916... ATM | S | Nyce ATM Wi... | remote cash ... | Travel | NIST_ATP_EXPEN... | R | -1.00 |
| 6/11/2003 | CHASE CHECKING 916... ATM | S | Cirrus ATM W... | remote atm fee | Travel | NIST_ATP_EXPEN... | R | -1.50 |
| 6/23/2003 | CHASE CHECKING 916... 5352 | | Dr. Joel R. Mit... | neck pillow | Wages:karron:fringe:health | NIST_ATP_EXPEN... | R | -85.00 |
| | | | | | | OVERALL TOTAL | | -21,731.10 |