GOVERNMENT EXHIBIT
114
07 Cr. 541 (RPP) (ID)

## Actual Cost for Year 1 (10/1/2001 - 10/10/2002)



Legend:
- 1 - Dr. Karron Salary & Net Withdrawals In Budget
- 2 - Other Employees' Salaries
- 3 - Equipment Cost In Budget
- 4 - Subcontractor
- 5 - Other Employees' Fringe Benefits - Employer Tax Portion
- 6 - Materials / Supplies Cost In Budget
- 7 - Travel
- 8 - Dr. Karron Fringe Benefits - Employer Tax Portion
- 9 - Audits

- Capital Improvement, $11,248
- Cleaning - D. Ferrand, $5,019
- Meals, $1,936
- Other Employees' Fringe Benefits - Not allowed, $5,751
- 1-$175,000
- 2-$141,922
- 3-$110,000
- 4-$75,982
- 5-$13,768
- 6-$11,000
- 7-$10,914
- 8-$9,841
- 9-$5,000
- Dr. Karron Fringe Benefits - Not Allowed, $4,081
- Materials / Supplies Cost Over Budget, $16,354
- Utilities, $16,341
- Dr. Karron Salary & Net Withdrawals Over Budget, $25,488
- Other (Bookkeeping / Auto Exp / Bank Processing Consultants / Lawyers / Dues Subscriptions
- $43
- Dr. K Rent, $60,000
- Equipment Cost Over Budget, $79,819

## Budget for Year 1 (10/1/2001 to 9/30/2002)

- Audits $10,000
- Materials / Supplies $11,000
- Subcontractor $250,000
- Travel $20,000
- Other Employees' Fringe Benefits $51,000
- Equipment $110,000
- Other Employees' Salaries $150,000
- Dr. Karron Salary $175,000
- Dr. Karron Fringe Benefits $59,500



$569,183

10% Adjustment
TOTAL RED $268,638.

| Amendment # 2 - 1/4/02 | | 10/1/2001 - 10/10/2002 | | % | |
|---|---|---|---|---|---|
| | Budget | CASI Spent | Difference | Difference | |
| Subcontractor | $250,000 | $75,982 | (174,038) | -69.62% | |
| Dr. Karron Salary | $175,000 | $200,488 | 25,488 | 14.56% | |
| Other Employees' Salaries | $150,000 | $141,922 | (8,078) | -5.39% | |
| Equipment | $110,000 | $189,819 | 79,819 | 72.56% | |
| Dr. Karron Fringe Benefits | $59,500 | $19,163 | (40,337) | -67.79% | |
| Other Employees' Fringe Benefits | $51,000 | $20,222 | (30,778) | -60.35% | |
| Travel | $20,000 | $10,914 | (9,086) | -45.43% | |
| Materials / Supplies | $11,000 | $26,354 | 15,354 | 139.65% | |
| Audits | $10,000 | $5,000 | (5,000) | -50.00% | |
| Dr K Rent | $0 | $60,000 | 60,000 | | |
| Other - (Bookkeeping / Auto Exp / Bank Processing Consultants / Lawyers / Dues Subscriptions | $0 | $43,592 | 43,592 | | |
| Utilities | $0 | $16,341 | 16,341 | | |
| Dr. Karron Fringe Benefits - Not Allowed | $0 | $4,081 | 4,081 | | |
| Other Employees' Fringe Benefits - Not allowed | $0 | $5,751 | 5,751 | | |
| Capital Improvement | $0 | $11,248 | 11,248 | | |
| Cleaning - D. Ferrand | $0 | $5,019 | 5,019 | | |
| Meals | $0 | $1,936 | 1,936 | | |
| Total Direct Costs | $836,500 | $837,622 | | | |



GOVERNMENT
EXHIBIT
115
07 Cr. 541 (RPP) (ID)

Legend:
- 1 - Other Employees' Salaries
- 2 - Dr. Karron Salary & Net Withdrawals In Budget
- 3 - Dr. Karron Fringe Benefits - Emp Tax / Insurance/ Workers Comp
- 4 - Other Emp Fringe Benefits - Emp Tax / Insurance/ Workers Comp
- 5 - Audits
- 6 - Equipment Cost In Budget
- 7 - Subcontractor
- 8 - Travel

**Actual for 9 Months of Year 2 (10/11/2002-6/30/2003)**

- 1 - $148,479
- 2 - $131,250
- 3 - $13,815
- 4 - $11,356
- 5 - $10,000
- 6 - $9,000
- 7 - $6,100
- 8 - $3,445

Dr K Rent $2,000
Dr Karron Fringe Benefits - Not Allowed $1,350
Meals $2,966
Cleaning - D. Ferrand $3,200
Other Employees' Fringe Benefits - Not allowed $3,792
Supply Cost Over Budget $8,803
Dr. Karron Salary & Net Withdrawals Over Budget $14,912
Utilities, $17,570
Capital Improvement $20,118
Other- (Bookkeeping / Auto Exp / Bank Processing Consultants Lawyers / Dues Subscriptions $31,625
Equipment Cost Over Budget $90,169

**10 % Adjustment TOTAL RED $196,504**

$341,978

**Budget for 9 months of Year 2 (10/1/2002 - 6/30/2003)**

- Dr. Karron Salary $131,250
- Other Employees' Salaries $150,000
- Subcontractor $110,000
- Travel $9,000
- Equipment $9,000
- Dr. Karron Fringe Benefits $44,625
- Other Employees' Fringe Benefits $51,000

| Amendment # 2 - 1/4/02 | Budget 10/11/2002 - 6/30/2003 | CASI Spent | Difference $ | Difference % Difference |
|---|---|---|---|---|
| Other Employees' Salaries | $150,000 | $148,479 | (1,521) | -1.01% |
| Dr. Karron Salary | $131,250 | $146,162 | 14,912 | 11.36% |
| Subcontractor | $110,000 | $6,100 | (103,900) | -94.45% |
| Other Employees' Fringe Benefits | $51,000 | $13,815 | (37,185) | -72.91% |
| Dr. Karron Fringe Benefits | $44,625 | $19,890 | (24,735) | -55.43% |
| Equipment | $9,000 | $99,169 | 90,169 | 1001.88% |
| Travel | $9,000 | $3,445 | (5,555) | -61.72% |
| Audits | $0 | $10,000 | 10,000 | |
| Other- (Bookkeeping / Auto Exp / Bank Processing | $0 | | | |
| Consultants / Lawyers / Dues | $0 | | | |
| Subscriptions | $0 | $31,625 | 31,625 | |
| Capital Improvement | $0 | $20,118 | 20,118 | |
| Utilities | $0 | $17,570 | 17,570 | |
| Supply Cost | $0 | $8,803 | 8,803 | |
| Other Employees' Fringe Benefit | $0 | $3,792 | 3,792 | |
| Cleaning - D. Ferrand | $0 | $3,200 | 3,200 | |
| Meals | $0 | $2,966 | 2,966 | |
| Dr K Rent | $0 | $2,000 | 2,000 | |
| Dr Karron Fringe Benefits - Not | $0 | $1,350 | 1,350 | |
| Total Direct Costs | $504,875 | $538,483 | | |

# Government Exhibit 110

| ID | Description | Date | Check # | Check Memo | | Total |
|---|---|---|---|---|---|---|
| 1818 | Solomon & Bernstein | 4/2/2002 | 3162 | | | -1,000.00 |
| 1821 | Solomon & Bernstein | 4/26/2002 | 3139 | Corporate Filing Fees | | -800.00 |
| 1819 | Solomon & Bernstein | 7/24/2002 | 10338 | | | -135.00 |
| | *Dues/Subscription* | | | *(11 detail records)* | *Sum* | *-1,025.37* |
| | **American Assoc** | | | | | |
| 86 | American Assoc | 8/16/2002 | | membership fee | Sum | -186.00 |
| | **Professional Dues** | | | *(1 detail record)* | Sum | -186.00 |
| | | | | *(3 detail records)* | Sum | -319.61 |
| 671 | Institute of Electrical &Electronic Engineers | 5/21/2002 | | IEEE | | -229.48 |
| 672 | Institute of Electrical &Electronic Engineers | 5/29/2002 | | IEEE | | -36.00 |
| 678 | Institute of Electrical &Electronic Engineers | 8/19/2002 | 10374 | | | -54.13 |
| | **Real GoldPass** | | | *(6 detail records)* | Sum | -59.70 |
| 821 | Real GoldPass | 5/10/2002 | | | | -9.95 |
| 822 | Real GoldPass | 6/10/2002 | | | | -9.95 |
| 823 | Real GoldPass | 7/10/2002 | | | | -9.95 |
| 824 | Real GoldPass | 8/10/2002 | | | | -9.95 |
| 825 | Real GoldPass | 9/10/2002 | | | | -9.95 |
| 1904 | Real GoldPass | 10/10/2002 | | | | -9.95 |
| | **Sigma Xi** | | | *(1 detail record)* | Sum | -460.00 |
| 872 | Sigma Xi | 7/23/2002 | | Membership fees | | -460.00 |
| | *Interest Exp* | | | *(2 detail records)* | *Sum* | *-4.37* |
| | **Amex** | | | *(2 detail records)* | Sum | -4.37 |
| 619 | Finance Charge | 8/8/2002 | | | | -2.14 |
| 620 | Finance Charge | 9/8/2002 | | | | -2.23 |
| | *Meals* | | | *(53 detail records)* | *Sum* | *-1,936.47* |
| | **Food** | | | *(53 detail records)* | Sum | -1,936.47 |
| 455 | Abb Geo Jung | 12/16/2001 | | | | -35.20 |
| 476 | Arezzo | 6/19/2002 | | | | -248.67 |
| 1903 | Benjamin Restaurant | 10/8/2002 | | | | -76.51 |

Wednesday, May 28, 2008

# Government Exhibit 110

| ID | Description | Date | Check # | Check Memo | Total |
|---|---|---|---|---|---|
| 1204 | D. Ferrand | 10/10/2002 | 10508 | (Cleaning (office) week of 7/7/2002 - 7/7/2002) | -100.00 |
| 1205 | D. Ferrand | 10/10/2002 | 10509 | (Cleaning (office) week of 7/7/2002 - 7/7/2002) | -100.00 |
| | | | | *(60 detail records)* Sum | *-188,143.58* |

## Dr. Karron

### Loan

| ID | Description | Date | Check # | Check Memo | Total |
|---|---|---|---|---|---|
| | | | | *(15 detail records)* Sum | -129,850.00 |
| 1058 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 10/17/2001 | 2953 | Per Check Register - Capital Loan | -300.00 |
| 1083 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 10/23/2001 | 2961 | Emergency Loan | -300.00 |
| 1059 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 10/26/2001 | 2962 | Per Check Register - Salary Advance | -75,000.00 |
| 1061 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 12/21/2001 | 3103 | Per Check Register - DBK (Vendor) Capital Loan NIST | -500.00 |
| 1072 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 3/1/2002 | 3144 | Per Check Register - DBK (Vendor) Capital Loan NIST (per GL Loan Repay-CASI  ACCT) | -1,000.00 |
| 1073 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 3/1/2002 | 3145 | Per Check Register - DBK (Vendor) Capital Loan NIST(per GL Loan Repay-CASI  ACCT) | -5,000.00 |
| 1074 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 3/7/2002 | 3151 | Per Check Register - DBK (Vendor) Capital Loan NIST | -5,000.00 |
| 1075 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 3/12/2002 | 3153 | Per Check Register - DBK (Vendor) Capital Loan NIST | -4,000.00 |
| 1098 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 3/25/2002 | 3155 | (Karron Draw)(per GL DBK Loan) | -2,000.00 |
| 1076 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 4/1/2002 | 3160 | Per Check Register - DBK (Vendor) AP (per GL Karron Draw - DBK Loan) | -13,000.00 |
| 1079 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 5/24/2002 | 3184 | Per Check Register - DBK (Vendor) A/P (Per GL - DBK Loan) | -2,000.00 |
| 1080 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 6/25/2002 | 3193 | Per Check Register - DBK (Vendor) A/P (Per GL Karron Draw - DBK Loan) | -1,000.00 |
| 1106 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 8/19/2002 | 10407 | (Per GL - DBK Loan) | -750.00 |
| 1107 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 9/13/2002 | 10451 | (Per GL Karron Draw - DBK Loan) | -15,000.00 |
| 1108 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 10/4/2002 | 10473 | (Per GL Karron Draw - DBK Loan) | -5,000.00 |

### Loan Repay

| ID | Description | Date | Check # | Check Memo | Total |
|---|---|---|---|---|---|
| | | | | *(7 detail records)* Sum | 37,000.00 |
| 1047 | Check or Online Bnkg Trnsf From Chk # 131-0684916-65 (Dr. Karron) | 10/11/2001 | | Emergency Loan - Ck # 1006 (prior to NIST First Deposit 10/26/2001) | 2,000.00 |
| 1051 | Check or Online Bnkg Trnsf From Chk # 131-0684916-65 (Dr. Karron) | 12/4/2001 | | Loan to Corp - chk # 5189 | 5,000.00 |
| 1050 | Check or Online Bnkg Trnsf From Chk # 131-0684916-65 (Dr. Karron) | 2/25/2002 | | Emergency Loan to Corporation - Chk # 1052 | 1,000.00 |
| 1042 | Check or Online Bnkg Trnsf From Chk # 131-0684916-65 (Dr. Karron) | 8/13/2002 | | loan to company - chk # 1121 | 20,000.00 |
| 1043 | Check or Online Bnkg Trnsf From Chk # 131-0684916-65 (Dr. Karron) | 8/16/2002 | | loan to company - chk # 1122 | 1,000.00 |
| 1054 | Check or Online Bnkg Trnsf From Chk # 131-0684916-65 (Dr. Karron) | 9/4/2002 | | (Check # 5301) (Per GL - DBK Loan repay NIST) | 3,000.00 |
| 1045 | Check or Online Bnkg Trnsf From Chk # 131-0684916-65 (Dr. Karron) | 10/4/2002 | | chk # 1129 (Per GL - DBK Loan repay CASI) | 5,000.00 |

Wednesday, May 28, 2008

# Government Exhibit 110

| ID | Description | Date | Check # | Check Memo | Sum | Total |
|---|---|---|---|---|---|---|
| **Payroll** | | | | | | |
| 1057 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 5/13/2002 | 10192 | (7/7/2002 - 7/7/2002 Pay Period) | | -5,019.84 |
| 1115 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 6/3/2002 | 10212 | 5/1/2002 - 5/31/2002 pay period | | -5,002.25 |
| 1127 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 7/2/2002 | 10280 | (6/1/2002 - 6/30/2002 pay period) | | -25,023.17 |
| 1130 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 7/2/2002 | | Check Reversal # 10280 (6/1/2002 - 6/30/2002 pay period) | | 25,023.17 |
| 1117 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 7/5/2002 | 10290 | (10/1/2001 - 10/31/2001 Pay Period) | | -5,552.01 |
| 1120 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 7/5/2002 | 10291 | (11/1/2001 - 11/30/2001 Pay Period) | | -4,756.38 |
| 1121 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 7/5/2002 | 10292 | (12/1/2001 - 12/31/2001 Pay Period) | | -9,288.07 |
| 1055 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 8/13/2002 | 10401 | (7/1/2002 - 7/31/2002 Payperiod) | | -5,675.03 |
| | (8 detail records) | | | | Sum | -35,293.58 |
| **Rent on Office** | | | | | | |
| 1087 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 10/26/2001 | 2977 | Rent on Office - (per GL -Jan 00 Rent) | | -2,000.00 |
| 1088 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 10/26/2001 | 2978 | Rent on Office - (per GL -Feb 00 Rent) | | -2,000.00 |
| 1089 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 10/26/2001 | 2979 | Rent on Office - (per GL -March 00 Rent) | | -2,000.00 |
| 1090 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 10/26/2001 | 2980 | Rent on Office - (per GL -April 00 Rent) | | -2,000.00 |
| 1091 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 10/26/2001 | 2981 | Rent on Office - (per GL -May 00 Rent) | | -2,000.00 |
| 1092 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 10/26/2001 | 2982 | Rent on Office - (per GL -June 00 Rent) | | -2,000.00 |
| 1093 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 10/26/2001 | 2983 | Rent on Office - (per GL -July 00 Rent) | | -2,000.00 |
| 1094 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 10/26/2001 | 2984 | Rent on Office - (per GL -Aug 00 Rent) | | -2,000.00 |
| 1095 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 10/26/2001 | 2985 | Rent on Office - (per GL -Sept 00 Rent) | | -2,000.00 |
| 1084 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 11/9/2001 | 3040 | Rent on Office - (per GL -Jan 01 Rent) | | -2,000.00 |
| 1096 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 11/23/2001 | 3064 | Rent on Office - (per GL -Feb 01 Rent) | | -2,000.00 |
| 1085 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 12/11/2001 | 3093 | Rent on Office - (per GL -Mar 01 Rent) | | -2,000.00 |
| 1086 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 12/11/2001 | 3094 | Rent on Office - (per GL -Apr 01 Rent) | | -2,000.00 |
| 1060 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 12/14/2001 | 3100 | Per Check Register - DBK Rent - (per GL -Dec 01 Rent) | | -2,000.00 |
| 1062 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 12/28/2001 | 3107 | - (per GL - June 01 Rent) | | -2,000.00 |
| 1063 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 12/28/2001 | 3108 | - (per GL - May 01 Rent) | | -2,000.00 |
| 1064 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 1/9/2002 | 3115 | Per Check Register - DBK Rent (Per GL July 01 Rent) | | -2,000.00 |
| 1065 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 1/9/2002 | 3116 | Per Check Register - DBK Rent (Per GL Aug 01 Rent) | | -2,000.00 |
| 1066 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 1/9/2002 | 3117 | (Per GL Sept 01 Rent) | | -2,000.00 |
| | (30 detail records) | | | | Sum | -60,000.00 |

# Government Exhibit 110

| ID | Description | Date | Check # | Check Memo | Total |
|---|---|---|---|---|---|
| 1067 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 1/11/2002 | 3122 | Per Check Register - DBK Rent (Per GL Jan 02 Rent) | -2,000.00 |
| 1068 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 2/1/2002 | 3129 | Per Check Register - DBK Rent (Per GL Oct 01 Rent) | -2,000.00 |
| 1069 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 2/1/2002 | 3131 | Per Check Register - DBK Rent (Per GL Nov 01 Rent) | -2,000.00 |
| 1070 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 2/1/2002 | 3132 | Per Check Register - DBK Rent (Per GL Feb 02 Rent) | -2,000.00 |
| 1071 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 3/1/2002 | 3143 | Per Check Register - DBK Rent (Per GL March 02 Rent) | -2,000.00 |
| 1097 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 3/1/2002 | 3142 | (December 00 Rent) | -2,000.00 |
| 1077 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 4/1/2002 | 3164 | Per Check Register - DBK Rent (per GL April 02 Rent) | -2,000.00 |
| 1078 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 5/2/2002 | 3175 | Per Check Register - DBK Rent (per GL May 02 Rent) | -2,000.00 |
| 1099 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 6/4/2002 | 3185 | (Rent) | -2,000.00 |
| 1105 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 7/15/2002 | 10323 | (per GL July 02 Rent) | -2,000.00 |
| 1081 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 10/7/2002 | 3200 | Per Check Register - DBK Rent (per GL Aug 02 Rent) | -2,000.00 |
| *Network Program* | | | | *(10 detail records)* Sum | *-11,058.08* |
| **Matthew Rothman** | | | | Sum | -2,400.76 |
| 1307 | Matthew Rothman | 9/24/2002 | 10470 | 8/7/2002 - 9/3/2002 pay period | -591.89 |
| 1314 | Matthew Rothman | 9/24/2002 | 10471 | 9/3/2002 - 9/15/2002 pay period | -469.53 |
| 1313 | Matthew Rothman | 10/8/2002 | 10477 | 9/12/2002 - 9/30/2002 pay period | -1,339.34 |
| **Regner M Peralta** | | | | *(1 detail record)* Sum | -1,096.37 |
| 1337 | Regner M Peralta | 10/10/2002 | 10478 | 9/1/2002 - 9/31/2002 pay period | -1,096.37 |
| **Robert Wine** | | | | *(1 detail record)* Sum | -2,707.20 |
| 1342 | Robert Wine | 2/5/2002 | 10060 | 1/7/0002 - 1/31/2002 pay period | -2,707.20 |
| **S Albin Consultant** | | | | *(3 detail records)* Sum | -2,000.00 |
| 1262 | Dr. Scott Albin | 11/19/2001 | 3014 | Consult & Loan | -1,000.00 |
| 1267 | Dr. Scott Albin | 12/4/2001 | 3065 | | -500.00 |
| 1263 | Dr. Scott Albin | 1/29/2002 | 10046 | | -500.00 |
| **Scott Albin** | | | | *(2 detail records)* Sum | -2,853.75 |
| 1264 | Dr. Scott Albin | 7/9/2002 | 10266 | | -1,702.04 |
| 1265 | Dr. Scott Albin | 9/4/2002 | 10406 | | -1,151.71 |
| *Systems Program* | | | | *(21 detail records)* Sum | *-49,890.33* |
| **Charles S DaSalla** | | | | *(12 detail records)* Sum | -14,864.19 |

# Government Exhibit 110

| ID | Description | Date | Check # | Check Memo | | Total |
|---|---|---|---|---|---|---|
| | **Princeton Insurance** | | | (2 detail records) | Sum | -932.00 |
| 254 | Princeton Insurance | 1/13/2003 | 10692 | | | -494.00 |
| 255 | Princeton Insurance | 1/13/2003 | 10700 | | | -438.00 |
| | *Karron Medical* | | | *(1 detail record)* | *Sum* | *-375.00* |
| | **Todd J. Berman DMD** | | | (1 detail record) | Sum | -375.00 |
| 283 | Todd J. Berman DMD | 10/17/2002 | 10485 | | | -375.00 |
| | *Transit* | | | *(3 detail records)* | *Sum* | *-883.92* |
| | **MTA** | | | (1 detail record) | Sum | -30.00 |
| 1864 | MTA | 1/21/2003 | | | | -30.00 |
| | **Transit Center Inc** | | | (2 detail records) | Sum | -853.92 |
| 365 | Transit Center Inc | 10/24/2002 | 10510 | (Transit) | | -405.12 |
| 362 | Transit Center Inc | 5/8/2003 | 10910 | | | -448.80 |
| | **Materials/Supplies** | | | (86 detail records) | Sum | -8,802.63 |
| | *Material* | | | *(33 detail records)* | *Sum* | *-3,632.17* |
| | **Network Service** | | | (3 detail records) | Sum | -761.00 |
| 1458 | Webworqs | 12/11/2002 | 10494 | (Aug 2002) | | -300.00 |
| 1459 | Webworqs | 12/11/2002 | 10534 | (Check made to Janet Laylor instead of Webworqs) | | -161.00 |
| 1460 | Webworqs | 12/11/2002 | 10502 | (Sept 2002) | | -300.00 |
| | **Software** | | | (1 detail record) | Sum | -168.13 |
| 1693 | Adobe | 6/23/2003 | | | | -168.13 |
| | **Software-E-Commerce** | | | (3 detail records) | Sum | -247.88 |
| 1376 | Digital River | 1/22/2003 | | | | -107.94 |
| 1377 | Digital River | 3/7/2003 | | | | -99.99 |
| 1381 | Get Info.Element5.c | 4/2/2003 | | | | -39.95 |
| | **Software-File Rename** | | | (2 detail records) | Sum | -21.95 |
| 1442 | Techalchemy LLC | 1/1/2003 | | | | -2.00 |
| 1443 | Techalchemy LLC | 5/12/2003 | | | | -19.95 |
| | **Software-Internet** | | | (3 detail records) | Sum | -172.86 |

Wednesday, May 28, 2008

GX 110 Page 12 of 37 in Section A (of 97 total)

# Government Exhibit 110

| ID | Description | Date | Check # | Check Memo | Total |
|---|---|---|---|---|---|
| 799 | Qiosk | 11/5/2002 | | | -12.00 |
| | Real GoldPass | | (2 detail records) | Sum | -19.90 |
| 826 | Real GoldPass | 11/10/2002 | | | -9.95 |
| 827 | Real GoldPass | 12/10/2002 | | | -9.95 |
| | Real. Com | | (6 detail records) | Sum | -59.70 |
| 828 | Real. Com | 1/10/2003 | | | -9.95 |
| 829 | Real. Com | 2/10/2003 | | | -9.95 |
| 830 | Real. Com | 3/10/2003 | | | -9.95 |
| 831 | Real. Com | 4/10/2003 | | | -9.95 |
| 832 | Real. Com | 5/8/2003 | | | -9.95 |
| 833 | Real. Com | 6/10/2003 | | | -9.95 |
| | *Interest Exp* | | *(1 detail record)* | *Sum* | *-8.03* |
| | Amex | | (1 detail record) | Sum | -8.03 |
| 93 | Amex | 5/8/2003 | Interest Exp | | -8.03 |
| | *Mam-CASI LLC A/* | | *(1 detail record)* | *Sum* | *-86.75* |
| | Mam-CASI LLC A/R Deb | | (1 detail record) | Sum | -86.75 |
| 1037 | Mam-CASI LLC A/R Debits | 6/23/2003 | 996007860087 | | -86.75 |
| | *Meals* | | *(90 detail records)* | *Sum* | *-2,965.90* |
| | Food | | (90 detail records) | Sum | -2,965.90 |
| 472 | Albertsons | 6/9/2003 | | | -23.01 |
| 497 | Back Proch | 3/24/2003 | | | -60.00 |
| 1911 | Baruch Restaurant | 10/15/2002 | NY | | -27.15 |
| 530 | Benjamin Restaurant | 11/5/2002 | | | -32.28 |
| 531 | Benjamin Restaurant | 6/17/2003 | | | -85.40 |
| 532 | Benjamin Restaurant | 6/17/2003 | | | -53.31 |
| 535 | Caesars | 5/27/2003 | | | -135.95 |
| 538 | Café Indulge | 11/26/2002 | | | -36.70 |
| 539 | Café Indulge | 4/1/2003 | | | -23.42 |

Wednesday, May 28, 2008

Page 22 of 37

# Government Exhibit 110

| ID | Description | Date | Check # | Check Memo | | Total |
|----|-------------|------|---------|------------|---|-------|
| *Dr. Karron* | | | *(29 detail records)* | | *Sum* | *-69,647.34* |
| | **Expense Reimburse** | | (1 detail record) | | Sum | -758.59 |
| 1128 | Check or Online Bnkg Tmsf To Chk # 131-0684916-65 (Dr. Karron) | 2/12/2003 | 10792 (Expense) | | | -758.59 |
| | **Loan** | | (4 detail records) | | Sum | -14,523.13 |
| 1109 | Check or Online Bnkg Tmsf To Chk # 131-0684916-65 (Dr. Karron) | 11/15/2002 | 10614 (Per GL - DBK Loan) | | | -4,530.38 |
| 1110 | Check or Online Bnkg Tmsf To Chk # 131-0684916-65 (Dr. Karron) | 1/28/2003 | 10770 (Per GL Expenses?? - DBK Loan) | | | -2,325.41 |
| 1111 | Check or Online Bnkg Tmsf To Chk # 131-0684916-65 (Dr. Karron) | 3/12/2003 | 10845 (Per GL Need Support - DBK Loan) | | | -3,027.24 |
| 1112 | Check or Online Bnkg Tmsf To Chk # 131-0684916-65 (Dr. Karron) | 4/16/2003 | 10887 (Per GL Need Support - DBK Loan) | | | -4,640.10 |
| | **Loan Repay** | | (5 detail records) | | Sum | 9,100.00 |
| 1046 | Check or Online Bnkg Tmsf From Chk # 131-0684916-65 (Dr. Karron) | 11/14/2002 | Chk # 1142 (Per GL - DBK Loan repay CASI) | | | 5,000.00 |
| 1048 | Check or Online Bnkg Tmsf From Chk # 131-0684916-65 (Dr. Karron) | 3/18/2003 | Chk # 5339 (Per GL - DBK Loan repay CASI) | | | 2,000.00 |
| 1133 | Online Bnkg Tmsf Fr / (To) Chk # 131-0684916-65 (Dr. Karron) | 3/25/2003 | 5341 (Open New Account) | | | 1,000.00 |
| 1134 | Online Bnkg Tmsf Fr / (To) Chk # 131-0684916-65 (Dr. Karron) | 3/25/2003 | 5342 (Open Account) | | | 100.00 |
| 1135 | Online Bnkg Tmsf From Chk # 131-0684916-65 (Dr. Karron) | 6/24/2003 | - ck #1222 (Match Payment) | | | 1,000.00 |
| | **Loan Repay Contribut** | | (4 detail records) | | Sum | 9,500.00 |
| 1053 | Check or Online Bnkg Tmsf From Chk # 131-0684916-65 (Dr. Karron) | 12/4/2002 | October Contribution Chk # 1152 | | | 2,500.00 |
| 1052 | Check or Online Bnkg Tmsf From Chk # 131-0684916-65 (Dr. Karron) | 12/10/2002 | November Contribution Chk # 1153 | | | 2,500.00 |
| 1049 | Check or Online Bnkg Tmsf From Chk # 131-0684916-65 (Dr. Karron) | 12/12/2002 | December Contribution Chk # 1154 | | | 2,500.00 |
| 1044 | Check or Online Bnkg Tmsf From Chk # 131-0684916-65 (Dr. Karron) | 1/23/2003 | NIST Contribution | | | 2,000.00 |
| | **Payroll** | | (14 detail records) | | Sum | -70,965.62 |
| 1056 | Check or Online Bnkg Tmsf To Chk # 131-0684916-65 (Dr. Karron) | 10/22/2002 | 10523 9/30/2002 - 10/13/2002 pay period | | | -9,594.61 |
| 1118 | Check or Online Bnkg Tmsf To Chk # 131-0684916-65 (Dr. Karron) | 11/6/2002 | 10569 (10/14/2002 - 10/27/2002 pay period) | | | -9,621.61 |
| 1119 | Check or Online Bnkg Tmsf To Chk # 131-0684916-65 (Dr. Karron) | 11/20/2002 | 10619 (10/28/2002 - 11/10/2002 Pay Period) | | | -9,621.62 |
| 1129 | Check or Online Bnkg Tmsf To Chk # 131-0684916-65 (Dr. Karron) | 12/4/2002 | 10642 11/11/2002 - 11/24/2002 Pay Period | | | -9,621.61 |
| 1132 | Check or Online Bnkg Tmsf To Chk # 131-0684916-65 (Dr. Karron) | 12/16/2002 | 10655 11/23/2002 - 12/8/2002 Pay Period | | | -3,063.18 |
| 1122 | Check or Online Bnkg Tmsf To Chk # 131-0684916-65 (Dr. Karron) | 12/30/2002 | 10688 (12/9/2002 - 12/22/2002 Pay Period) | | | -3,063.17 |
| 1114 | Check or Online Bnkg Tmsf To Chk # 131-0684916-65 (Dr. Karron) | 1/10/2003 | 10743 12/23/2002 - 1/5/2003 Pay Period | | | -3,063.18 |
| 1116 | Check or Online Bnkg Tmsf To Chk # 131-0684916-65 (Dr. Karron) | 1/22/2003 | 10752 (1/6/2003 - 1/19/2003 Pay Period) | | | -2,812.37 |
| 1113 | Check or Online Bnkg Tmsf To Chk # 131-0684916-65 (Dr. Karron) | 2/12/2003 | 10780 (1/20/2002 - 2/3/2003 Pay Period) | | | -3,276.20 |

GX 110 Page 32 of 37 in Section A (81 total)

# Government  Exhibit 110

| ID | Description | Date | Check # | Check Memo | | Total |
|---|---|---|---|---|---|---|
| 1131 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 2/21/2003 | 10814 | (2/3/2003 - 2/16/2003 Pay Period) | | -3,276.21 |
| 1123 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 3/7/2003 | 10831 | (2/17/2003 - 3/2/2003 Pay Period) | | -3,276.20 |
| 1125 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 3/25/2003 | 10848 | (3/3/2003 -3/16/2003 Pay Period) | | -3,276.20 |
| 1124 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 4/9/2003 | 10857 | (3/17/2003 -3/30/2003 Pay Period) | | -3,276.21 |
| 1126 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 4/18/2003 | 10892 | (3/31/2003 - 4/13/2003 Pay Period) | | -4,123.25 |
| | **Rent on Office** | | | (1 detail record) | Sum | -2,000.00 |
| 1082 | Check or Online Bnkg Trnsf To Chk # 131-0684916-65 (Dr. Karron) | 10/22/2002 | 3199 | Per Check Register - DBK Rent (per GL Sept 02 Rent) | | -2,000.00 |
| | *Network Program* | | | (23 detail records) | *Sum* | *-19,561.65* |
| | **Matthew Rothman** | | | (15 detail records) | Sum | -15,960.47 |
| 1319 | Matthew Rothman | 10/22/2002 | 10519 | 9/30/2002 - 10/13/2002 pay period | | -1,392.89 |
| 1317 | Matthew Rothman | 11/7/2002 | 10567 | 10/14/2002 - 10/27/2002 pay period | | -1,270.29 |
| 1318 | Matthew Rothman | 11/19/2002 | 10606 | 10/14/2002 - 10/27/2002 pay period | | -1,118.86 |
| 1320 | Matthew Rothman | 12/5/2002 | 10644 | 11/11/2002 - 11/24/2002 Pay Period | | -1,212.62 |
| 1321 | Matthew Rothman | 12/18/2002 | 10683 | 11/23/2002 - 12/8/2002 Pay Period | | -758.78 |
| 1310 | Matthew Rothman | 12/31/2002 | 10701 | (12/9/2002 - 12/22/2002 Pay Period) | | -1,175.53 |
| 1309 | Matthew Rothman | 1/15/2003 | 10745 | (12/23/2002 - 1/5/2003 Pay Period) | | -864.22 |
| 1315 | Matthew Rothman | 1/28/2003 | 10765 | (1/6/2003 - 1/19/2003 Pay Period) | | -920.57 |
| 1311 | Matthew Rothman | 2/14/2003 | 10781 | (?Pay Period) | | -1,375.30 |
| 1306 | Matthew Rothman | 2/24/2003 | 10815 | (2/3/2003 - 2/16/2003 Pay Period) | | -1,134.22 |
| 1304 | Matthew Rothman | 3/12/2003 | 10832 | | | -1,039.46 |
| 1312 | Matthew Rothman | 3/26/2003 | 10849 | (3/3/2003 -3/16/2003 Pay Period) | | -1,182.66 |
| 1305 | Matthew Rothman | 4/14/2003 | 10858 | | | -1,130.10 |
| 1316 | Matthew Rothman | 4/22/2003 | 10893 | (3/31/2003 -4/13/2003 Pay Period) | | -1,125.97 |
| 1308 | Matthew Rothman | 4/23/2003 | 10901 | | | -259.00 |
| | **Regner M Peralta** | | | (7 detail records) | Sum | -3,133.51 |
| 1338 | Regner M Peralta | 10/22/2002 | 10521 | 9/1/2002 - 9/31/2002 pay period | | -402.18 |
| 1339 | Regner M Peralta | 11/7/2002 | 10570 | | | -447.85 |
| 1340 | Regner M Peralta | 11/19/2002 | 10605 | (10/28/2002- 11/10/2002 Pay Period) | | -626.42 |
| 1334 | Regner M Peralta | 12/10/2002 | 10643 | 11/11/2002 - 11/24/2002 Pay Period | | -523.10 |

**COMPUTER AIDED SURGERY, INC.**
NIST APT DMT PROGRAM
300 EAST 33RD STREET, SUITE 4N
NEW YORK, NY 10016
+1(212) 686-6748 EIN # 13-388-9180-O-U-N-S 94-285-4266

10401

JPMORGAN CHASE BANK
NEW YORK, NEW YORK
1-2-210

8/2/2002

PAY TO THE ORDER OF    D. B. Karron                                                    $ ***5,675.03

Five Thousand Six Hundred Seventy-Five and 03/100************************************************ DOLLARS

D. B. Karron
300 E 33rd St
Apt 4N
New York, NY 10016

MEMO   07/01/2002 - 07/31/2002 Pay Period

⑈010401⑈ ⑆021000021⑆ 13107587356⑈

---

**COMPUTER AIDED SURGERY, INC.**

D. B. Karron
NIST APT DMT PROGRAM
300 E 33rd St
 Apt 4N
New York, NY 10016

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

    Used / Available
Sick 0:00 / 240:00
Vac  0:00 / 80:00

Computer Aided Surgery Incorporated
300 E 33rd St.
Suite 4N
New York, NY
10016

8/2/2002                    10401

| | | |
|---|---|---|
| Salary (40:00 hrs) | 61,918.07 | 113,082.00 |
| owners sweat | -30,000.00 | -30,027.39 |
| Federal Withholding 941 tax | -17,104.00 | -29,752.62 |
| Social Security Employee | -2,091.63 | -5,236.80 |
| Medicare Employee | -462.81 | -1,204.29 |
| NY - Withholding | -4,351.00 | -7,568.78 |
| NY - Disability Employee | -2.60 | -15.60 |
| New York City Resident | -2,231.00 | -3,982.94 |

Filed

DEFENDANT'S EXHIBIT
P-6

07/01/2002 - 07/31/2002 Pay Period                    5,675.03

---

**COMPUTER AIDED SURGERY, INC.**

D. B. Karron
NIST APT DMT PROGRAM
300 E 33rd St
 Apt 4N
New York, NY 10016

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

    Used / Available
Sick 0:00 / 240:00
Vac  0:00 / 80:00

Computer Aided Surgery Incorporated
300 E 33rd St.
Suite 4N
New York, NY
10016

8/2/2002                    10401

| | | |
|---|---|---|
| Salary (40:00 hrs) | 61,918.07 | 113,082.00 |
| owners sweat | -30,000.00 | -30,027.39 |
| Federal Withholding 941 tax | -17,104.00 | -29,752.62 |
| Social Security Employee | -2,091.63 | -5,236.80 |
| Medicare Employee | -462.81 | -1,204.29 |
| NY - Withholding | -4,351.00 | -7,568.78 |
| NY - Disability Employee | -2.60 | -15.60 |
| New York City Resident | -2,231.00 | -3,982.94 |

PAYMENT RECORD

07/01/2002 - 07/31/2002 Pay Period                    5,675.03

DELUXE BUSINESS FORMS  1+800-328-0304  www.deluxeforms.com

3:20 AM
07/10/03
**Accrual Basis**

Computer Aided Surgery Incorporated
General Journal Transaction
September 30, 2002

| Num | Name | Memo | Account | Class | Debit | Credit |
|-----|------|------|---------|-------|-------|--------|
| | Karron, D. B. | Gross salar... | Payroll Expenses | ATP Pr... | 61,918.00 | |
| | Karron, D. B. | FICA | Payroll Expenses | ATP Pr... | 897.81 | |
| | Karron, D. B. | Fed w/holding | Payroll Expense (... | ATP Pr... | | 17,104.00 |
| | Karron, D. B. | Medicare | Payroll Expense (... | ATP Pr... | | 1,795.62 |
| | Karron, D. B. | NYS w/hold... | Payroll Expense (... | ATP Pr... | | 4,351.00 |
| | Karron, D. B. | NYC w/hold... | Payroll Expense (... | ATP Pr... | | 2,231.00 |
| | Karron, D. B. | Net pay, DB... | Salary | ATP Pr... | " | 37,334.19 |
| | | | | | 62,815.81 | 62,815.81 |
| TOTAL | | | | | 62,815.81 | 62,815.81 |

CASI
Detail of Expense Account Balances
For the Year Ended 9/30/02
Electric Differential - Con Edison Bills

| | Base Year Before Project | | Project Year One | | |
|---|---|---|---|---|---|
| | Date | Amount | Date | Amount | Differential |
| **Con Edison Solution Bills** | | | | | |
| Oct | not provided | n/a | 10/25/2001 | 261.57 | - |
| Nov | 11/21/2000 | 222.16 | 11/27/2001 | 314.51 | 92.35 |
| Dec | 12/28/2000 | 190.69 | 12/11/2001 | 352.92 | 162.03 |
| Jan | 1/28/2001 | 215.67 | 1/28/2002 | 511.83 | 296.16 |
| Feb | 2/23/2001 | 186.17 | 2/27/2002 | 536.58 | 350.41 |
| Mar | 3/28/2001 | 187.82 | 3/28/2002 | 494.00 | 306.18 |
| Apr | 4/26/2001 | 165.91 | 4/29/2002 | 479.14 | 313.23 |
| May | 5/23/2001 | 166.51 | 5/28/2002 | 470.38 | 303.87 |
| Jun | 6/26/2001 | 228.04 | 6/26/2002 | 527.53 | 299.49 |
| Jul | 7/24/2001 | 148.79 | 8/4/2002 | 669.88 | 521.09 |
| Aug | 8/22/2001 | 416.83 | 8/26/2002 | 676.95 | 252.12 |
| Sep | 9/21/2001 | 254.77 | 9/25/2002 | 649.00 | 394.23 |
| | | | | | 3,281.16 |
| **Con Edison Electric Bills** | | | | | |
| Oct | 10/24/2000 | 182.72 | 10/24/2001 | 137.18 | (45.54) |
| Nov | 11/22/2000 | 199.67 | 11/26/2001 | 172.13 | (27.54) |
| Dec | 12/26/2000 | 166.44 | 12/26/2001 | 190.42 | 23.98 |
| Jan | 1/25/2001 | 156.52 | 1/25/2002 | 264.32 | 107.80 |
| Feb | 2/28/2001 | 166.95 | 2/26/2002 | 286.05 | 119.10 |
| Mar | 3/27/2001 | 184.51 | 3/27/2002 | 299.77 | 115.26 |
| Apr | 4/25/2001 | 113.16 | 4/25/2002 | 246.35 | 132.89 |
| May | 5/24/2001 | 88.49 | 5/24/2002 | 191.22 | 102.73 |
| Jun | 6/25/2001 | 137.34 | 6/25/2002 | 304.52 | 167.18 |
| Jul | 7/25/2001 | 80.34 | 8/1/2002 | 374.19 | 293.85 |
| Aug | 8/23/2001 | 238.26 | 8/23/2002 | 361.76 | 123.50 |
| Sep | 9/24/2001 | 170.83 | 9/24/2002 | 362.15 | 191.22 |
| | | | | | 1,304.43 |

**Summary**

| | | |
|---|---|---|
| Total | Con Edison Solution Bills | 3,291.16 |
| Total | Con Edison Electric Bills | 1,304.43 |
| Total | Allowed power bills - Year One | 4,595.59 |

Note
Base year was the year immediately before program year-one during which time there was no activity at CASI.
The differential is, consequently, deemed to be the program useage during program year-one.

1057

8697KAR4              Benedict - cross

1        MR. RUBINSTEIN:  There are three documents, RR, RR-1
2    and RR-2.
3        THE COURT:  What's your question, Mr. Rubinstein?
4    Q. Yes.  My question is:  By looking at those documents, does
5    that refresh your recollection, sir, that there were
6    negotiations going on with NIST ATP for allowing Dr. Karron to
7    be reimbursed for utility expenses?
8    A. Yes.
9    Q. And do you now recall those discussions going on?
10   A. I don't recall the specific discussions, but I do remember
11   there were, yes.  And the discussions were that if he could
12   demonstrate the fact that there was an increase, that they
13   could be classified as direct expenses, not as indirect
14   expenses.
15   Q. Even though normally speaking utilities were never allowed,
16   correct?
17   A. Correct.
18       THE COURT:  He could get the increase or the entire
19   utility amount?
20       THE WITNESS:  The incremental amount of additional
21   expense caused by the grant could be classified as a direct
22   expense and not an indirect expense.  Direct expenses are
23   allowed regardless of what they are.  Indirect expenses are not
24   allowed.
25   Q. Now, did you have a discussion with Dr. Karron as to using
                SOUTHERN DISTRICT REPORTERS, P.C.
                        (212) 805-0300

Chase Online Image Viewer
Page 1 of 1





Did you know you can pay your bills online?
Pay almost anyone, anytime - **it's fast, easy and FREE!**

You can view 13 months of payment history, so keeping track of payments is simple. Simply click "Payments and Transfers" to get started now. Or, for more information, visit chase.com/ease.



1230

**D. B. KARRON, PH.D.**
SS #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 VOICE (212) 686-8748
300 EAST 33RD STREET, APARTMENT 4N
NEW YORK, NEW YORK 10016

THE CHASE MANHATTAN BANK
NEW YORK, NY 10016
1-2-210

7/14/2003

PAY TO THE
ORDER OF _____ CASI LLC

$ **25,000.00**

Twenty Five Thousand and 00/100 ································································ DOLLARS

CASI LLC
300 East 33rd Street
Suite 4N
New York, New York 10016

VOID IF NOT CASHED IN 30 DAYS

MEMO   NIST ATP Co-Payment

⑈0012130⑈ ⑆021000021⑆ 131068491665⑈

⑈000250000000⑈

**1243**

**D. B. KARRON, PH.D.**
SS #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 VOICE: (212) 686-8748
300 EAST 33RD STREET, APARTMENT 4N
NEW YORK, NEW YORK 10016

8/13/2003

PAY TO THE
ORDER OF     CASI LLC

$ **25,000.00**

Twenty-Five Thousand and 00/100*************************************     DOLLARS

**THE CHASE MANHATTAN BANK**
NEW YORK, NY 10016
1-2/210

CASI LLC
300 East 33rd Street Suite 4n
New York, NY 10016

MEMO

VOID IF NOT CASHED IN 30 DAYS

MP

⑈000 ⑈2500000⑈

⑆⑆001243⑆⑆  ⑆:0210000 2⑆:  130684 9166 5⑆

CASI LLC
131 077 133165
deposit only

J556      7 2 0 5 1

JP MORGAN CHASE BANK
08/15/03
4 621                    C1 556
B/ME/ UTL16'S
►021000021◄

AUG 15 03

02100021
088  07618  0131  11  51
08/15/03

**CHASE**

THE RIGHT RELATIONSHIP IS EVERYTHING.®

stomer Care Phone:   **1-888-765-2849**
ase send payments ONLY to:   PO BOX 9001319
LOUISVILLE KY 40290-1319

030912 200S CHRS001R CA200S P2ALS h,303

6,303 CC

D B KARRON
300 33RD ST E # 4N
NEW YORK, NY 10016-0000

**Home Equity Line of Credit**

| | |
|---|---|
| Account Number: | 00009893956293 |
| Billing Date: | 9/11/03 |
| Payment Due Date: | 10/01/03 |

**Your minimum payment due of $429.32 includes:**

| | |
|---|---|
| Past Due Payment: | $0.00 |
| Unpaid Late Charges: | $0.00 |
| **Year-to-Date (as of 9/11/03)** | |
| Interest Paid: | $826.50 |

---

### Important Messages about Your Account

With the automatic loan payment program available through Chase, you can enjoy the convenience of making monthly payments without checks, stamps, or lost mail. And you never have to worry about late payments. Your payment is automatically deducted from your checking or savings account. Best of all, it's free! Call the number in the upper left-hand corner of this statement to request an enrollment form today.

No Annual fee, a special low rate and Chase Platinum MasterCard credit card benefits.
Call 1-800-442-3112 now to apply for your Chase Platinum MasterCard and everything it offers.
This offer is only for Chase customers! Call 1-800-442-3112 now!

PLEASE NOTE: If you wish to pay off your account, the balance noted on your statement is not the payoff amount. For payoff quote information, please call a Chase Customer Care Professional at 1-888-765-2849, Monday through Friday, between 8:00 a.m. and 8:00 p.m., Eastern Time.

---

### Activity Since Your Last Statement

| TRANSACTION DESCRIPTION | TRANSACTION DATE | TOTAL AMOUNT | PRINCIPAL | FINANCE CHARGES | OTHER CHARGES |
|---|---|---|---|---|---|
| LOAN ADVANCE | 8/13/03 | $30,000.00 | $30,000.00- | | |
| PAYMENT - THANK YOU | 9/09/03 | $500.00 | $128.63 | $371.37 | |
| FINANCE CHARGES | 9/11/03 | $429.32 | | | |

---

### Account Summary

| | | | |
|---|---|---|---|
| Credit Line: | $200,000.00 | Previous Balance | $160,326.50 |
| Available Credit: | $10,173.50 | (-)Payments and Credits | $500.00 |
| Days in Billing Cycle: | 30 | (+)Loan Advances | $30,000.00 |
| End of Access Period: | 5/08/13 | (+)FINANCE CHARGE | $429.32 |
| | | (+)FINANCE CHARGE ADJUSTMENT | $0.00 |
| | | (+)Insurance Charge | $0.00 |
| | | (+)Insurance Charge Adjustment | $0.00 |
| | | (+)Other Charges | $0.00 |
| | | Equals New Balance | $190,255.82 |

| ANNUAL PERCENTAGE RATE | Daily Periodic Rate | Average Daily Balance | Days | From | Through |
|---|---|---|---|---|---|
| 2.75000 | .00007534 | 189,942.27 | 30 | 8/13/03 | 9/11/03 |

---

Please detach and return the bottom portion of this statement with your payment using the enclosed window envelope.

**Home Equity Line of Credit**

D B KARRON
300 33RD ST E # 4N
NEW YORK, NY 10016-0000

 **CHASE**

| | |
|---|---|
| Account Number: | 00009893956293 |
| Payment Due Date: | 10/01/03 |
| Minimum Payment Due: | $429.32 |
| Amount Enclosed: | |

For address and telephone changes, please check this box and make necessary changes on reverse side.

Please make check or money order payable to:
**Chase Manhattan Mortgage Corporation.**

CHASE MANHATTAN MORTGAGE CORPORATION
PO BOX 9001319
LOUISVILLE KY 40290-1319

660000098939562934190255820000429325

Scheduled payments received 15 or more days after the scheduled due date are subject to a late charge of 2.00% of your past due payment.

10/17/2008

Page 1

## GRANT SPEND:4
### 10/1/2001 through 6/28/2003

**CHASE MC 81872-Personal Master Card**

| Date | Num | Account | Description | Memo | Category | Tag | Clr | Amount |
|------|-----|---------|-------------|------|----------|-----|-----|--------|
| | | | | | | | | -32,492.62 |
| 10/1/2001 | | CHASE MC 81872-Perso... | Mee Noodle S... | working with... | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -13.95 |
| 10/1/2001 | | CHASE MC 81872-Perso... | DUANE REA... | batteries | ATP_EQUIPMENT:comp... | NIST_ATP_EXPEN... | R | -13.51 |
| 10/1/2001 | | CHASE MC 81872-Perso... | I R I S Inc | iris OCR | ATP_EQUIPMENT:comp... | NIST_ATP_EXPEN... | R | -408.22 |
| 10/2/2001 | | CHASE MC 81872-Perso... | Office Depot #... | paper boxes, t... | ATP_OTHER:OFFICE | NIST_ATP_EXPEN... | R | -61.00 |
| 10/3/2001 | | CHASE MC 81872-Perso... | Dr *Symantec... | norton system... | ATP_EQUIPMENT:comp... | NIST_ATP_EXPEN... | R | -77.40 |
| 10/3/2001 | | CHASE MC 81872-Perso... | Datavision | voice modems | ATP_EQUIPMENT:comp... | NIST_ATP_EXPEN... | R | -229.47 |
| 10/3/2001 | | CHASE MC 81872-Perso... | NY Sports Clu... | NY Sports Cl... | Wages:karron:fringe:gym | NIST_ATP_EXPEN... | R | -79.00 |
| 10/3/2001 | | CHASE MC 81872-Perso... | Maui Taco | lunch with Julie | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -17.64 |
| 10/4/2001 | | CHASE MC 81872-Perso... | Patricia Dalia... | Zapping | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -150.00 |
| 10/6/2001 | | CHASE MC 81872-Perso... | Kips Bay Optic... | eyeglasses no... | Wages:karron:fringe:elegl... | NIST_ATP_EXPEN... | R | -5.00 |
| 10/6/2001 | S | CHASE MC 81872-Perso... | Office Depot | sales tax | ATP_OTHER:OFFICE | NIST_ATP_EXPEN... | R | -33.97 |
| 10/6/2001 | | CHASE MC 81872-Perso... | | | ATP_OTHER:OFFICE | NIST_ATP_EXPEN... | R | -2.80 |
| 10/6/2001 | S | CHASE MC 81872-Perso... | Office Depot | sales tax | ATP_OTHER:OFFICE | NIST_ATP_EXPEN... | R | -4.99 |
| 10/6/2001 | | CHASE MC 81872-Perso... | | | ATP_OTHER:OFFICE | NIST_ATP_EXPEN... | R | -0.41 |
| 10/6/2001 | | CHASE MC 81872-Perso... | Homefront Har... | work gloves | ATP_OTHER | NIST_ATP_EXPEN... | R | -29.00 |
| 10/7/2001 | | CHASE MC 81872-Perso... | Datavision | voice modems | ATP_EQUIPMENT:comp... | NIST_ATP_EXPEN... | R | -940.60 |
| 10/9/2001 | S | CHASE MC 81872-Perso... | Columbia Hom... | | ATP_EQUIPMENT:comp... | NIST_ATP_EXPEN... | R | -500.00 |
| | | CHASE MC 81872-Perso... | | | ATP_EQUIPMENT:comp... | NIST_ATP_EXPEN... | R | -41.25 |
| 10/10/2001 | | CHASE MC 81872-Perso... | American Med... | American Me... | ATP_EQUIPMENT:comp... | NIST_ATP_EXPEN... | R | 288.00 |
| 10/10/2001 | | CHASE MC 81872-Perso... | American Med... | return shippin... | ATP_EQUIPMENT:comp... | NIST_ATP_EXPEN... | R | 34.99 |
| 10/13/2001 | S | CHASE MC 81872-Perso... | Mee Noodle S... | | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -20.00 |
| | | CHASE MC 81872-Perso... | | | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -3.00 |
| 10/13/2001 | S | CHASE MC 81872-Perso... | Office Depot | | ATP_OTHER:OFFICE | NIST_ATP_EXPEN... | R | -2.49 |
| | | CHASE MC 81872-Perso... | | | ATP_OTHER:OFFICE | NIST_ATP_EXPEN... | R | -0.21 |
| 10/19/2001 | | CHASE MC 81872-Perso... | Cyber Cove | | Travel:communication | NIST_ATP_EXPEN... | R | -7.00 |
| 10/23/2001 | | CHASE MC 81872-Perso... | Office Depot #... | tapes, paperd... | ATP_OTHER:OFFICE | NIST_ATP_EXPEN... | R | -81.11 |
| 10/29/2001 | | CHASE MC 81872-Perso... | Le Mond Resta... | | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -68.90 |
| 10/31/2001 | | CHASE MC 81872-Perso... | MTA NYC Tra... | metro card refill | Wages:karron:fringe:transit | NIST_ATP_EXPEN... | R | -20.00 |
| 11/1/2001 | | CHASE MC 81872-Perso... | Datavision | return modem... | ATP_EQUIPMENT:comp... | NIST_ATP_EXPEN... | R | 334.98 |
| 11/5/2001 | | CHASE MC 81872-Perso... | NY Sports Clu... | NY Sports Cl... | Wages:karron:fringe:gym | NIST_ATP_EXPEN... | R | -79.00 |
| 11/13/2001 | | CHASE MC 81872-Perso... | Rn *Real Com... | netzip, should... | ATP_EQUIPMENT:comp... | NIST_ATP_EXPEN... | R | -69.98 |
| 11/15/2001 | | CHASE MC 81872-Perso... | Patricia Dalia... | laser and elect... | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -677.00 |
| 11/19/2001 | | CHASE MC 81872-Perso... | Mindmaker, Inc | speaking soft... | ATP_EQUIPMENT:comp... | NIST_ATP_EXPEN... | R | -69.90 |
| 11/26/2001 | | CHASE MC 81872-Perso... | El Nuevo Flori... | dinner after ta... | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -21.40 |
| 11/28/2001 | | CHASE MC 81872-Perso... | Mee Noodle S... | Mee Noodle... | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -9.80 |
| 11/28/2001 | | CHASE MC 81872-Perso... | Patricia Dalia | Patricia Dalia... | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -677.50 |
| 11/30/2001 | | CHASE MC 81872-Perso... | Vespro | sonato | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -109.96 |
| 11/30/2001 | | CHASE MC 81872-Perso... | Vespro | sonao med fo... | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -109.90 |

10/17/2008

## GRANT SPEND:4
### 10/1/2001 through 6/28/2003

| Date | Account | Num | Description | Memo | Category | Tag | Clr | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/3/2001 | CHASE MC 81872-Perso... | | NY Sports Clu... monthly | | Wages:karron:fringe:gym | NIST_ATP_EXPEN... | R | -79.00 |
| 12/4/2001 | CHASE MC 81872-Perso... | | Corner Drug St... | | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -172.05 |
| 12/5/2001 | CHASE MC 81872-Perso... | | Mee Noodle S... | margret dinner | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -9.15 |
| 12/5/2001 | CHASE MC 81872-Perso... | | Curry In a Hurry | with freddie a... | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -15.78 |
| 12/6/2001 | CHASE MC 81872-Perso... | | Patricia Dalia | zapping | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -840.00 |
| 12/14/2001 | CHASE MC 81872-Perso... | | Qpass | 1 206 694 44... | ATP_OTHER:Internet | NIST_ATP_EXPEN... | R | -54.07 |
| 12/17/2001 | CHASE MC 81872-Perso... | | EL NUEVO F... | ccny dinner w... | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -7.35 |
| 12/29/2001 | CHASE MC 81872-Perso... | | Hamachi Japan... | with Dr. Whit... | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -47.40 |
| 1/1/2002 | CHASE MC 81872-Perso... | | New York Spo... | montly memb... | Wages:karron:fringe:gym | NIST_ATP_EXPEN... | R | -79.00 |
| 1/2/2002 | CHASE MC 81872-Perso... | | Vespro | hgh | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -109.90 |
| 1/10/2002 | CHASE MC 81872-Perso... | | MTA | subway travel | Wages:fringe:transit | NIST_ATP_EXPEN... | R | -20.00 |
| 1/10/2002 | CHASE MC 81872-Perso... | | Temporary Cre... | QPASS credit | ATP_EQUIPMENT:comp... | NIST_ATP_EXPEN... | R | 54.07 |
| 1/14/2002 | CHASE MC 81872-Perso... | | Mee Noodle S... | with Charles ... | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -23.25 |
| 1/17/2002 | CHASE MC 81872-Perso... | | Patricia Dalia ... | | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -2,112.50 |
| 1/18/2002 | CHASE MC 81872-Perso... | | IEEE Comptr ... | ieee conferen... | Conference | NIST_ATP_EXPEN... | R | -300.00 |
| 1/28/2002 | CHASE MC 81872-Perso... | | Mee Noodle S... | Mee Noodle ... | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -8.70 |
| 1/29/2002 | CHASE MC 81872-Perso... | | Vespro | Vespro | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -109.90 |
| 1/31/2002 | CHASE MC 81872-Perso... | | QPass | online reprint ... | ATP_EQUIPMENT:comp... | NIST_ATP_EXPEN... | R | -54.07 |
| 2/1/2002 | CHASE MC 81872-Perso... | | New York Spo... | montly memb... | Wages:karron:fringe:gym | NIST_ATP_EXPEN... | R | -79.00 |
| 2/13/2002 | CHASE MC 81872-Perso... | | Wmata Catf92... | Wmata Catf9... | Travel:trainfare | NIST_ATP_EXPEN... | R | -2.20 |
| 2/13/2002 | CHASE MC 81872-Perso... | | Wmata Catf92... | Wmata Catf9... | Travel:trainfare | NIST_ATP_EXPEN... | R | -3.20 |
| 2/14/2002 | CHASE MC 81872-Perso... | | Mee Noodle S... | | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -11.40 |
| 2/17/2002 | CHASE MC 81872-Perso... | | Mee Noodle S... | | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -8.70 |
| 2/21/2002 | CHASE MC 81872-Perso... | | Patricia Dalia | | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -277.50 |
| 2/24/2002 | CHASE MC 81872-Perso... | | Mee Noodle S... | Mee Noodle ... | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -17.50 |
| 3/1/2002 | CHASE MC 81872-Perso... | | New York Spo... | montly memb... | Wages:karron:fringe:gym | NIST_ATP_EXPEN... | R | -79.00 |
| 3/3/2002 | CHASE MC 81872-Perso... | | Paragon Sporti... | polar heart m... | Wages:karron:fringe:gym | NIST_ATP_EXPEN... | R | -248.96 |
| 3/12/2002 | CHASE MC 81872-Perso... | | Performance Fi... | water filters | Wages:fringe:amenities | NIST_ATP_EXPEN... | R | -173.10 |
| 3/13/2002 | CHASE MC 81872-Perso... | | Vespro | Vespro | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -109.90 |
| 3/13/2002 | CHASE MC 81872-Perso... | | Vespro | Vespro | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -55.94 |
| 3/17/2002 | CHASE MC 81872-Perso... | | Mee Noodle S... | take out with ... | ATP_OTHER:M & E | NIST_ATP_EXPEN... | R | -18.65 |
| 3/21/2002 | CHASE MC 81872-Perso... | | Qpass *Www... | research | ATP_OTHER | NIST_ATP_EXPEN... | R | -19.95 |
| 3/24/2002 | CHASE MC 81872-Perso... | | Kips Bay Optic... | prescription g... | Wages:karron:fringe:elegl... | NIST_ATP_EXPEN... | R | -100.00 |
| 3/28/2002 | CHASE MC 81872-Perso... | | Patricia Dalia ... | laser and elect... | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -897.50 |
| 3/28/2002 | CHASE MC 81872-Perso... | | Enterprise Park... | dr wheeler ap... | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -13.00 |
| 4/1/2002 | CHASE MC 81872-Perso... | | New York Spo... | montly memb... | Wages:karron:fringe:gym | NIST_ATP_EXPEN... | R | -79.00 |
| 4/1/2002 | CHASE MC 81872-Perso... | | Vespro | Vespro | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -139.85 |
| 4/11/2002 | CHASE MC 81872-Perso... | | Patricia Dalia ... | laser | Wages:karron:fringe:healt... | NIST_ATP_EXPEN... | R | -570.00 |
| 4/11/2002 | CHASE MC 81872-Perso... | | Kips Bay Opticals | sunglasses | Wages:karron:fringe:elegl... | NIST_ATP_EXPEN... | R | -235.00 |
| 4/12/2002 | CHASE MC 81872-Perso... | | Www.R-TI.Co... | recovery studio | ATP_EQUIPMENT:comp... | NIST_ATP_EXPEN... | R | -179.99 |