UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

                  07 Cr. 541 (RPP)

      - against -

                  **ORDER**

DANIEL B. KARRON,

                Defendant.
-----------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

      The parties are ordered to appear before the Court at 4:00 p.m. on Monday, October 27, 2008 at 4:00 p.m.

      The Probation Office has advised this Court that the Bureau of Prisons would enforce the judgment entered by the Court on this matter to require Defendant to serve 15 months of imprisonment, and will not honor the home confinement component.

      Accordingly, pursuant to Rule 35(a) of the Federal Rules of Criminal Procedure, the Court may amend the sentence and judgment of Defendant to be seven and one-half months of imprisonment to be followed by 3 years of supervised release, the first seven and one-half months of which shall be home confinement so that Defendant may care for his mother. All other terms of the sentence to remain the same. A new judgment will be filed.

      IT IS SO ORDERED.

Dated: New York, New York
       October 24, 2008

                                          Robert P. Patterson, Jr.
                                                  U.S.D.J.

Copies of this Order were sent to:

**For the Government:**
Michael J. Garcia, U. S. Attorney
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007
Attn: Chi T. Steve Kwok, Christian R. Everdell
Tel: 212-637-2415/2556
Fax: 212-637-2937
steve.kwok@usdoj.gov
christian.everdell@usdoj.gov


**For Defendant:**
Rubinstein & Corozzo, LLP
260 Madison Avenue, 22nd Fl.,
New York, NY 10016
Attn: Ronald Rubinstein
Tel: 212-545-8777
Fax: 212-679-1844
rcorozzo@aol.com