Local Criminal Notice of Appeal Form.

**NOTICE OF APPEAL**
United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/08

United States of America

Daniel B. Karron

Docket No.: 07 CR 00541 (RPP)

Judge Robert P. Patterson
(District Court Judge)

Notice is hereby given that **Daniel B. Karron** appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [ ] _____
(specify)

entered in this action on 10-27-08
(date)

Offense occurred after November 1, 1987   Yes [✓]   No [ ]

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction and Sentence [✓]

Date October 29, 2008
TO _____

Ronald Rubinstein
(Counsel for Appellant)

Address Rubinstein & Corozzo, LLP
260 Madison Avenue, 22nd Floor
New York, New York 10016

Telephone Number: (212) 545 - 8777

ADD ADDITIONAL PAGE (IF NECESSARY)

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER   ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |

[ ] I am ordering a transcript
[✓] I am not ordering a transcript
Reason
  [ ] Daily copy is available
  [ ] U.S. Attorney has placed order
  [✓] Other. Attach explanation

Prepare transcript of                     Dates
[ ] Prepare proceedings _____
[ ] Trial _____
[ ] Sentencing _____
[ ] Post-trial proceedings _____

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment   [ ] Funds [ ]   CJA Form 24 [ ]

ATTORNEY'S SIGNATURE  /s/ Ronald Rubinstein   DATE 10-29-08

▶ COURT REPORTER ACKNOWLEDGMENT   To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____  Signature _____ (Court Reporter) | | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05

# RUBINSTEIN & COROZZO, LLP
## COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

WILLIAM R. DICENZO

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

October 29, 2008

Clerk of Court
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007-1312

**Re: Notice of Appeal**
***United States v. Daniel B. Karron*; 07 CR 541 (RPP)**

To whom it may concern:

I am counsel for Daniel B. Karron. This letter supplements the notice of appeal questionnaire to be completed by attorney. I am not ordering a transcript because I ordered one previously in support of motions that have been filed in this matter.

Respectfully submitted,

Ronald Rubinstein