# RUBINSTEIN & COROZZO, LLP

COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

WILLIAM R. DICENZO

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

**MEMO ENDORSED**

November 7, 2008

RECEIVED
NOV - 7 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

<u>Via Facsimile (212 – 805 – 7917)</u>
Honorable Robert P. Patterson
United States District Judge
500 Pearl St., Room 2550
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-7-08

*United States v. Daniel Karron*, 07-cr-00541 (RPP)

Re: **Request to travel this weekend**

Dear Judge Patterson:

    Dr. Karron respectfully requests permission to travel over the course of this weekend, Saturday November 8, 2008 – Monday November 10, 2008. The planned itinerary is as follows:

    Dr. Karron will leave Saturday November 8, 2008 at approximately 10am and travel to the residence of Windy Farnsworth at 9 Phesant lane, New Milford Ct. 06776, arriving by approximately 3pm. He intends to pick up belongings from Ms. Farnsworth's residence and return to Long Beach, NY by 10pm.

    On Sunday November 9, 2008, Dr. Karron will leave Long Beach, NY at approximately 8am arriving at the residence of Lee Goldberg located at 251 Mather Street, Princeton, N.J. 08540, by approximately 1pm. He intends to have lunch with Lee and pick up some belongings from there. Thereafter, he intends to meet with the Rev. Christopher Taylor for prayer and meditation. Afterward, he intends to visit with his brother Abe Karron located at 70 Curtis Avenue, Manesquan, N.J. 08736. On Sunday night, Dr. Karron will either stay at his brother Abe's house or return to Lee Goldberg's to spend the night there.

    On Monday morning November 10, 2008, Dr. Karron will travel to Princeton University, Princeton, N.J. 08544 to visit with Professor Hershel Rabitz

RUBINSTEIN & COROZZO, LLP

November 7, 2008
Page 2 of 2

for a scientific discussion as the professor's schedule allows. Thereafter, Dr. Karron will be traveling to the Silverlake Nursing Home to visit with his ailing mother located at 275 Castleton Ave., Staten Island, N.Y. 10301. Dr. Karron will be arriving back home to Long Beach, N.Y. on Monday night.

Both Pre-trial services and the US Attorney's Office have been contacted and voiced no objection to Dr. Karron's request to travel.

Respectfully submitted,

Ronald Rubinstein

cc:   AUSA Steven Kwok via facsimile (212) 637-2390
      PTS Officer Mildred Santana via facsimile (212) 805 – 4175

*Application granted*
*So ordered*
*RPP*
*11/7/08*