# RUBINSTEIN & COROZZO, LLP
## COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

WILLIAM R. DICENZO

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016
TELEPHONE (212) 545-8777
FAX (212) 679-1844



MEMO ENDORSED

RECEIVED DEC 12 2008 CHAMBERS OF JUDGE ROBERT P. PATTERSON

December 12, 2008

**Via Facsimile (212 – 805 – 7917)**
Honorable Robert P. Patterson
United States District Judge
500 Pearl St., Room 2550
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-12-08
```

*United States v. Daniel Karron*, 07-cr-00541 (RPP)

Dear Judge Patterson:

Dr. Karron respectfully requests permission to travel from Monday, December 15, 2008 through Wednesday, December 17, 2008.

Dr. Karron has been asked by Alliance Tech. Systems Inc. ("ATK") to participate in a conference with ATK employees and others on traumatic brain injury analysis and treatment. The conference takes place on Tuesday, December 16, 2008, in Chantilly, Virginia. Therefore, Dr. Karron will leave Monday, December 15, 2008, and travel by car to Chantilly, Virginia to attend the conference.

After the conference, Dr. Karron intends to travel home through New Jersey and intends to meet with his brother Abe Karron located at 70 Curtis Avenue, Manesquan, N.J. 08736, and thereafter with Lee Goldberg located at 251 Mather Street, Princeton, N.J. 08540. Dr. Karron will stay at Lee Goldberg's house that night and return the following day, December 17, 2008, to the New York area.

Both Pre-trial services and the US Attorney's Office have been contacted and voiced no objection to Dr. Karron's request to travel.

Respectfully submitted,

Ronald Rubinstein

cc: AUSA Steven Kwok via facsimile (212) 637-2390
PTS Officer Mildred Santana via facsimile (212) 805 – 4175

*Application granted. So ordered.*
*Robert P. Patterson USDJ*
*12/12/08*