AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number: 07-541-cr (RPP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Daniel Karron (Defendant)

I certify that I am admitted to practice in this court.

| 12/30/2008 | _(signature)_ |
|---|---|
| Date | Signature |

| Laura Oppenheim | LO-8691 |
|---|---|
| Print Name | Bar Number |

260 Madison Avenue, 18th Fl.
Address

| New York | NY | 10016 |
|---|---|---|
| City | State | Zip Code |

| (212) 447-1800 | (212) 448-0066 |
|---|---|
| Phone Number | Fax Number |