UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA,   Docket No. 07 Cr. 571 (RPP)

       v.   APPEARANCE

DANIEL B. KARRON

       Defendant.
--------------------------------------------------------X

  To the Clerk of this Court and all parties of record: Enter my appearance in this case for the defendant, Daniel B. Karron.

  I certify that I am admitted to practice in this Court.

New York, New York
December 31, 2008

                /s/ Marshall A. Mintz, Esq.

                MARSHALL A. MINTZ, ESQ.
                Mintz & Oppenheim LLP
                260 Madison Avenue, 18th Fl.
                New York, New York 10016
                Ph. (212) 447-1800
                Fax. (212) 448-0066