Honorable Robert P. Patterson
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

By Fax to Chambers at 212-805-7917

**MEMO ENDORSED**

RECEIVED FEB 09 2010
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

07 CR. 541 (RPP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/10

Dear Judge Patterson;

At the request of the FDA, I have been invited to a panel on surgical robotics that will meet in Washington on February 19.

I am asking for your permission to attend this meeting. I will need to travel out of the SDNY jurisdiction. I planning in leaving early in the morning and returning same day with students and colleagues assisting in the driving.

I brought this request first to my Probation Officer John Danielo, who said that travel not allowed to travel except for immediate family funerals. Because this was not a funeral, he said he would oppose my request.

Therefore I respectfully request permission to travel to Washington DC on February 19 for this one day invitation only workshop at the FDA.

Enclosed is the workshop invitation, agenda and venue/directions.

Sincerely,

Dr. D B Karron

CC: Michael.Byars@usdoj.gov
john_danielo@nyep.uscourts.gov
Ronald Rubinstein, Esq

*Application granted. After consultation with Probation Officer Danielo, your application to travel to Washington DC and return the same day is hereby approved. So ordered.*

*Robert P. Patterson, USDJ*
*2/11/10*

9

D. B. Karron, PhD.
Computer Aided Surgery, Inc.
300 East 33rd Street, Suite 4N,
New York NY 10016

Dear Dr. Karron:

This letter is an invitation to attend and participate in a very important workshop sponsored by the U.S. Food and Drug Administration and being held on our new Maryland campus.

### FDA Workshop on Medical Care Robotics
### Friday, February 19, 2010
### Silver Spring, Maryland

The use of robotics in medical applications is rapidly growing in scope and complexity. Systems are in use or development for an increasing number of surgical applications, augmentation of therapy in rehabilitation settings, replacement of musculoskeletal and cognitive function, and individualized medical care. Further, there are new applications of intelligent machines for diagnostic purposes and for enhanced processing of biological tissues. The ongoing development of new robotic systems and applications for use in medicine presents unique challenges for industry and regulatory agencies.

The goal of this workshop is to bring together relevant stakeholders in medical applications of robotics from industry, government, and academic institutions to explore the aspects of this emerging field that may benefit from the development of standards, in light of the work already underway in national and international standards developing organizations (SDOs). Topics for discussion will include a review of the current status of the field, clarification of boundaries between medical and nonmedical applications, identification of existing applicable standards, and understanding the gaps where new standards activities are needed.

On behalf of the FDA Commissioner, we hope you will make every effort to attend. Your contributions can help in the understanding of this very important emerging area. We have attached a draft agenda for the workshop for your consideration.



*Protecting and Promoting Public Health*

Sincerely,

*[signature: Jeffrey Shuren]*

Jeffrey Shuren, M.D., J.D.
Acting Director
Center for Devices and Radiological Health

Attachment



*Protecting and Promoting Public Health*

|  |  |
|---|---|
|  | medical care robotics, and additional questions that need to be answered |
| 10:00 – 10:15 | Break and reconvene in breakout sessions |
| 10:15 – 11:15 | Breakout Session A.<br>Topics for Discussion:<br>(1) What are the boundaries between medical and non-medical applications as well as within the categories of surgical, transport and personal care?<br>(2) What aspects of medical care robots are amenable to standardization and what are the priorities and the timeframe for this work?<br>(3) What other areas of robotics are still emerging but poised to soon move into clinical trials?<br>(4) What risk paradigm is appropriate for a medical care robot and what are the risks that need to be managed? |
| 11:15 – 12:00 | Plenary Session 2: Highlights from each of the afternoon breakout sessions |
| 12:00 – 13:30 | Networking lunch |
| 13:30 – 14:30 | Breakout Session B.<br>Topics for Discussion:<br>(1) Surgical robots: What is a surgical robot within the definition and boundaries set earlier? What are the most significant standards needs – necessary and achievable to fill the gaps?<br>(2) Transport robots: What is a transport robot within the definition and boundaries set earlier? What are the most significant standards needs – necessary and achievable to fill the gaps?<br>(3) Personal care robots: What is a personal care robot within the definition and boundaries set earlier? What are the most significant standards needs – necessary and achievable to fill the gaps?<br>(4) What risk paradigm is appropriate for a medical care robot and what are the risks that need to be managed? |
| 14:30 – 14:45 | Break and reconvene in Plenary Session 3 |
| 14:45 – 15:30 | Plenary Session 3: Highlights from each of the afternoon breakout sessions |
| 15:30 – 16:30 | Plenary Session 4: Explore ways to enable collaborative activities among users, governmental agencies, industry, academic research institutions, and the organizations that collectively serve them. |
| 16:30 – 17:00 | Closing the workshop |

Fax: 1-301-680-9232  
Sales: 1-301-680-8500  
Sales fax: 1-301-680-9232

**Driving directions**  
2.8 mi – about 6 mins.

📍 10903 New Hampshire Ave, Silver Spring, Montgomery, Maryland 20903  
(FDA Campus)

| | | |
|---|---|---|
| 1. Head southwest on Mahan Rd toward MD-650/New Hampshire Ave | 🔄 | 20 ft |
| 2. Turn right at MD-650/New Hampshire Ave | 🔄 | 0.6 mi |
| 3. Take the ramp onto Columbia Pike/US-29 | 🔄 | 1.7 mi |
| 4. Turn right at Old Columbia Pike | 🔄 | 128 ft |
| 5. Turn left at Prosperity Dr  Destination will be on the right | 🔄 | 0.5 mi |

📍 12521 Prosperity Dr  
Silver Spring, MD 20904

**DEPARTMENT OF
HEALTH & HUMAN SERVICES**

Public Health Service
Food and Drug Administration
Center for Devices and Radiological Health
2098 Gaither Road
Rockville MD 20850

Official Business
Penalty for Private Use $300



02 1M          $ 00.44⁰
0004269858   JAN 25 2010
MAILED FROM ZIP CODE 20818

D. B. Karron, Ph.D.
Computer Aided Surgery, Inc.
348 E. Fulton Street
Long Beach, NY 11561

11561$2327 C007

# Fax Message

| | | | |
|---|---|---|---|
| **To:** | Honorable Robert P. Patterson | **From:** | dr d b karron |
| **Fax:** | +12128057917 | **Pages:** | 1 of 7 (including this page) |
| **Company:** | | **Date:** | Monday, 08 February 2010 |