```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

DANIEL B. KARRON,

                            Movant,

-against-

UNITED STATES OF AMERICA,

                            Respondent.

---------------------------------------------------------X

ORDER TO ANSWER, 28 U.S.C. § 2255

11 Civ. 1874 (RPP)

07 Cr. 0541-01 (RPP)

ROBERT P. PATTERSON, United States District Judge:

      The Court, having received Movant's Motion to vacate his sentence, pursuant to 28 U.S.C. § 2255, it is hereby ORDERED that:

      The United States Attorney for the Southern District of New York shall file an answer or other pleadings in response to the Motion, along with transcripts of any relevant proceedings not already contained in the record, within sixty (60) days of the date of this Order. Movant may file reply papers, if any, within thirty (30) days from the date he is served with Respondent's answer.

      It is further ORDERED that the Clerk of Court serve copies of this Order, the Motion and all other papers in support thereof, by certified mail upon the United States Attorney for the Southern District of New York.

      SO ORDERED:

                                                    _____
                                                    ROBERT P. PATTERSON
                                                    United States District Judge

Dated: April 12, 2011
        New York, New York