2/2011 11:45 AM    From: D B Karron, Ph.D., Computer Aided Surgery and Informatics (+1 (516) 308-1982 ) - To: Judge Rol P. Patterson, United States District Court

Case 1:07-cr-00541-RPP    Document 93    Filed 05/04/11    Page 1 of 3



**MEMO ENDORSED**

D. B. Karron, Ph. D.
348 East Fulton Street
Long Beach, New York 11561
E-Mail to drdbkarron@gmail.com (or) karron@casi.net
Facsimile +1 (516) 308 - 1982
Voice +1 (516) 515 - 1474

Monday, May 02, 2011 at 11:38:08 Hours

Hon. Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312



By fax to 212-805-7917

RE: Daniel B. Karron, v United States of America 11-civ-1874 (RPP) and 07-cr - 541 (RPP)
**Request for Additional 10 days to submit**
**Pre-trial conference transcript request**

Dear Judge Patterson

We are **continuing** our writing and editing effort to resubmit a replacement for the stub 2255 Memorandum of Fact and Law, submitted but which had to be abandoned in place on 22 February

I am now joined by pro-bono paralegal help and forensic accounting volunteers who have pledged to work over the weekend and into this week to complete this submission. All of this new help is slowing thing down, but improving our submission substantially.

Further, I have created a conflict with the Probation department, who expects me to report today as well in Central Islip. This is entirely bad planning on my part. I must apologize to the Court.

I am seeking trial transcript for pre-trial conferences with Rubinstein, which I do not have funds to pay for. I have asked the Prosecution if they can supply a copy. Is there a mechanism for a IFP pro se petitioner to obtain transcripts from the court ?

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/11
```

2/2011 11:45 AM    From: D B Karron, Ph.D., Computer Aided Surgery and Informatics (+1 (516) 308-1982 ) - To: Judge Ro
P. Patterson, United States District Court, JDGP

Case 1:07-cr-00541-RPP    Document 93   Filed 05/04/11   Page 2 of 3

I humbly request a second extension to submit our 2255 Memorandum of Fact and Law, along with additional declarant submissions will resubmit it on along with the full documents MONDAY, May 11, 2011.

The deadline for the governments' response should similarly be set back to give them sufficient time to respond.

I thank the court for its patience in its dealing with me, and I apologize for my lack of sophistication in the ways of the court.

Sincerely,

*[signature: D B Karron]*

,
D. B. Karron
Cc: Christian Everdell by e-mail to.everdell@usdoj.gov

*[handwritten annotation at right: Application granted. So ordered. Robert P. Patterson 5/2/11]*

| DATE | Docket # | ITEM |
|---|---|---|
| 08/01/2007 | 6 | TRANSCRIPT of Proceedings as to Daniel B. Karron held on 06/20/07 before Judge Robert P. Patterson. (es) (Entered: 08/01/2007) |
| 08/08/2007 | 9 | TRANSCRIPT of Proceedings as to Daniel B. Karron held on 7/24/07 before Judge Robert P. Patterson. (jbe) (Entered: 08/08/2007) |
| 09/05/2007 | 11 | TRANSCRIPT of Proceedings as to Daniel B. Karron held on August 8, 2007 before Judge Robert P. Patterson. (bw) (Entered: 09/05/2007) |
| 09/24/2007 | 14 | TRANSCRIPT of Proceedings as to Daniel B. Karron held on 8/29/07 before Judge Robert P. Patterson. (jbe) (Entered: 09/24/2007) |
| 11/07/2007 | 19 | TRANSCRIPT of Proceedings as to Daniel B. Karron held on 10/12/07 before Judge Robert P. Patterson. (db) (Entered: 11/07/2007) |
| 01/11/2008 | 29 | TRANSCRIPT of Proceedings as to Daniel B. Karron held on 11/6/07 before Judge Judge Robert P. Patterson. (tro) (Entered: 01/11/2008) |
| 01/14/2008 | 30 | TRANSCRIPT of Proceedings as to Daniel B. Karron held on 11/26/07 before Judge Robert P. Patterson. (cd) (Entered: 01/14/2008) |
| 01/24/2008 | 31 | TRANSCRIPT of Proceedings as to Daniel B. Karron held on 10/09/07 before Judge Robert P. Patterson. (es) (Entered: 01/24/2008) |
| 03/11/2008 | 33 | TRANSCRIPT of Proceedings as to Daniel B. Karron held on 1/14/2008 before Judge Robert P. Patterson. (ama) (Entered: 03/11/2008) |

Finally, I would appreciate a copy of the letter below.

| 06/03/2008 | 47 | Letter by USA as to Daniel B. Karron addressed to Judge Patterson from Chi T. Steve Kwok dated 6/2/08 re: The Government respectfully submits this letter to move in limine to admit certain testimony that a number of Government witnesses are expected to give. For the foregoing reasons, the Government respectfully submits that the proffered testimony of Government witnesses concerning changes to Quickbooks the defendant made is non-hearsay evidence and admissible at trial. (jw) (Entered: 06/09/2008) |
|---|---|---|