

D. B. Karron, Ph. D.
348 East Fulton Street
Long Beach, New York 11561
E-Mail to drdbkarron@gmail.com
Facsimile +1 (516) 308 - 1982
Voice +1 (516) 515 - 1474

Tuesday, September 13, 2011 at 17:01:56 Hours

Hon. Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Attention: Robert. Monteagudo
By fax to 212-805-7917

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/11
```

RE: Daniel B. Karron, v United States of America
11-civ-1874 (RPP) and 07-cr - 541 (RPP)
Request for short additional extension from Wednesday Sept 15 to Monday Sept 20
Request for additional page limit to 25 pages.

Dear Judge Patterson

Due to Hurricane Irene, which has knocked out my main archival server and caused damage to our dear departed mothers' house in Long Beach, I am running behind schedule finishing our sur-reply brief.

Mr. Everdell has already consented to this brief delay.

This is to enable us to edit and vet our submission through the weekend instead of this Thursday.

We humbly request additional pages totaling 25 pages, exclusive of Tables of Contents and Authorities in order to adequately rebut each point raised the Governments reply brief. I am answering pro se and with limited legal editing resources.

I thank the court for its patience in its dealing with me, and I apologize for my lack of sophistication in the ways of the court.

Sincerely,

[signature]

D. B. Karron
Cc: Christian Everdell by e-mail to.everdell@usdoj.gov

*The application on time for submission is granted. [illegible] submission shall not be more than 25 pages.*

*So Ordered*
[signature]
*9/14/11*

*See attached typewritten Memo Endorsement*

Case:        Daniel B. Karron v. United States of America
Index No.:   11 Civ. 1874 (RPP) and 07 Cr. 541 (RPP)


**MEMO ENDORSEMENT READS:**

The application on time for submission is granted. Any submission shall not be more than 25 pages.

So Ordered.

*Robert P. Patterson, Jr., U.S.D.J., 9/14/11*