USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

DANIEL B. KARRON,

                  Movant,

  -against-

UNITED STATES OF AMERICA,

                  Respondent.

-----------------------------------------------------------X

**ORDER**

11 Civ. 1874 (RPP)

07 Cr. 0541 (RPP)

**ROBERT P. PATTERSON, JR., U.S.D.J.,**

      On December 23, 2011, Movant filed a "Motion under Federal Rules Criminal Procedure 41(g) for the return of property seized in criminal case." The Clerk of Court is directed to strike this Motion (Document #21) from the docket of this action and to open this Motion as a new civil action assigned to my docket.

      SO ORDERED.

Dated: New York, New York

       January 5, 2012

_____

Robert P. Patterson, Jr.

United States District Judge