GX 120

## List of Items seized pursuant to warrant.
### 6/26/07, Case 16227

| # | Seizure Date | Seizure time | Seizure Location | Item Description/ID |
|---|---|---|---|---|
| 1 | 6/26/2007 | 8:00 AM | A | server casi 192.168.0.118 |
| 2 | 6/26/2007 | 8:00 AM | A | server casi 02 216.213.166.227 |
| 3 | 6/26/2007 | 8:00 AM | A | server casi 04 SGI Octane 2 |
| 4 | 6/26/2007 | 8:00 AM | A | server casi 16 192.168.0.116 |
| 5 | 6/26/2007 | 8:00 AM | A | server case black |
| 6 | 6/26/2007 | 8:00 AM | A | rackmount computer IU |
| 7 | 6/26/2007 | 8:00 AM | A | Overland neo |
| 8 | 6/26/2007 | 8:00 AM | A | Raid Array 1-10 this location |
| 9 | 6/26/2007 | 8:00 AM | A | Raid Array Bottom this location |
| 10 | 6/26/2007 | 8:00 AM | A | server casi 100 192.168.0.100 |
| 11 | 6/26/2007 | 8:00 AM | A | Extreme network summit 7 switch |
| 12 | 6/26/2007 | 8:30 AM | A | UPS APC (power source) |
| 13 | 6/26/2007 | 8:30 AM | A | Power supply (blue) |
| 14 | 6/26/2007 | 8:30 AM | A | Hatch Panel |
| 15 | 6/26/2007 | 9:00 AM | A | Linksys Router antenna and power supply |
| 16 | 6/26/2007 | 9:00 AM | A | 16 port switch Linksys and power supply |
| 17 | 6/26/2007 | 9:00 AM | A | D-Link Router DCM-202 + power supply |
| 18 | 6/26/2007 | 9:00 AM | A | Projector Screen |
| 18A | 6/26/2007 | 9:00 AM | A | Controller Box for Projector Screen |
| 19 | 6/26/2007 | 9:00 AM | A | Hatch Panel |
| 20 | 6/26/2007 | 9:30 AM | A | Sony Cybershot Camera DSC-F707 |
| 21 | 6/26/2007 | 9:30 AM | A | Digital Camera Batteries |
| 22 | 6/26/2007 | 9:30 AM | A | Remote Power Control/BayTech |
| 23 | 6/26/2007 | 9:30 AM | A | InFocus LCD Projector with mount |
| 24 | 6/26/2007 | 10:00 AM | A | server casi 112 192.168.9.112 |
| 25 | 6/26/2007 | 10:00 AM | A | server casi 03 192.168.0.103 |
| 26 | 6/26/2007 | 10:00 AM | A | HP Laserjet 1200 printer |
| 27 | 6/26/2007 | 10:00 AM | A | Linksys Print Server PSUS4 |
| 28 | 6/26/2007 | 10:00 AM | A | HP Laserjet 4 with Document Feeder |
| 29 | 6/26/2007 | 10:30 AM | A | casi 15 192.168.0.115 |
| 30 | 6/26/2007 | 10:30 AM | A | GBC Shredmaster 3260x shredder |
| 31 | 6/26/2007 | 10:30 AM | A | Check Scanner RDS-3000 |
| 32 | 6/26/2007 | 10:30 AM | A | Visioneer Strobe XP Paper port (1 of 2) |
| 33 | 6/26/2007 | 10:30 AM | A | Neat Receipts Receipt Scanner |
| 34 | 6/26/2007 | 10:30 AM | A | Card Size Scanner Corex Cardscan |
| 35 | 6/26/2007 | 10:30 AM | A | Visioneer Strobe XP Paper port (2 of 2) |
| 36 | 6/26/2007 | 10:30 AM | B | Dust Buster |
| 37 | 6/26/2007 | 11:00 AM | B | Kitchen Classics Blender by Waring |
| 38 | 6/26/2007 | 11:00 AM | A | Porter Cable Tiger Saw quickcharge |
| 39 | 6/26/2007 | 11:00 AM | A | Two (2) Batteries and charger for item 38 |
| 40 | 6/26/2007 | 11:00 AM | A | Three (3) boxes Dewalt drill bits |
| 41 | 6/26/2007 | 11:00 AM | A | Porter Cable Rechargeable Tool Set |
| 42 | 6/26/2007 | 11:00 AM | A | Set of 3 rechargeable flashlights w/chargers |
| 43 | 6/26/2007 | 11:00 AM | A | Monitor Casi 12 Samsung Syncmaster (1) |

All seizure locations are identified letter coded rooms within 300 E. 33rd Street, Apartment 4N, New York, NY

## List of Items seized pursuant to warrant.
### 6/26/07, Case 16227

| # | Date | Time | Location | Item |
|---|---|---|---|---|
| 44 | 6/26/2007 | 11:00 AM | A | Monitor Casi 02 Samsung Syncmaster (2) |
| 45 | 6/26/2007 | 11:00 AM | A | IBM Thinkpad laptop with docking station |
| 46 | 6/26/2007 | 11:00 AM | A | Large STABILA bubble level |
| 47 | 6/26/2007 | 11:00 AM | A | Dremel Rechargeable Rotary Tool w/charger |
| 48 | 6/26/2007 | 11:00 AM | A | Flatbed Scanner RICOH Aficio IS330 |
| 49 | 6/26/2007 | 11:00 AM | A | CTX LCD Monitor w/power supply |
| 50 | 6/26/2007 | 11:00 AM | A | Docking Station casi 17 (no laptop) |
| 51 | 6/26/2007 | 11:30 AM | A | SGI Monitor casi (1) casi 104 |
| 52 | 6/26/2007 | 11:30 AM | A | SGI Monitor (2) |
| 53 | 6/26/2007 | 11:30 AM | A | SGI Monitor (3) large widescreen casi 104 |
| 54 | 6/26/2007 | 11:30 AM | A | Standalone Air Conditioning Unit |
| 55 | 6/26/2007 | 12:00 PM | A | Six (6) ergotron monitor swing mounts |
| 56 | 6/26/2007 | 12:00 PM | A | Raid Enclosures four (4) |
| 57 | 6/26/2007 | 12:00 PM | A | Miscellaneous keyboards/peripherals |
| 58 | 6/26/2007 | 12:00 PM | E | casi 007 svr SGI Octane 2 216.213.116.232 |
| 59 | 6/26/2007 | 12:00 PM | E | Raid array (1 of 2 this location) |
| 60 | 6/26/2007 | 12:00 PM | E | Raid array (2 of 2 this location) |
| 61 | 6/26/2007 | 12:30 PM | E | casi 11 svr SGI Octane 2 216.213.166.236 |
| 62 | 6/26/2007 | 12:30 PM | E | casi 13 216.213.166.238 |
| 63 | 6/26/2007 | 12:30 PM | E | casi 13 Samsung Syncmaster Monitor |
| 64 | 6/26/2007 | 12:30 PM | E | SGI monitor (1 of 4 this location) casi 11 |
| 65 | 6/26/2007 | 12:30 PM | E | SGI monitor (2 of 4 this location) |
| 66 | 6/26/2007 | 12:30 PM | E | SGI monitor (3 of 4 this location) w/spkrs |
| 67 | 6/26/2007 | 12:30 PM | E | SGI monitor (4 of 4 this location) casi 007 |
| 68 | 6/26/2007 | 1:30 PM | E | DTS-3 |
| 69 | 6/26/2007 | 1:30 PM | E | HP Scanjet 5P |
| 70 | 6/26/2007 | 1:30 PM | E | SGI DVD-ROM External Drive |
| 71 | 6/26/2007 | 1:30 PM | A | Linksys Security Webcam |
| 72 | 6/26/2007 | 1:30 PM | E | SGI Software |
| 73 | 6/26/2007 | 1:30 PM | E | SGI Controller (NFI) |
| 74 | 6/26/2007 | 1:30 PM | E | Set of 2 rechargeable flashlights w/chargers |
| 75 | 6/26/2007 | 1:30 PM | A | Shoe Rack |
| 76 | 6/26/2007 | 1:30 PM | A | Set of multicases with hardware (31 ct.) |
| 77 | 6/26/2007 | 1:30 PM | E | Four (4) ergotron monitor swing mounts |
| 78 | 6/26/2007 | 1:30 PM | E | Miscellaneous peripherals and cables |
| 79 | 6/26/2007 | 2:00 PM | Basement Storage 55 | GPS System |
| 80 | 6/26/2007 | 2:00 PM | Basement Storage 55 | DDS-3 Tape Backup |
| 81 | 6/26/2007 | 2:00 PM | Basement Storage 56 | Circular Saw |
| 82 | 6/26/2007 | 2:00 PM | A | Folding Ladder |

All seizure locations are identified letter coded rooms within 300 E. 33rd Street, Apartment 4N, New York, NY