1       THE COURT: Are you sure you made that call?
2       THE WITNESS: Yes.
3       THE COURT: Yourself?
4       THE WITNESS: Yes.
5       THE COURT: You told them the first quarter was wrong?
6       THE WITNESS: Yes, even -- one -- I think the numbers
7   are -- the dates were wrong too. Yes, I'm sure I made the
8   call.
9   Q. Who did you speak to?
10  A. Usually when I would call the doctor -- I probably --
11  usually I would speak to Lee Gurfein.
12  Q. And did you memorialize that in any way with an e-mail that
13  you had made that call?
14  A. No.
15  Q. Did you put anything in your government file to indicate
16  that you had made the call because you noticed these numbers
17  were wrong?
18  A. The practice is that I would put this document in the file,
19  make a note to it, and then when a new form came in, I would
20  just discard the old form and put in the correct form.
21  Q. Well, did a new form come in?
22  A. This -- a new form, a new form came in.
23  Q. How long after you claim you made this call?
24  A. Well, this one is a revision. I'm not getting the
25  question.

                                        421
    864ZKAR4              Snowden - cross
1        THE COURT: Neither of these are revisions --
2        THE WITNESS: These are the original documents, okay.
3        THE COURT: 2000.
4        THE WITNESS: Right.
5        THE COURT: One in January and one in, apparently,
6   April 2002.
7        THE WITNESS: So there -- I don't see a revision here,
8   that it was ever revised.
9   Q. As a matter of fact, the next quarter, which is
10  government's exhibit 42 --
11  A. Uh-huh.
12       THE COURT: It isn't a matter of being revised. Ms.
13  Snowden, the first quarter is a different number --
14       THE WITNESS: Right.
15       THE COURT: -- in this report than is the one in the
16  second report.
17       THE WITNESS: Exactly.
18       THE COURT: Now, as I understood you, you testified
19  that after you received the second report, you called and told
20  them there was an error in the first report, the first report
21  number and the second report number for the first --
22       THE WITNESS: Yes.
23       THE COURT: -- period were incorrect.
24       THE WITNESS: Uh-huh.
25       THE COURT: Did you make that call?
            SOUTHERN DISTRICT REPORTERS, P.C.
                  (212) 805-0300

                                       422
   864ZKAR4                 Snowden - cross
1            THE WITNESS:  I made that call, and there is an
2    original grant file here, I'm sure that the original grant file
3    will reflect that.
4    Q.  Well, when you got the next report, the third quarter, June
5    30th, 2002, they carried forward the number from the mistaken
6    second quarter report?
7    A.  Uh-huh.
8            THE COURT:  You're asking her to look at what?
9    Q.  To look at exhibit 42, government exhibit 42.
10   A.  They actual carried over to 17,792.26.
11   Q.  Which was the mistaken number from the second report?
12   A.  Yes.  And if you look at the bottom of the form, this form
13   wasn't even signed by him.  It wasn't -- it wasn't authorized,
14   it wasn't signed.
15   Q.  But it was submitted, right?
16   A.  It was -- of course, yes, it was submitted.
17   Q.  And the numbers, according to you, were wrong because they
18   used the numbers from the second quarter, not from the first
19   quarter, the 12,000 number?
20   A.  Yes.
21   Q.  Right?  Did you make another call after you got the third
22   quarter financial statement?
23   A.  Yes.
24   Q.  And who did you speak to then?
25   A.  Probably Lee Gurfein or Dr. Karron.  I don't recall who I
              SOUTHERN DISTRICT REPORTERS, P.C.
                     (212) 805-0300

                                              423
        864ZKAR4              Snowden - cross
 1   talked to.
 2   Q. And you say you made a note, you wrote something down in a
 3   file about it?
 4   A. Yes.
 5   Q. How many calls did you make?
 6   A. Quite a few.
 7   Q. After you got the second financial statement, I'm sorry.
 8   After you got the third financial statement, and you had not
 9   received a revision of the second financial statement yet,
10   correct?
11   A. Yes.
12   Q. How many calls did you make about that?
13   A. I made calls until it was corrected, and that is reflected
14   in the original grant file.
15   Q. When was it corrected?
16   A. I have no idea, because the forms are not in front of me.
17   Q. Well, in fact, the first time you ever got a revised
18   financial status report is reflected in the exhibits A to 40,
19   41, 42, 43, correct?
20   A. No, that's not correct.
21   Q. Aren't those the revision reports?
22   A. These are, these are revised reports, but these are not the
23   first revised reports.
24   Q. Where is the first revised report?
25   A. In the original grant file.
                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300

864ZKAR4                Snowden - cross

1  Q. You never turned it over to the Prosecutor?
2  A. Yes.
3  Q. So you're telling us there are additional reports than what
4  we have here as exhibits, within exhibit 40 through 43?
5  A. I'm telling you that there are correspondence, additional
6  correspondence to these exhibits.
7  Q. Isn't it a fact, ma'am, that the first revised reports you
8  got for any quarter of the first year of the grant was on
9  August 13th, 2003?
10  A. No.
11         (Continued on next page)
12
13
14
15
16
17
18
19
20
21
22
23
24
25