USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANIEL B. KARRON,

                       Applicant,

    -against-

UNITED STATES OF AMERICA,

                      Respondent.
------------------------------------------------------------X

**ORDER**

12 Civ. 0118 (RPP)

07 Cr. 0541 (RPP)

**ROBERT P. PATTERSON, JR., U.S.D.J.,**

    In connection with her Motion for the Return of Property under Fed. R. Crim. P. 41(g), the Court grants Applicant Daniel B. Karron's application under 28 U.S.C. § 1915 for leave to proceed in this Court without payment of fees.  The Clerk of Court shall serve a copy of this Order and the underlying Motion by first-class mail upon the United States Attorney for the Southern District of New York and the Applicant.

    IT IS SO ORDERED.

Dated: New York, New York
       March 3, 2012

                                                    Robert P. Patterson, Jr.
                                                         U.S.D.J.