```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANIEL B. KARRON,                        :
                        Movant,          :
     -against-                           :
                                         :
UNITED STATES OF AMERICA,                :
                        Respondent.      :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/12

**ORDER**

12 Civ. 0118 (RPP)
07 Cr. 0541 (RPP)

**ROBERT P. PATTERSON, JR., U.S.D.J.,**

    Movant Daniel B. Karron has filed a has filed a Motion for the Return of Property under Fed. R. Crim. P. 41(g). No Summons shall issue. Movant is directed to produce a receipt issued to her by the Government with respect to the property in question and indicate those items she claims were not returned to her. That receipt is to be served upon the United States Attorney and the Court by March 8, 2012.

    The United States Attorney shall respond to the Motion and the receipt by March 12, 2012. For docketing purposes, the Government's "Response to Defendant's Rule 41(g) Motion for Return of Property and Defendant's Corrected Surreply in Support of Her 2255 Motion" filed in <u>United States v. Karron</u>, No. 07 Cr. 0541 (RPP), Feb. 1, 2012, ECF No. 100, will be treated by the Court as a response insofar as it responds to the Motion. Movant shall reply by March 19, 2012. If Movant does not serve a reply or request an extension of time in which to do so, the Court will consider the matter fully briefed.

    The Clerk of Court shall serve a copy of this Order and the underlying Motion by first-class mail upon the United States Attorney for the Southern District of New York and Movant.

    IT IS SO ORDERED.

Dated: New York, New York
       March 3, 2012

                                                    Robert P. Patterson, Jr.
                                                          U.S.D.J.