USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DANIEL B. KARRON,

                              Petitioner,

      - v. -

UNITED STATES OF AMERICA,

                              Respondent.
-------------------------------------------------------X

07 Cr. 541 (RPP)
12 Civ. 118 (RPP)

**ORDER**

**ROBERT P. PATTERSON, JR. U.S.D.J.**

      Movant Daniel B. Karron, by letter dated March 20, 2012, writes in response to the Court's Order of March 3, 2012, requesting an extension of time to reply to the Government's response to her Motion for the Return of Property under Fed. R. Crim. P. 41(g). Movant also writes that her review of the docket for No. 12 Civ. 0118 reveals no entries for (1) the Government's response, (2) Movant's receipt dated March 8, 2012, or (3) Movant's Motion for the Return of Property under Fed. R. Crim. P. 41(g).[1]

      The Court's Order of March 3, 2012 states that the Government's "Response to Defendant's Rule 41(g) Motion for Return of Property and Defendant's Corrected Surreply in Support of Her 2255 Motion" filed in United States v. Karron, No. 12 Civ. 0118 (RPP), Feb. 1, 2012, ECF No. 13, was to be treated as a response to Movant's Motion for the Return of Property under Fed. R. Crim. P. 41(g), insofar as it responded to the Motion. Movant is directed to that entry in drafting her reply.

---

[1] In her letter, Movant referred to a "motion to quash" which she also referenced as the Motion for the Return of property under Fed. R. Crim. P. 41(g).

Movant's Motion for the Return of Property under Fed. R. Crim. P. 41(g), No. 12 Civ. 0118 (RPP), Dec. 23, 2011, ECF No. 1, and Movant's receipt, No. 12 Civ. 0118 (RPP), March 8, 2012, ECF. No. 11, are reviewable on ECF in the docket for No. 12 Civ. 0118.

Movant's request for an extension of time is granted. Movant shall reply by April 16, 2012.

IT IS SO ORDERED.

Dated: New York, New York
March 2͞2͞, 2012

Robert P. Patterson, Jr.
U.S.D.J.