UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-V.-<br><br>DANIEL B. KARRON<br><br>Defendant | 07-cr-0541<br>Motion for Permission for Electronic<br>Case Filing |

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case.

I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at ECF Rules, and agree to abide by them.

2. I will complete the Court's CM/ECF introduction course1 on. 6/17

3. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

4. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

5. I understand how to convert a document to PDF-A format.

6. I have regular access to the technical requirements necessary to e-file successfully:

    i) a custom built Windows 10 computer and laptop with internet access and

    ii) I will be using: Microsoft Office Suite 2016,

    iii) an e-mail account drdbkarron@gmail.com (on a daily basis) to receive notifications from the Court and notices from the e-filing system

    iv) I will be using Fujitsu Scan Snap scanner to convert documents that are only in paper format into electronic files scanning equipment

    v) a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed version of Adobe Acrobat or other PDF reader and writer that I will be using:

    vi) a printer or copier to create required paper copies such as chambers copies.

7. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

8. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.


RECEIVED   BY   DATE 6/9/17

Signed

Daniel B. KARRON
Defendant *Pro Se*
e-Mail: drdbkarron@gmail.com
voice: (516) 515 1474
Fax: +1 516 234 7758
Care of Aldine Publications, LLC
1636 Third Avenue Suite 300,
Dated Friday, June 09, 2017
New York, New York 10128