UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-V.-

DANIEL B. KARRON
Defendant

07-cr-0541
MOTION for leave to proceed *pro se*

I hereby enter an appearance on my own behalf in this action and request:

that all future correspondence be e-mailed to me at the e-mail address below.

I have completed the included Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties

Signed

Daniel B. KARRON Ph.D;
Defendant *Pro Se*
e-Mail: drdbkarron@gmail.com
voice: (516) 515 1474
Fax: +1 516 234 7758
Care of Aldine Publications, LLC
1636 Third Avenue Suite 300,
Dated Friday, June 09, 2017
New York, New York 10128


RECEIVED BY ____ DATE 6/9/17