UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-V.-

DANIEL B. KARRON
Defendant

CONSENT TO ELECTRONIC SERVICE

CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below.

I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

Exhibit 1 shows all of my Criminal and Civil cases filed in the Southern District of New York:

This consent will apply to all cases that I have filed in this court, listing all of my pending and terminated cases.




Signed

_____
Daniel B. KARRON
Defendant
*Pro Se*
e-Mail: drdbkarron@gmail.com
voice: (516) 515 1474
Care of Aldine Publications, LLC
1636 Third Avenue
Suite 300,
New York, New York 10128

Dated Friday, June 09, 2017

# Exhibit 1





**All Court Types Party Search**
Fri Jun 9 01:40:43 2017
9 records found

User: DBKarronPhD

Client:

Search: All Court Types Party Search Name karron, daniel Page: 1

### Civil Results

| Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 3 Karron, Daniel B. (pla)<br>Karron v. United States of America | nysdce | 1:2012-cv-00118 | 540 | 01/05/2012 | 07/13/2012 |
| 4 Karron, Daniel B. (dft)<br>United States of America v. Karron | nysdce | 1:2008-cv-10223 | 890 | 11/24/2008 | 04/13/2011 |
| 5 Karron, Daniel B. (pet)<br>Karron v. United States of America | nysdce | 1:2012-cv-04521 | 550 | 01/05/2012 | 11/27/2012 |
| 6 Karron, Daniel B. (pet)<br>Karron v. USA | nysdce | 1:2011-cv-01874 | 510 | 02/22/2011 | 05/03/2012 |

### Criminal Results

| Party Name | Court | Case | Date Filed | Date Closed |
|---|---|---|---|---|
| 7 Karron, Daniel B. (dft)<br>USA v. Karron - Daniel B. Karron | nysdce | 1:2007-cr-00541 | 06/13/2007 | 10/23/2008 |