UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA<br>-V.-<br><br>DANIEL B. KARRON<br>Defendant | 07-cr-0541<br>AFFIRMATION OF SERVICE |
|---|---|

    I, DB KARRON, the Defendant declare under penalty of perjury that I served a copy of the attached list the names of the documents upon all other parties in this case by

    hand delivery,

Ms. Maria A. Cotto
Financial Investigator
U.S. Department of Justice
United States Attorney
Southern District of New York
86 Chambers Street
New York, NY 10007

    United States Postal Service First Class Mail

Ms. Maria A. Cotto
Financial Investigator
U.S. Department of Justice
United States Attorney
Southern District of New York
86 Chambers Street
New York, NY 10007

Chi T. Steve Kwok
Partner, Skadden, Arps, Slate, Meagher & Flom LLP
42/F, Edinburgh Tower, The Landmark
15 Queen's Road Central, Hong Kong
Voice: (852) 3740.4788
Fax:(852) 3910.4788
Email: steve.kwok@skadden.com

RECEIVED
BY
DATE 6/13/17

BY EMAIL to: steve.kwok@skadden.com, maria.cotto@usdoj.gov, Michael.Byars@usdoj.gov

Chi T. Steve Kwok
U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007
Voice: (212)637-2415
Fax: (212)637-2937
Partner, Skadden, Arps, Slate, Meagher & Flom LLP
42/F, Edinburgh Tower, The Landmark
15 Queen's Road Central, Hong Kong
Voice: (852) 3740.4788
Fax:(852) 3910.4788
Email: steve.kwok@skadden.com

Ms. Maria A. Cotto
Financial Investigator
U.S. Department of Justice
United States Attorney
Southern District of New York
86 Chambers Street
New York, NY 10007
Voice: (212) 637 2806
BY: E-MAIL to maria.cotto@usdoj.gov

Michael J Byars
Assistant United States Attorney,
United States Department of Justice
86 Chambers Street
Third Floor
New York, NY 10007
Voice: 212 637 2793
E-Mail to Michael.Byars@usdoj.gov

on Tuesday, June 13, 2017.

Signed

_[signature]_

---

Daniel B. KARRON
Defendant
*Pro Se*
e-Mail: drdbkarron@gmail.com
voice: (516) 515 1474
Care of Aldine Publications, LLC
1636 Third Avenue
Suite 300,
New York, New York 10128

Dated Tuesday, June 13, 2017

# Exhibit 1



 Browse Aloud

**All Court Types Party Search**
Fri Jun 9 01:40:43 2017
9 records found

**User:** DBKarronPhD

**Client:**

**Search:** All Court Types Party Search Name karron, daniel Page: 1

## Civil Results

| Party Name | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 3 Karron, Daniel B. (pla)<br>Karron v. United States of America | nysdce | 1:2012-cv-00118 | 540 | 01/05/2012 | 07/13/2012 |
| 4 Karron, Daniel B. (dft)<br>United States of America v. Karron | nysdce | 1:2008-cv-10223 | 890 | 11/24/2008 | 04/13/2011 |
| 5 Karron, Daniel B. (pet)<br>Karron v. United States of America | nysdce | 1:2012-cv-04521 | 550 | 01/05/2012 | 11/27/2012 |
| 6 Karron, Daniel B. (pet)<br>Karron v. USA | nysdce | 1:2011-cv-01874 | 510 | 02/22/2011 | 05/03/2012 |

## Criminal Results

| Party Name | Court | Case | Date Filed | Date Closed |
|---|---|---|---|---|
| 7 Karron, Daniel B. (dft)<br>USA v. Karron - Daniel B. Karron | nysdce | 1:2007-cr-00541 | 06/13/2007 | 10/23/2008 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA<br>-V.-<br><br>DANIEL B. KARRON<br>Defendant | 07-cr-0541<br>AFFIRMATION OF SERVICE |
|---|---|

    I, DB KARRON, the Defendant declare under penalty of perjury that I served a copy of the attached list the names of the documents upon all other parties in this case by

    hand delivery,

Ms. Maria A. Cotto
Financial Investigator
U.S. Department of Justice
United States Attorney
Southern District of New York
86 Chambers Street
New York, NY 10007

    United States Postal Service First Class Mail

Ms. Maria A. Cotto
Financial Investigator
U.S. Department of Justice
United States Attorney
Southern District of New York
86 Chambers Street
New York, NY 10007

Chi T. Steve Kwok
Partner, Skadden, Arps, Slate, Meagher & Flom LLP
42/F, Edinburgh Tower, The Landmark
15 Queen's Road Central, Hong Kong
Voice: (852) 3740.4788
Fax:(852) 3910.4788
Email: steve.kwok@skadden.com

Signed

*[signature]*

---
Daniel B. KARRON
Defendant
*Pro Se*
e-Mail: drdbkarron@gmail.com
voice: (516) 515 1474
Care of Aldine Publications, LLC
1636 Third Avenue
Suite 300,
New York, New York 10128

Dated Tuesday, June 13, 2017

# Exhibit 1



Browse Aloud

**All Court Types Party Search**
Fri Jun 9 01:40:43 2017
9 records found

**User:** DBKarronPhD      ( Filter Results )   ( Download )   ( New Search )

**Client:**

**Search:** All Court Types Party Search Name karron, daniel Page: 1

### Civil Results

| Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 3 Karron, Daniel B. (pla)<br>Karron v. United States of America | nysdce | 1:2012-cv-00118 | 540 | 01/05/2012 | 07/13/2012 |
| 4 Karron, Daniel B. (dft)<br>United States of America v. Karron | nysdce | 1:2008-cv-10223 | 890 | 11/24/2008 | 04/13/2011 |
| 5 Karron, Daniel B. (pet)<br>Karron v. United States of America | nysdce | 1:2012-cv-04521 | 550 | 01/05/2012 | 11/27/2012 |
| 6 Karron, Daniel B. (pet)<br>Karron v. USA | nysdce | 1:2011-cv-01874 | 510 | 02/22/2011 | 05/03/2012 |

### Criminal Results

| Party Name ▼ | Court | Case | Date Filed | Date Closed |
|---|---|---|---|---|
| 7 Karron, Daniel B. (dft)<br>USA v. Karron - Daniel B. Karron | nysdce | 1:2007-cr-00541 | 06/13/2007 | 10/23/2008 |

# Exhibit 2