UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-V.-

DANIEL B. KARRON
Defendant

07-cr-0541 (PKC)
Notice of Change of Address of Pro Se Defendant

I, the defendant Daniel B. Karron, representing myself pro se at this time, changes my address for service and email and telephone information for contact below;

Dr D B Karron,
Defendant
*Pro Se*
e-Mail: drdbkarron@gmail.com
voice: (516) 515 1474
Fax: +1 516 234 7758
Care of : Aldine Publications, LLC
1636 Third Avenue
Suite 300,
New York, New York 10128

Signed

*[signature: D B Karron]*

---

Daniel B. KARRON  
Defendant  
*Pro Se*  
e-Mail: drdbkarron@gmail.com  
voice: (516) 515 1474  
Fax: +1 516 234 7758  
Care of Aldine Publications, LLC  
1636 Third Avenue  
Suite 300,  
New York, New York 10128

Dated Tuesday, June 13, 2017