UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                               07-cr-541 (PKC)

         -against-                                    ORDER

DANIEL B. KARRON,

                      Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        The government is directed to respond to defendant's motion (Docket # 114) within 60 days.

        SO ORDERED.

                                                    P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
          July 6, 2017

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/17