UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **NOTICE OF APPEARANCE AND REQUEST** |
| v. | ) | **FOR ELECTRONIC NOTIFICATION** |
| | ) | **07 Cr. 541 (PKC)** |
| Daniel B. Karron, | ) | |
| Defendant. | ) | |

TO:   Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as the Lead Attorney to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

JOON H. KIM
Acting United States Attorney for the
    Southern District of New York

by: */s/ Jessica Greenwood*

July 20, 2017

Jessica Greenwood
Assistant United States Attorney
(212) 637-1090