# EXHIBIT E

# United States Department of Justice
## Consolidated Debt Collection System

### Single Liability Payment History

**Report Level:** NYS

**For Report Parameters:** [redacted]

**Report Date:** 08/23/2017

## PAYMENTS

| CDCS NBR | Name | Collect Type | Court Nbr | Priority Code | Scheduled Payment Amount | Scheduled Payment Date | Current Liability |
|---|---|---|---|---|---|---|---|
| [redacted] | Karron, Daniel | [redacted] | [redacted] | [redacted] | | | $115,972.07 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | PMNT | 02/10/2009 | | | KARRON, DANIEL | | | | 03/03/2009 | $50.00 |
| | PMNT | 03/10/2009 | | | KARRON, DANIEL | | | | 04/08/2009 | $50.00 |
| | PMNT | 04/10/2009 | | | KARRON, DANIEL | | | | 05/05/2009 | $50.00 |
| | PMNT | 05/11/2009 | | | KARRON, DANIEL | | | | 06/03/2009 | $96.55 |
| | PMNT | 10/16/2009 | | | Karron, Daniel | | | | 10/21/2009 | $126.64 |
| | PMNT | 11/10/2009 | | | karron, daniel | | | | 11/16/2009 | $125.67 |
| | PMNT | 12/17/2009 | | | Karron, Daniel | | | | 12/23/2009 | $125.67 |
| | PMNT | 01/12/2010 | | | Karron, Daniel | | | | 01/19/2010 | $125.67 |
| | PMNT | 02/09/2010 | | | Karron, Daniel | | | | 02/12/2010 | $125.67 |
| | PMNT | 03/17/2010 | | | Karron, Daniel | | | | 03/22/2010 | $125.67 |
| | PMNT | 04/16/2010 | | | Karron, Daniel | | | | 04/22/2010 | $125.67 |
| | PMNT | 03/02/2011 | | | Karron, Daniel | | | | 03/04/2011 | $25.01 |
| | PMNT | 04/01/2011 | | | Karron, Daniel | | | | 04/11/2011 | $25.02 |
| | PMNT | 04/29/2011 | | | Karron, Daniel | | | | 05/05/2011 | $20.03 |
| | PMNT | 06/06/2011 | | | Karron, Daniel | | | | 06/08/2011 | $25.04 |
| | PMNT | 06/29/2011 | | | Karron, Daniel | | | | 07/06/2011 | $125.05 |
| | PMNT | 07/29/2011 | | | DANIEL KARRON | | | | 08/18/2011 | $125.02 |
| | PMNT | 08/19/2011 | | | DANIEL KARRON | | | | 08/23/2011 | $75.00 |
| | PMNT | 11/07/2011 | | | DANIEL KARRON | | | | 11/08/2011 | $125.07 |
| | PMNT | 12/14/2011 | | | DANIEL KARRON | | | | 12/19/2011 | $175.00 |
| | PMNT | 12/23/2011 | | | DANIEL KARRON | | | | 12/28/2011 | $25.00 |
| | PMNT | 01/06/2012 | | | Karron, Daniel | | | | 01/18/2012 | $250.00 |

# United States Department of Justice
## Consolidated Debt Collection System

### Single Liability Payment History

**Report Level:** NYS

**For Report Parameters:**

**Report Date:** 08/23/2017

| **CDCS NBR** | | **Name** Karron, Daniel | **Collect Type** | **Court Nbr** | **Priority Code** | **Scheduled Payment Amount** | **Scheduled Payment Date** | **Current Liability** | $115,972.07 |
|---|---|---|---|---|---|---|---|---|---|

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | PMNT | 02/29/2012 | | | DANIEL KARRON | | | | 03/07/2012 | $250.00 |
| | PMNT | 03/22/2012 | | | DANIEL KARRON | | | | 03/30/2012 | $310.48 |
| | PMNT | 04/30/2012 | | | DANIEL KARRON | | | | 05/03/2012 | $125.00 |
| | PMNT | 05/31/2012 | | | DANIEL KARRON | | | | 06/05/2012 | $295.00 |
| | PMNT | 06/29/2012 | | | DANIEL KARRON | | | | 07/06/2012 | $25.00 |
| | PMNT | 07/31/2012 | | | DANIEL KARRON | | | | 08/03/2012 | $500.00 |
| | PMNT | 08/06/2012 | | | DANIEL KARRON | | | | 08/09/2012 | $500.00 |
| **Total** | | | | | | | | | | **$4,127.93** |

**United States Department of Justice**
**Consolidated Debt Collection System**
**Single Liability Payment History**

**Report Level:** NYS

**For Report Parameters:** [redacted]

**Report Date:** 08/23/2017

## REVERSALS

**Sorry, There are no Payment Reversals.**