# EXHIBIT B



RECORDING REQUESTED BY
UNITED STATES ATTORNEY
WHEN RECORDED RETURN TO:

UNITED STATES ATTORNEY
FINANCIAL LITIGATION UNIT
86 CHAMBERS STREET
NEW YORK, NY 10007

For Optional Use By Recording Office

DEPARTMENT OF JUSTICE
NOTICE OF LIEN FOR FINE AND/OR
RESTITUTION IMPOSED PURSUANT TO
THE ANTI-TERRORISM AND EFFECTIVE
DEATH PENALTY ACT OF 1996

UNITED STATES ATTORNEY'S OFFICE FOR
THE SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NUMBER
08,1970

Notice is hereby given of a lien against the property of the defendant named below. Pursuant to Title 18, United States Code, §3613(c), a fine or an order of restitution imposed pursuant to the provisions of subchapter C of chapter 227 is a lien in favor of the United States upon all property belonging to the person ordered to pay restitution. Pursuant to §3613(d), a notice of lien shall be considered a notice of lien for taxes for the purposes of any State or local law providing for the filing of a tax lien. The lien arises at the time of the entry of judgment and continues until the liability is satisfied, remitted, or set aside, or until it becomes unenforceable pursuant to §3613(b).

Name of Defendant: **Daniel Karron**

Residence: **348 East Fulton Street, Long Beach, NY 11561**

NOV 24 2009

COUNTY CLERK'S OFFICE

Amount of Judgment: **$125,000.00**

**Court Imposing Judgment: United States District Court, Southern District of New York**

Court Number: **07 CR 0541 (RPP)**

Date of Imposition of Judgment: **October 20, 2008**

Date of Entry of Judgment: **October 27, 2008**

Rate of Interest: **1.66%**

If payment becomes past due, penalties totaling up to 25 percent of the principal amount past due may arise. 18 U.S.C. §3612(g).

**IMPORTANT RELEASE INFORMATION**--The lien listed above shall terminate the later of 20 years from entry of judgment or 20 years after the above-referenced defendant's release from imprisonment, or upon the death of the defendant or until the liability is satisfied, remitted, or set aside. 28 U.S.C. §3613(b).

**Place of Filing:** _____**Nassau**_____    __**NY**__
                        NAME OF COUNTY                              STATE

I CERTIFY, That the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Dated, New York, New York_____, 2008

J. MICHAEL McMAHON, Clerk

By _____
Dep. Clerk

2009A07841-001
November 3, 2008