# EXHIBIT D

UNITED STATES ATTORNEY
WHEN RECORDED RETURN TO:

UNITED STATES ATTORNEY
FINANCIAL LITIGATION UNIT
86 CHAMBERS STREET
NEW YORK, NEW YORK 10007



For Optional Use By Recording Office

RECEIVED
JUL 26 2016
NASSAU COUNTY
COUNTY CLERK'S OFFICE

**AMENDED LIEN**

DEPARTMENT OF JUSTICE
NOTICE OF LIEN FOR FINE AND/OR
RESTITUTION IMPOSED PURSUANT TO
THE ANTI-TERRORISM AND EFFECTIVE
DEATH PENALTY ACT OF 1996
JUDGMENT NUMBER
**#08,1970**

UNITED STATES ATTORNEY'S OFFICE FOR
THE SOUTHERN DISTRICT OF NEW YORK

    **Notice** is hereby given of a lien against the property of the defendant named below. Pursuant to Title 18, United States Code, §3613(c), a fine or an order of restitution imposed pursuant to the provisions of subchapter C of chapter 227 is a lien in favor of the United States upon all property belonging to the person ordered to pay restitution. Pursuant to §3613(d), a notice of lien shall be considered a notice of lien for taxes for the purposes of any State or local law providing for the filing of a tax lien. The lien arises at the time of the entry of judgment and continues until the liability is satisfied, remitted, or set aside, or until it becomes unenforceable pursuant to §3613(b).

Name of Defendant: **Daniel Karron, a/k/a Diane Karron**

Residence: **348 East Fulton Street, Long Beach, NY  11561**

Amount of Judgment: **$120,000.00**

**Court Imposing Judgment: United States District Court Southern District of New York**

Court Number: **07 CR 0541-01 (RPP)**

Date of Judgment: **October 27, 2008**

Date of Entry of Judgment: **October 31, 2008**

Rate of Interest: **1.66%**

If payment becomes past due, penalties totaling up to 25 percent of the principal amount past due may arise. 18 U.S.C. §3612(g).

**IMPORTANT RELEASE INFORMATION**--The lien listed above shall terminate the later of 20 years from entry of judgment or 20 years after the above-referenced defendant's release from imprisonment, or upon the death of the defendant or until the liability is satisfied, remitted, or set aside. 28 U.S.C. §3613(b).

Place of Filing:    NASSAU                NEW YORK
                NAME OF COUNTY          STATE

    I CERTIFY, That the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Dated, New York, New York    May 12   , 2016

RUBY J. KRAJICK, Clerk
or Richard Wilson or John Gencarello, Chief Deputy Clerk of Court

2009A07841/001
May 10, 2016