UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,

-against-

DANIEL B. KARRON,

                Defendant.
-----------------------------------------------------------x

07-cr-541 (PKC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/17

CASTEL, U.S.D.J.

        Daniel B. Karron was originally sentenced by Judge Patterson in 2008. Proceeding pro se, he now seeks the following relief: (1) "to issue an order to vacate the nullified original Judgment entered in money judgment book as #08, 1970 as to Daniel B. KARRON in the amount of $ 125,100.00 by application of Rule 60(b)(4) [;(2)] to issue an order to set aside the imperfect dependent lien against myself and my property as prescribed by Rule 60(b)(5) and 18 U.S. Code § 3613(c) [;and (3)] to issue an order authorizing the defendant to conduct Discovery under Rule 16.

        Judge Patterson sentenced the defendant to principally 7 ½ months of home confinement to be followed by 7 ½ months of imprisonment. The Judge ordered the payment of $120,000 in restitution. The written Judgment, however, referred to the restitution in some places as $120,000 but in one instance to $125,000. The docket entry and the Clerk's ledger both reflected the erroneous $125,000 figure. The government filed a notice of lien in the amount of $125,000.

        Eight days later, Judge Patterson reversed the sequencing of the home confinement and imprisonment periods and entered an Amended Judgment reflecting same. The

Amended Judgment reflected the correct $120,000 figure throughout. The government amended the notice of lien to reflect the correct amount of $120,000.

To date, Mr. Karron has paid $4,127.93 toward financial penalties of $120,100, consisting of the $120,000 restitution plus the $100 special assessment.

The amended lien is for the correct amount of $120,000 and said lien supersedes the erroneous $125,000 lien.

The motion is DENIED. (Doc. 114.) All other relief is also DENIED. (Doc 116, 117 124.)

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
October 19, 2017