**FROM:**
Dr D B Karron (Ph.D.)
1636 3rd Avenue, #300
New York, New York 10128
e-mail: drdbkarron@gmail.com
voice: +1 (516) 515 1474

**TO:**
The Honorable Kevin P. Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 11D
New York, New York 10007

Chambers Phone: (212) 805-0262
Deputy Phone: (212) 805-0131
Fax: (212) 805-7949

USM SDNY

RECEIVED
17 OCT 18 PM 10:20
U.S. DISTRICT COURT
S.D.N.Y.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.