UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-V.-

DANIEL B. KARRON

Defendant

07-cr-0541
Motion for Permission for Electronic Case Filing

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case.

I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at ECF Rules, and agree to abide by them.
2. I have successfully completed the Court's CM/ECF introduction course 1 on. 6/15
3. I am attaching as Exhibit 1 the original of my awarded diploma in its original raised embossing form without an affixed seal as handed out at the conclusion of the class to the survivors.
4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.
5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.
6. I understand how to convert a document to PDF-A format.
7. I even know what PDF-A is and can and can't do and why it is the preferred form for evidentiary material.
8. I have regular access to the technical requirements necessary to e-file successfully:
   i) a custom-built Windows 10 computer and an semi-custom HP laptop with internet access and
   ii) I will be using Microsoft Office Suite 2016,
   iii) I have my professional e-mail account drdbkarron@gmail.com which I use on a daily basis to receive notifications from the Court and notices from the e-filing system.
   iv) I will be using two Fujitsu Scan Snap S510's and a Cannon All-in-One printer-scanner, copier, fax, and file server to convert documents that are only in paper format into electronic files scanning equipment
   v) a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed using an version of Adobe Acrobat or other PDF reader and writer that I will be using:
   vi) a number of printers to create required paper copies such as chambers copies.

7. I understand that I am responsible to regularly review the docket sheet of the case so that I do not miss a filing.

8. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

Signed

*[signature]*

Daniel B. KARRON
Defendant *Pro Se*
e-Mail: drdbkarron@gmail.com
voice: (516) 515 1474
Fax: +1 516 234 7758
Care of Aldine Publications, LLC
1636 Third Avenue Suite 300,
Dated Wednesday, October 25, 2017
New York, New York 10128

# Exhibit 1



**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK

AWARDED TO

# DB KARRON

For Completing CM/ECF FOC and Introduction Class

Awarded this 15th day of June, 2017

Presenter Name and Title