*The Court has considered Mr. Karron's Second Memoradum of Law and Declaration as a timely motion to reconsider the Court's Order of October 20, 2017. As such, it is denied.*

*SO ORDERED*
*/s/ P. Kevin Castel, USDJ*
*10-31-17*

**MEMO ENDORSED**

Dr D B Karron (Ph.D.)
1636 3rd Avenue, #300
New York, New York 10128
e-mail: drdbkarron@gmail.com
voice: +1 (516) 515 1474

Wednesday, October 18, 2017 19:55H

BY FAX, by United States Post Office, and by Hand Delivery

The Honorable Kevin P. Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 11D
New York, New York 10007
Chambers Phone: (212) 805-0262
Deputy Phone: (212) 805-0131
Fax: (212) 805-7949

CC:
Jessica Greenwood
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
United States Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
212-637-2200
Voice Fax: 212-637-2527
Email: Jessica.Greenwood@usdoj.gov

Chi T. Steve Kwok U.S. Attorney's Office, SDNY (St Andw's)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
One St. Andrew's Plaza
New York, NY 10007
Voice (212)637-2415
Fax: (212)637-2937
Email: steve.kwok@skadden.com



RECEIVED OCT 18 2017 — CHAMBERS OF P. KEVIN CASTEL U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-1-17

Re:   United States v. Daniel B. Karron, 07 Cr. 541 (PKC)