# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 1 4 2017

UNITED STATES OF AMERICA

- v -

DANIEL B KARRON

Docket Number: 07-CR-00541

CASTEL
(District Court Judge)

Notice is hereby given that **the defendant** appeals to the United States Court of Appeals for the Second Circuit from the:

judgment ☐ : order ☑ : other ☐ : denial of motion Rule 60(b)
(specify)

entered in this action on NOV 1 2017
(date)

Offense occurred after November 1, 1987    Yes ☑    No ☐

The appeal concerns:    conviction only ☐ :    sentence only ☐ :    conviction and sentence ☑

DB KARRON Pro-se
(Counsel for Appellant)

Date: _____
TO: JESSICA GREENWOOD, Esq.
U.S. Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York NY 10007

Address: 2636 3d Ave #300
NY NY 10028
Telephone Number: (516) 515-1474

ADD ADDTIONAL PAGE IF NECESSARY

(TO BE COMPLETED BY ATTORNEY)    TRANSCRIPT INFORMATION - FORM B

| ►QUESTIONNAIRE | ►TRANSCRIPT ORDER | ►DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE). |
|---|---|---|
| ☐ I am ordering a transcript<br>☑ I am not ordering a transcript<br>Reason:<br>☐ Daily copy is available<br>☐ U.S. Attorney has placed order<br>☑ Other, Attach explanation<br>already ordered previously | Prepare transcript of<br>☐ Pre-trial proceedings<br>☐ Trial<br>☐ Sentence<br>☐ Post-trial proceedings | Dates |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript.
(FRAP 10(b))    Method of payment ☐ Funds ☐ CJA Form 24

ATTORNEY'S Signature: DB KARRON Pro Se    DATE: NOV 14 2016

➤ **COURT REPORTER ACKNOWLEDGMENT**    To be completed by Court Reporter and forward to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____    Signature _____
(Court Reporter)

COPY 1 - ORIGINAL