UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/17
```

--------------------------------------------------------x

UNITED STATES OF AMERICA,

               Plaintiff,

      -against-

DANIEL B. KARRON,

               Defendant.

--------------------------------------------------------x

           07-cr-541 (PKC)

           ORDER

CASTEL, U.S.D.J.

        Daniel Karron has moved for reconsideration of this Court's Order of October 20, 2017. The Court has considered the entirety of Mr. Karron's submissions, including those referenced in his motion to correct the record.

        Upon due consideration, the motion to correct the record (Doc 137) and motion for reconsideration (Doc 138) are DENIED.

        SO ORDERED.

                          P. Kevin Castel
                      United States District Judge

Dated: New York, New York
      November 16, 2017

Mailed to Mr. Karron 11/17/2017